# TABLE OF EXHIBITS

ITEM                                                                                                   TAB

Kym Worthy Affidavit of Identity ........................................................................... 1
Burton-Harris Challenge to Kym Worthy Affidavit .................................................. 2
Kym Worthy Response To Challenge ....................................................................... 3
Transcript of Election Commission meeting ............................................................. 4
Certified Candidate List ............................................................................................. 5
Burton-Harris Complaint ............................................................................................ 6
*Burton-Harris* Order to Show Cause .......................................................................... 7
*Burton-Harris* Court of Appeals Order dated June 9, 2020 ....................................... 8
*Burton-Harris* Orders dated June 15, 2020 ................................................................ 9
*Burton-Harris* Court of Appeals Orders dated July 1, 2020 .................................... 10
*Burton-Harris* Bypass Application for Leave dated July 6, 2020 ........................... 11
*Burton-Harris* Bypass Supreme Court Order dated July 15, 2020 .......................... 12
Brenda Jones Affidavit of Identity ........................................................................... 13
*Davis v WCEC* Circuit Court Complaint ................................................................. 14
*Davis v WCEC* Circuit Court Motion ..................................................................... 15
*Davis v WCEC* Circuit Court Motion For TRO ...................................................... 16
*Davis v WCEC* Circuit Court Order ........................................................................ 17
*Davis v WCEC* Circuit Court Application For Leave ............................................. 18
*Davis v WCEC* COA Order dated July 22, 2020 .................................................... 19
*Davis v WCEC* Circuit Court Order dated July 23, 2020 ....................................... 20
*Davis v WCEC* COA Emergency Appeal dated July 24, 2020 .............................. 21
*Board of Canvassers Certification* .......................................................................... 22
*Davis v Benson Order and Registers of Action* ...................................................... 23

# EXHIBIT 1

# Affidavit of Identity and Receipt of Filing

**candidate information 1**

→ Kym | Loren | Worthy
first name | middle | last

18446 Parkside | Detroit, MI 48221
residential address | city / zip

Same
mailing address, if applicable | city / zip

**additional information 2**

313-283-2937 | 12/05/1956
phone number | date of birth

kworthy@waynecounty.com
email address | campaign website

**office sought / ballot information 3**

○ my name formally changed in the last 10 years for a reason other than marriage or divorce; if checked, print full former name: _____

Wayne County Prosecutor | Wayne County |
office name | jurisdiction | district/circuit/ward

Democrat
political party, if a partisan office. if running without party affiliation list "No Party Affiliation."

K Y M  L  W O R T H Y
exact name I would like printed on the ballot (use upper and lower case letters)

term (check one):  ☒ regular term   ○ partial term expiring  /  /    ○ recall

election (check one): ☒ primary election 8/4/2020  ☒ general election 11/3/2020

judicial candidates only:  ○ incumbent position   ○ non-incumbent position   ○ new judgeship

**filer's acknowledgement (check one) 4**

○ nominating or qualifying petitions (estimated number of signatures ____ ) to be ○ destroyed ○ returned in January

☒ a filing fee of $100 (if applicable)

○ certification of party nomination and certificate of acceptance (if applicable)

judicial candidates only: ○ affidavit of constitutional qualification   ○ affidavit of candidacy (incumbents only)

**statements and attestation**

☒ I am a citizen of the United States and I meet the statutory and constitutional requirements for the office sought.

I swear, or affirm, that the facts I have provided and the facts contained in the statement set forth below are true.

At this date, all statements, reports, late filing fees, and fines due from me or any Candidate Committee organized to support my election to office under the Michigan Campaign Finance Act, PA 388 of 1976, have been filed or paid.

I acknowledge that making a false statement in this affidavit is perjury - a felony punishable by a fine up to $1,000.00 or imprisonment for up to 5 years, or both and may result in disqualification from the ballot (MCL 168.558, 933, and 936).

5

sign here: *Kym L. Wrthy*    date here: 3/18/2020

notary signature: *Gil Flowers*    notary name: GIL K. FLOWERS
subscribed and sworn to me on the ____ day of ____    NOTARY PUBLIC, STATE OF MI
notary public, state of Michigan, county of ____    COUNTY OF WAYNE
acting in the county of ____    MY COMMISSION EXPIRES OCTOBER 7, 2024
    ACTING IN THE COUNTY OF Wayne

**for office use only**

received by: *Gil Flowers*    MIS555 Fee #481
reviewed by: *Gil Flowers*    number of petition sheets | receipt number
Wayne County Prosecutor    3/18/2020
jurisdiction/district of office sought    date of filing | campaign finance number

ED-104 (8/19)

# Affidavit of Identity and Receipt of Filing
## how to file for elective office

### when to file
Visit mi.gov/elections - Information for Candidates to confirm filing dates.

All affidavits must be received by the date and time specified. Affidavits of Identity received after, regardless of the postmark, are invalid.

### where to file
File with the Michigan Bureau of Elections for a federal or state district that includes more than one county (including statewide) and all judicial races except probate or municipal.

File with the County Clerk for a federal or state district in only one county, a county or probate judge race, and precinct delegates.

File with the City or Township Clerk for all city or township offices.

Contact your County Clerk to determine the appropriate filing official for village, school, or library district offices.

You may file in person or by mail.

### withdrawals
The deadline for withdrawing from the ballot is three days after the filing deadline. Verify time at mi.gov/elections

Once filed, an Affidavit of Identity may not be altered.

If the candidate decides during the filing period to change the Affidavit of Identity, the candidate must submit a new form.

### Example:
Affidavit of Identity and Receipt of Filing

*[Sample filled-in form shown with: John Michael Doe, 123 Main St, N/A, Sample 44444, 555-555-5555, johndoe@email.com, 01/01/1950, voteforjohn.com, Supervisor, Sample Township, Political Party Name, John M Doe, regular term, primary election 8/4/20, nominating or qualifying petitions 72 to be destroyed, citizen of United States checked, signed John M. Doe 01/01/2020, notary Susie Notary, first day of April 2020, commission expires 3/15/2022]*

## how to complete the form

### 1. candidate information
Print your information legibly. Provide a mailing address if you would like to receive mail at an alternate address.

### 2. additional information
A phone number, date of birth, email address, or website is not required, but recommended.

### 3. office sought/ballot information
If you are using a name not given at birth, you must complete the full former name field unless your name was formally changed because of marriage or divorce or formally changed for any reason more than 10 years ago (see MCL 168.558 & 560b).

Print the office name, the jurisdiction, and any district/circuit/ward defining the office for which you are a candidate. If a delegate candidate, put precinct number.

Print your name exactly as you wish it to appear on the ballot using upper and lower case letters. Michigan election law says that a candidate may use the following:

- first and middle name
- middle name only
- initials for first and/or middle name
- a name that is a recognized diminutive of given name
- common law name

Do not use a nickname or titles (e.g. Rev, PhD, etc.).

Fill in the appropriate circles to indicate the term and election and any associated dates.

### 4. filer's acknowledgement
Fill in the appropriate circle to indicate the items included in your filing. If submitting petitions, indicate the estimated number being submitted and if you'd like them destroyed or returned to you.

### 5. statements and attestation
Fill in the circle to indicate you meet the statutory and constitutional requirements for the office sought and are a citizen of the United States. Read, sign, and date the attestation. The affidavit is not complete until signed and notarized.

Campaign Finance Act compliance: do not sign or submit this affidavit if the appropriate campaign finance items have not been filed or paid.