# EXHIBIT
# 2

**VICTORIA BURTON-HARRIS,** *Esq.*
5940 Lannoo St.
Grosse Pointe, MI 48236
(810) 845-2086
info@victoria2020.org

June 2, 2020

Hon. Cathy M. Garrett
Wayne County Clerk
2 Woodward Ave., 5ᵗʰ Floor
Detroit, MI 48226
Sent via e-mail: cgarrett@waynecounty.com; gmahar@waynecounty.com;
jredmond@waynecounty.com

Wayne County Election Commission
2 Woodward Ave., 5ᵗʰ Floor
Detroit, MI 48226
Sent via e-mail: cgarrett@waynecounty.com; jredmond@waynecounty.com;
gmahar@waynecounty.com

**Re:    Challenge to the Candidacy of Wayne County Prosecutor Kym Worthy,
Candidate for Wayne County Prosecutor.**

Dear County Clerk Garrett and Members of the Wayne County Election Commission:

As a candidate for the office of Wayne County Prosecutor, I hereby submit this legal challenge for your consideration and review with respect to the legality of the candidacy of Kym Worthy (hereinafter, "Ms. Worthy") for the office of Wayne County Prosecutor.

Ms. Worthy was required to file a Postelection Statement, per MCL §168.848, *before* she assumed the duties of the Wayne County Prosecutor on January 1, 2017. However, she never filed the postelection statement which is a misdemeanor punishable by a fine, incarceration, or both. Despite her failure, Ms. Worthy filed an Affidavit of Identity falsely attesting that she had filed "all" requisite "statements" on or before March 18, 2020.

Per MCL §168.558(4), since Ms. Worthy's affidavit of identity contains a <u>false</u> statement, she cannot be certified as a candidate for the office of Wayne County Prosecutor for the August 4, 2020 Primary Election ballot.

**I.   Ms. Worthy's Name Can Not Be Certified as a Candidate for the Office of Wayne County Prosecutor Because She Executed an Affidavit of Identity that Contains a False Statement in Violation of MCL §168.558(4).**

    a.   <u>Jurisdiction</u>

The Wayne County Clerk and the Wayne County Election Commission have jurisdiction over this timely legal challenge pursuant to MCL §§168.558(4) and 168.689.

    b.   <u>Ms. Worthy's False Affidavit of Identity</u>

On March 18, 2020, Ms. Worthy submitted an Affidavit of Identity and paid the $100 filing fee with the Wayne County Clerk's Office to qualify as a candidate for the office of Wayne County Prosecutor. (*see*, Ms. Worthy's Affidavit of Identity attached as **Exhibit A**). Consistent with MCL §168.558(4), Ms. Worthy's affidavit attested to the truthfulness of the following:

> "[…] as of the date of the affidavit, **all statements**, reports, late filing fees, and fines **required of the candidate** or any candidate committee organized to support the candidate's election under the Michigan campaign finance act, 1976 PA 388, MCL 169.201 to 169.282, **have been filed** or paid[.]"

(emphasis added) (*see*, MCL §168.558(4)) (*see, also,* Exhibit A).

However, Ms. Worthy's affidavit was <u>false</u>. Not only did she fail to timely file a Postelection Statement *before* she assumed the office of Wayne County Prosecutor on January 1, 2017, but as of the date she filed her Affidavit of Identity (March 18, 2020) with the Wayne County Clerk's office, Ms. Worthy still had not filed the Postelection Statement required by MCL §168.848. (*See*, Mrs. Burton-Harris' Affidavit attached as **Exhibit B**).

    c.  <u>MCL §168.558(4) and MCL §168.848</u>

On December 28, 2018, the Michigan Legislature amended MCL §168.558(4) by adding the following provision:

> An officer **shall not certify** to the board of election commissioners the **name of a candidate** who executes an affidavit of identity that **contains a false statement** with regard to **any information or statement** required under this section.

(MCL §168.558(4)) (emphasis added).

As of June 2, 2020, Ms. Worthy has not filed her postelection statement as required by MCL §168.848. Moreover, she had not filed the Postelection Statement when she attested that "all statements...have been filed" in her affidavit of identity submitted to (and filed by) the Wayne County Clerk's Office on March 18, 2020. (*see, Affidavit of Mrs. Burton-Harris* attached as **Exhibit B**).

MCL §168.848, in relevant part, states:

> (1) **Each elected candidate** subject to the Michigan campaign finance act [...] and **whose candidate committee received or expended more than $1,000.00** during the election cycle **shall file a postelection statement** with the filing official designated to receive the elected candidate's candidate committee campaign statements [...]. All of the following apply to a postelection statement required by this section:
>     (a) The postelection statement must be on a form prescribed by the secretary of state.
>     (b) The **elected candidate shall file the postelection statement before the elected candidate assumes office**.
>     [...]
> (2) **Failure to file a postelection statement as required by subsection (1) is a misdemeanor punishable by a fine of not more than $500.00 or imprisonment for not more than 93 days, or both**.

MCL §168.848. (emphasis added).

    d.  <u>MCL §168.558(4) and MCL §168.848 Both Apply to Ms. Worthy</u>

In 2016, Ms. Worthy's name appeared on the August 2016 primary and November 2016 general election ballots as a candidate for the office of Wayne County Prosecutor. In the November 2016 general election, Ms. Worthy was subsequently elected as the Wayne County Prosecutor for a four-year term commencing on January 1, 2017.

Ms. Worthy "received or expended" more than $1,000 during the 2016 election cycle. [1] According to her candidate committee's 2016 Pre-General Election Campaign Statement, Ms. Worthy's candidate committee received $22,275.00 and expended $6,330.45. (*see, Ms. Worthy's Candidate Committee's 2016 Pre-General Election Campaign Statement* attached as **Exhibit C**).

Accordingly, since Ms. Worthy's candidate committee "received and expended more than $1,000" during the 2016 election cycle, pursuant to MCL §168.848, Ms. Worthy was required to file the postelection statement *before* she assumed the duties of the office of Wayne County Prosecutor on January 1, 2017.[2] However, as discussed above, not only did Ms. Worthy fail to timely file the Postelection Statement, but as of the date of her March 18, 2020 Affidavit of Identity, Ms. Worthy still had not filed her Postelection Statement with the Wayne County Clerk's office as required by MCL §168.848. (A copy of the postelection statement form Ms. Worthy failed to complete is attached as **Exhibit D**.)

Therefore, as of the date of her Affidavit of Identity, Ms. Worthy had not filed all statements required of her under the Michigan Campaign Finance Act, PA 388 of 1976.

---

[1] MCL §169.205(3) defines "election cycle" to mean 1 of the following:
    " (a) For a general election, the period beginning the day following the last general election in which the office appeared on the ballot and ending on the day of the general election in which the office next appears on the ballot.
    (b) For a special election, the period beginning the day a special general election is called or the date the office becomes vacant, whichever is earlier, and ending on the day of the special general election."

[2] The current election cycle started on Wednesday, November 9, 2016, and ends on Tuesday, November 3, 2020.

Consequently, the statement Ms. Worthy attested to in her Affidavit of Identity was <u>false</u> and as a consequence, MCL §168.558(4) requires that her name not be certified to be placed on the August 4, 2020 Primary Election ballot as a candidate for the office of Wayne County Prosecutor.

        e.  <u>The Doctrine of Laches Does Not Apply</u>

Lastly, it is anticipated that Ms. Worthy may raise the legal doctrine of laches as a defense to her conduct. This argument lacks merit.

Laches is not applicable because, as of the date of this legal challenge, the Wayne County Election Commission has not convened to authorize the printing of the primary-election ballots.

Furthermore, MCL § 691.1031, states:

> In all civil actions brought in any circuit court of this state affecting elections, dates of elections, candidates, qualifications of candidates, ballots or questions on ballots, there shall be a rebuttable presumption of laches if the action **is commenced less than 28 days prior to the date of the election affected**. This section shall not apply to actions brought after the date of the affected election.

MCL § 691.1031.

Here, the primary election for the office of Wayne County Prosecutor is scheduled for August 4, 2020. This challenge has not been "commenced less than 28 days prior to the date of the election affected". Indeed, there is ample time for ballots to be printed without Ms. Worthy's name as a candidate for Wayne County Prosecutor.

## **CONCLUSION**

**WHEREFORE**, for the reasons stated above, Ms. Worthy's name cannot be certified to appear on the August 4, 2020 Primary Election ballot as a candidate for the office of Wayne County Prosecutor.

Respectfully submitted,

VICTORIA BURTON-HARRIS, *Esq.* (P78263)

5940 Lannoo St.
Grosse Pointe, MI 48236
(810) 845-2086
info@victoria2020.org

# EXHIBIT A -

*Ms. Worthy's Affidavit of Identity*

82-153338

# Affidavit of Identity and Receipt of Filing

**candidate information** 1

→ Kym    Loren    Worthy
first name    middle    last

18446 Parkside    Detroit, MI 48221
residential address    city / zip

Same
mailing address, if applicable    city / zip

**additional information** 2

313-283-2937
phone number

12/05/1956
date of birth

Kworthy@waynecounty.com
email address    campaign website

**office sought / ballot information** 3

○ my name formally changed in the last 10 years for a reason other than marriage or divorce; if checked, print full former name: _____

Wayne County Prosecutor    Wayne County
office name    jurisdiction    district/circuit/ward

Democrat
political party, if a partisan office. if running without party affiliation list "No Party Affiliation."

K Y M    L    W O R T H Y
exact name I would like printed on the ballot (use upper and lower case letters)

term (check one): ⊗ regular term   ○ partial term expiring ___ / ___   ○ recall

election (check one): ⊗ primary election 8 / 4 / 2020   ⊗ general election 11 / 3 / 2020

judicial candidates only: ○ incumbent position   ○ non-incumbent position   ○ new judgeship

**filer's acknowledgement** (check one) 4

○ nominating or qualifying petitions (estimated number of signatures ___ ) to be ○ destroyed ○ returned in January

⊗ a filing fee of $100 (if applicable)

○ certification of party nomination and certificate of acceptance (if applicable)

judicial candidates only: ○ affidavit of constitutional qualification   ○ affidavit of candidacy (incumbents only)

**statements and attestation** 5

⊗ I am a citizen of the United States and I meet the statutory and constitutional requirements for the office sought.

I swear, or affirm, that the facts I have provided and the facts contained in the statement set forth below are true.

At this date, all statements, reports, late filing fees, and fines due from me or any Candidate Committee organized to support my election to office under the Michigan Campaign Finance Act, PA 388 of 1976, have been filed or paid.

I acknowledge that making a false statement in this affidavit is perjury - a felony punishable by a fine up to $1,000.00 or imprisonment for up to 5 years, or both and may result in disqualification from the ballot (MCL 168.558, 933, and 936).

sign here    Kym L. Wort

date here 3/18/2020

notary signature    GL Flower

subscribed and sworn to me on the notary public, state of Michigan, county of acting in the county of

notary name    GIL K. FLOWERS
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
day of    MY COMMISSION EXPIRES OCTOBER 7, 20 24
ACTING IN THE COUNTY OF Wayne

**for office use only**

received by    GL Flower

reviewed by    GL Flower

jurisdiction/district of office sought    Wayne County Prosecutor

number of petition sheets    M18355 Fee #481

date of filing    3/18/2020

receipt number

campaign finance number

# EXHIBIT B -

## *Affidavit of Mrs. Burton-Harris*

## <u>AFFIDAVIT OF ATTORNEY VICTORIA BURTON-HARRIS</u>

**NOW COMES VICTORIA BURTON-HARRIS,** a natural person, being first duly sworn and deposed, and under the penalty of perjury states the following:

1. That pursuant to MCL §§168.193(2) and 168.558 of Michigan Election Law, on or about November 4, 2019, I filed with the Wayne County Clerk's Elections Division my affidavit of identity/candidacy, along with the $100 filing fee, to file as a candidate for the office of Wayne County Prosecutor.

2. That on June 1st and 2nd, 2020, I personally reviewed Kym Worthy's candidate committee's (Committee ID # 82-153338) campaign finance filings on the Wayne County Clerk's public campaign Finance database.

3. That on June 1st and 2nd 2020, the Wayne County Clerk's public campaign finance database did not reflect or indicate that Kym Worthy timely filed a postelection statement prior to assuming the duties of the office Wayne County Prosecutor on January 1, 2017 pursuant to MCL §168.848 of Michigan Election Law.

4. That as of June 1st and 2nd 2020, the Wayne County Clerk's public campaign finance database did not reflect or indicate that Kym Worthy had filed a postelection statement under MCL §168.848 of Michigan Election Law.

5. That based upon the foregoing, I believe Kym Worthy submitted and filed a false affidavit of identity with the Wayne County Clerk on March 18, 2020.

6. That pursuant to MCL §168.558(4) of Michigan Election Law, I believe Kym Worthy's name should not be certified to be placed on the August 4, 2020 primary election ballot as a candidate for the office of Wayne County Prosecutor.

7. Upon information and belief, the facts stated herein are true and correct.

8. If called as a witness, I am competent to testify as to the facts stated herein.

**FURTHER AFFIANT SAYETH NOT.**

_V. Burton-Harris_
**VICTORIA BURTON-HARRIS (P78263)**

Subscribed and sworn to before me

On this ___2nd___ day of June, 2020.

_Michelle Rachmaninow_
NOTARY PUBLIC

My Commission Expires: ___7-22-2022___ .

MICHELLE RACHMANINOW
NOTARY PUBLIC · STATE OF MICHIGAN
COUNTY OF MACOMB
My Commission Expires July 22, 2022
Acting in the County of Wayne

# EXHIBIT C -

*Ms. Worthy Candidate Committee's 2016 Pre-General Election Campaign Statement*



**MICHIGAN DEPARTMENT OF STATE**
BUREAU OF ELECTIONS

# CANDIDATE COMMITTEE COVER PAGE

FOR OFFICIAL USE ONLY

Report must be legible, typed or printed in ink and signed by the treasurer(or designated record keeper) and candidate.

| 3. This Statement covers From: | 08/23/2016 | to | 10/23/2016 |
|---|---|---|---|

| 1. Committee I.D. Number | 4. Candidate Last Name | First Name | M.I. |
|---|---|---|---|
| 82-153338 | Worthy | Kym | L. |

**2. Committee Name**

Committee To Re-Elect Kym Worthy

**4a. Office Sought Including District # or Community Served (If applicable)**

County Office , Wayne , County Prosecutor

**4b. County of Residence**

---

**5. Committee's Mailing Address**

P.O. Box 07225, Detroit, MI 48207

Area Code and Phone:  (313) 530-7867

If the address in this box is different from the committee mailing address on the Statement of Organization, mail may be sent to this address by the filing official.

**6.  Treasurer's Name & Residential Address**

Session, Iwana K., 18955 MUIRLAND, DETROIT, MI 48221

Area Code and Phone:  (313) 506-5550

---

**7. Treasurer's Business Address**

Area Code and Phone:

**8.  Designated Record keeper's Name and Mailing Address (If the committee has a Designated Record keeper)**

Area Code and Phone:

---

**9. TYPE OF STATEMENT**

9a. ☑ Pre-Election  **OR**  9b. ☐ Post-Election

Pre-Election or Post-Election Statement relates to:

- ☐ Primary
- ☑ General
- ☐ Convention
- ☐ Special
- ☐ School
- ☐ Caucus

Date of Election, Convention or Caucus

11/08/2016

Required ONLY if candidate is not on the ballot for the current year:

- ☐ July Quarterly
- ☐ October Quarterly

**9c.**
- ☐ Annual Statement ( 2016 )
  Coverage Year

**9d.**
- ☑ Amendment to Campaign Statement (Complete Item 9a, 9b, 9c or 9e to indicate which Statement is being amended.)

**9e. Dissolution of Candidate Committee**

☐  By checking this item, I/we certify any outstanding debt by the committee to the candidate or his or her spouse is here by discharged and forgiven, and no longer collectible from the committee. The committee has no outstanding assets, owes no lates fees or has any outstanding debt.

Further, if the dissolution cannot  be granted, that this be considered a request for the Reporting Waiver.

Effective Date of Dissolution

_____

Note : The disposition of residual funds must be reported on Schedule 1B and the Summary Page.

---

**10. Verification:** I/We certify that all reasonable diligence was used in the preparation of this statement and attached schedules (if any) and to the best of my/our knowledge and belief the contents are true, accurate and complete.

| Current Treasurer or Designated Record keeper | Session, Iwana K. | / | Date: 11/04/2016 |
|---|---|---|---|
| | Type or Print Name | Signature | |
| Candidate | Worthy, Kym L. | / | Date: 11/04/2016 |
| | Type or Print Name | Signature | |

AMENDED

MICHIGAN DEPARTMENT OF STATE
BUREAU OF ELECTIONS

Authority granted under P.A.388 of 1976

## SUMMARY PAGE
## CANDIDATE COMMITTEE

| RECEIPTS | | Column I<br>This Period | | Column II<br>Cumulative this election cycle |
|---|---|---|---|---|
| 3. Contributions | | | | |
| a. Itemized (Schedule 1A - Column 6) | (3a.) $ | 22275.00 | | |
| b. Unitemized (less than $20.01 each - no Schedule ) | (3b.) $ | NOT APPLICABLE | | |
| c. Subtotal of "Contributions" | (3c.) $ | 22275.00 | (18.) $ | 135600.00 |
| 4. Other Receipts (Schedule 1A - 1, Column 6) | (4.) $ | 0.00 | (19.) $ | 0.00 |
| 5. TOTAL CONTRIBUTIONS AND OTHER RECEIPTS (Add Line 3c + Line 4) | (5.) $ | 22275.00 | (20.) $ | 135600.00 |
| IN-KIND CONTRIBUTIONS & EXPENDITURES | | | | |
| 6. In-Kind Contributions (Schedule 1-IK,Column 7) | (6.) $ | 0.00 | (21.) $ | 250.00 |
| 7. In-Kind Expenditures (Schedule 1B-IK,Column 6) | (7.) $ | 0.00 | (22.) $ | 0.00 |
| EXPENDITURES | | | | |
| 8. Expenditures | | | | |
| a. Itemized (Schedule 1B, Column 6) | (8a.) $ | 6330.45 | | |
| b. Itemized Get-Out-the-Vote (Schedule 1B-G) | (8b.) $ | 0.00 | | |
| c. Unitemized (Less than $50.01 each - no Schedule) | (8c.) $ | 0.00 | | |
| 9. Total Expenditures (Add Line 8a + Line 8b + Line 8c) | (9.) $ | 6330.45 | (23.) $ | 42057.85 |
| INCIDENTAL EXPENSE DISBURSEMENTS (Officeholders Only) | | | | |
| 10. Disbursements | | | | |
| a. Itemized (Schedule 1C,Column 6) | (10a.) $ | 1342.00 | | |
| b. Unitemized (Less than $50.01 each - no Schedule) | (10b.) $ | 0.00 | | |
| 11. TOTAL INCIDENTAL EXPENSE DISBURSEMENTS (Add Line 10a + Line 10b) | (11.) $ | 1342.00 | (24.) $ | 19096.71 |
| DEBTS AND OBLIGATIONS | | | | |
| 12. Debts and Obligations | | | | |
| a. Owed by the Committee (Schedule 1E) | (12a.) $ | 0.00 | | |
| b. Owed to the Committee (Schedule 1E) | (12b.) $ | 0.00 | | |

### BALANCE STATEMENT

| | | |
|---|---|---|
| 13. Ending Balance of last report filed (Enter zero if no previous reports have been filed.) | (13.) $ | 119442.08 * |
| 14. Amount received during reporting period (Line 5, Total Contributions & Other Receipts) | (14.) + $ | 22275.00 |
| 15. SUBTOTAL Add lines 13 and 14 | (15.) = $ | 141717.08 |
| 16. Amount expended during reporting period (Add lines 9 and 11 ) | (16.) - $ | 7672.45 |
| 17. ENDING BALANCE (Subtract line 16 from line 15) | (17.) $ | 134044.63 * |

* Cash Balance as reported by committee



MICHIGAN DEPARTMENT OF STATE
BUREAU OF ELECTIONS

## ITEMIZED CONTRIBUTIONS
## SCHEDULE 1A
## CANDIDATE COMMITTEE

| Contributor Name | Address | Fund Raiser | PAC Receipts | Type of Contribution | Date of Receipt | Amount | Cumulative for Election Cycle for Each Contributor |
|---|---|---|---|---|---|---|---|
| **Direct** | | | | | | | |
| Champine, DAVID | 807 MAPLEGROVE AVE, ROYAL OAK, MI 48057 | ☑ | ☐ | Direct | 09/15/2016 | $50.00 | $50.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| BAKER, CHANDRA | 19242 RAYMOND STREET, GROSSE POINTE WOODS, MI 48236 | ☑ | ☐ | Direct | 09/15/2016 | $50.00 | $50.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| STAFFORD, ELLIS | | ☑ | ☐ | Direct | 09/15/2016 | $50.00 | $50.00 |
| | Occupation: | | | | | | |
| | Employer Name and Address: DETROIT CRIME COMMISSION | | | | | | |
| Evans, Marlon B. | 3434 Russell St, Ste 104, Detroit, MI 48207 | ☑ | ☐ | Direct | 09/15/2016 | $500.00 | $2000.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Law Offices of Marlon B. Evans PC 3434 Russell St, Ste 104, Detroit, MI 48207 | | | | | | |
| CULPEPPER, W OTIS | 615 GRISWOLD ST. STE 1220, DETROIT, MI 48226 | ☑ | ☐ | Direct | 09/15/2016 | $500.00 | $500.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: W. OTIS CULPER ATTORNEY AT LAW 615 GRISWOLD ST. STE 1220, DETROIT, MI 48226 | | | | | | |
| Putrycus, David | 17108 Mack, Grosse Pte, MI 48230 | ☑ | ☐ | Direct | 09/15/2016 | $500.00 | $1100.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Sinutko & Assoc 8300 Hall Rd, Uticia, MI 48317 | | | | | | |
| SINUTKO, DAVID M | 8300 HALL RD, STE 204, UTICA, MI 48317 | ☑ | ☐ | Direct | 09/15/2016 | $500.00 | $800.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: SINUTKO SINUTKO PUTRYCUS 8300 HALL RD, STE 204, UTICA, MI 48317 | | | | | | |



MICHIGAN DEPARTMENT OF STATE
BUREAU OF ELECTIONS

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Operating Engineers Local 324* | *500 Hulet Drive, Bloomfield Twp., MI 48302* | ☑ | ☐ | *Direct* | *09/15/2016* | *$5000.00* | *$5000.00* |
| | *Occupation:* | | | | | | |
| | *Employer Name and Address:* | | | | | | |
| Operating Engineers Local 324 | 500 Hulet Drive, Bloomfield, MI 48302 | ☑ | ☐ | Direct | 09/15/2016 | $5000.00 | $5000.00 |
| | Occupation: | | | | | | |
| | Employer Name and Address: | | | | | | |
| Pitts, Byron | 535 Griswold St, Ste 1630, Detroit, MI 48226 | ☑ | ☐ | Direct | 09/15/2016 | $200.00 | $200.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Self 535 Griswold St, Ste 1630, Detroit, MI 48226 | | | | | | |
| BRESNEHAN, GARY J | 702 UNIVERSITY PL., GROSSE POINTE, MI 48230 | ☑ | ☐ | Direct | 09/15/2016 | $200.00 | $800.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: Wayne County Prosecuter 1441 Saint Antoinne Street, Detroit, MI 48226 | | | | | | |
| Crawford, Jerome E. | 17663 W. 10 Mile Road, Southfield, MI 48075 | ☑ | ☐ | Direct | 09/15/2016 | $200.00 | $600.00 |
| | Occupation: CHIEF OF LEGISLATION | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 ST ANTOINE, DETROIT, MI 48225 | | | | | | |
| Brown, James | 30100 Rock Creek Drive, Southfield, MI 48076 | ☑ | ☐ | Direct | 09/15/2016 | $400.00 | $400.00 |
| | Occupation: General Manager | | | | | | |
| | Employer Name and Address: Cannin Engineering & Equipment 51761 Danview tech, Shelby Township, MI 48315 | | | | | | |
| PETITO, MARIA | 905 POND ISLAND CT, NORTHVILLE, MI 48157 | ☑ | ☐ | Direct | 09/15/2016 | $250.00 | $250.00 |
| | Occupation: CONTACT - APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Weiss, Arthur | 30445 Northwestern Hwy, Farmington Hills, MI 48334 | ☑ | ☐ | Direct | 09/15/2016 | $250.00 | $500.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Self-employed 30445 Northwestern Hwy, Farmington Hills, MI 48334 | | | | | | |
| Knapp, Leslie F. | 15491 Woodring, Livonia, MI 48154 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Katner and Knapp 31594 Schoolcraft Rd., Livonia, MI 48150 | | | | | | |

**MICHIGAN DEPARTMENT OF STATE**
**BUREAU OF ELECTIONS**

| Name | Address | ☑ | ☐ | Type | Date | Amount 1 | Amount 2 |
|---|---|---|---|---|---|---|---|
| Jansen, Joseph | 42089 Waterfall, Northville, MI 48167 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Wayne County Pros Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Villegas, Javier | 433 COLONIAL CT, Grosse Pointe Farms, MI 48236 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: Assistant Prosecuting  Attorney | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, 12th Floor, Detroit, MI 48226 | | | | | | |
| MURRAY, CAROLE  A | 32345 KELLY RD., 586-214-4085, FRASER, MI 48026 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Wayne Couny Prs Office 1441 St Anotine, Detroit, MI 48226 | | | | | | |
| Brown, Duane | 633 Peasall St, Pontiac, MI 48341 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Wright, A Keith | 1900 Thornhill, Detroit, MI 48207 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: CONTRACT - APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| HINDELANG, MARK  J | 912 RIVARD BLVD., GROSSE POINTE, MI 48230 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| Coyle, Lisa | 16128 OAKWOOD, NORTHVILLE, MI 48168 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: ASSISTANT PROSECUTING ATTORNEY | | | | | | |
| | Employer Name and Address: Wayne County Prosecuting Attorneys Office 1441 SAINT ANTOINE ST, DETROIT, MI 48226 | | | | | | |
| Harb, Adel | 22547 Morley, Dearborn, MI 48124 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: Judge | | | | | | |
| | Employer Name and Address: Wayne County 3rd Circuit Court 2 Woodward Avenue, Detroit, MI 48226 | | | | | | |
| Gillis, John  H | 1180 South Oxford, Grosse Pointe Woods, MI 48236 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $300.00 |
| | Occupation: Judge | | | | | | |
| | Employer Name and Address: WAYNE COUNTY THIRD CIRCUIT 2 WOOWARD AVENUE, DETROIT, MI 48226 | | | | | | |

MICHIGAN DEPARTMENT OF STATE
  BUREAU OF ELECTIONS

| Name | Address | ☑ | ☐ | Type | Date | Amount | Total |
|------|---------|----|----|------|------|--------|-------|
| GILLIS, JANE E | 253 RIDGEMONT, GROSSE POINTE FARMS, MI 48236 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Wayne County Pros Office 1441 St Antoine, Detorit, MI 48226 | | | | | | |
| Casey, John | 338 Roth Blvd, Clawson, MI 48017 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $300.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: WAYNE COUNT PROSECUTORS OFFICE 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| Simoncini, Lynn | 286 Merriweather, Grosse Pointe Farms, MI 48236 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: | | | | | | |
| | Employer Name and Address: | | | | | | |
| COYLE, CHRISTOPHER | 16128 OAKWOOD CT, NORTHVILLE, MI 48168 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| ROBINSON, RONALD | 18170 ADRIAN DRIVE, SOUTHFIELD, MI 48075 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $300.00 |
| | Occupation: CONTRACT - APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 SAINT ANTOINE, DETROIT, MI 48226 | | | | | | |
| Awad, Mahmoud M | 28050 Regency Dr, Flat Rock, MI 48134 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: Attorney - APA | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Heimbuch, Robert | 958 Lakepointe, Grosse Pte Park, MI 48230 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $500.00 |
| | Occupation: Attorney - APA | | | | | | |
| | Employer Name and Address: Wayne Prosecutor Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Ethridge, Russell | 24053 Jefferson, St. Clair Shores, MI 48080 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $300.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Russell Ethridge Attorney at Law 24053 Jefeson, St. Clair Shores, MI 48080 | | | | | | |
| Miles, Kimberly | 16140 Strathmoor, Detroit, MI 48235 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| Goldfarb, Carin | 2141 Colony Club, West Bloomfield, MI 48322 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: Assistant Prosecuting Attorney | | | | | | |

MICHIGAN DEPARTMENT OF STATE
BUREAU OF ELECTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antioine, Detroit, MI 48226 | | | | | | |
| CASSAR, RAYMOND | 30445 NORTHWESTERN HWY, SUITE 220, FARMINGTON HILLS, MI 48334 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: LAW OFFICES OF RAYMOND CASSAR 30445 NORTHWESTERN HWY, SUITE 220, FARMINGTON HILLS, MI 48334 | | | | | | |
| Burton, William | 15387 Minock, Detroit, MI 48223 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: Assistant Prosecuting Attorney | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| COMMITTEE TO ELECT BRIAN MORROW FOR CIRCUIT COURT | 42295 Old Bedford Rd, Northville, MI 48168 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: | | | | | | |
| | Employer Name and Address: | | | | | | |
| Siringas, Athina | 4789 Pickering, Bloomfield, MI 48301 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| MUSCAT, PATRICK | 852 HARVARD RD., BERKLEY, MI 48072 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $300.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Wayne County Prosecutor Office 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| Murphy, Bridget | 1822 Church St, Detroit, MI 48216 | ☑ | ☐ | Direct | 09/15/2016 | $50.00 | $100.00 |
| | Occupation: Department Executive | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| STEARNS, MICHELE | 50473 EDITH ST, CHESTERFIELD, MI 48047 | ☑ | ☐ | Direct | 09/15/2016 | $50.00 | $50.00 |
| | Occupation: DEPARTMENT SUPERVISOR | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| DAWSON, LORI | 988 LINCOLN RD, GROSSE POINTE, MI 48230 | ☑ | ☐ | Direct | 09/15/2016 | $200.00 | $500.00 |
| | Occupation: CONTRACT - APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 ST ANTOINE, DETROIT, MI 48230 | | | | | | |

MICHIGAN DEPARTMENT OF STATE
BUREAU OF ELECTIONS

| Name | Address | ☑ | ☐ | Type | Date | Amount | Amount |
|---|---|---|---|---|---|---|---|
| KIRKLAND-TINK, JENNIFER | 38864 POLO CLUB DR, APT 203, FARMINGTON HILLS, MI 48335 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| Clay, Nicole | 8541 Steel, Detroit, MI 48228 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $300.00 |
| | Occupation: Assistant Prosecuting Attorney | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, 12th Floor, Detroit, MI 48226 | | | | | | |
| Chambers, Thomas | 1110 Montrose, Royal Oak, MI 48073 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $150.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Jenkins, Hervey | 18285 Warrington, Detroit, MI 48221 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1025 E. Forest, Detroit, MI 48207 | | | | | | |
| SCAVONE, JOHN A | 340 RIDGE ROAD, GROSSE POINTE FARMS, MI 48236 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: JOHN A SCAVONE 340 RIDGE ROAD, GROSSE POINTE FARMS, MI 48236 | | | | | | |
| Daly, Craig | 28 West Adams, Detroit, MI 48226 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $300.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Law Office of Craig Daly 28 W. Adams, Ste 900, Detroit, MI 48226 | | | | | | |
| Howarth, James | 615 Grlswald, SUITE 820, Detroit, MI 48226 | ☐ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: LAW OFFICE OF JAMES C HOWARTH 615 GRISWOLD, STE 820, DETROIT, MI 48226 | | | | | | |
| Churikian, Sam | 615 Griswold, Detroit, MI 48226 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $300.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Law Office of Sam J Churikian 615 Griswold, Detroit, MI 48226 | | | | | | |
| Gonzalez, Joseph | 7854 Jackson, Taylor, MI 48180 | ☑ | ☐ | Direct | 10/20/2016 | $25.00 | $25.00 |
| | Occupation: Retired | | | | | | |
| | Employer Name and Address: | | | | | | |
| Odette, Patricia | 20190 Vreeland Rd., Woodhaven, MI 48183 | ☑ | ☐ | Direct | 10/20/2016 | $500.00 | $500.00 |
| | Occupation: Mayor | | | | | | |

MICHIGAN DEPARTMENT OF STATE
  BUREAU OF ELECTIONS

| | Employer Name and Address: City of Woodhaven 21869 West Road, Woodhaven, MI 48183 | | | | | | |
|---|---|---|---|---|---|---|---|
| PETERSON, JOE | 533 Vinewood, Wyandotte, MI 48192 | ☑ | ☐ | Direct | 10/20/2016 | $500.00 | $500.00 |
| | Occupation: Mayor | | | | | | |
| | Employer Name and Address: City of Wyandotte 3200 Biddle, Wyandotte, MI 48192 | | | | | | |
| Guerriero, Anthony | 24920 Newton, Dearborn, MI 48124 | ☑ | ☐ | Direct | 10/20/2016 | $500.00 | $1800.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Self Employed 6828 Park Avenue, Allen Park, MI 48101 | | | | | | |
| REPASKY, BLAISE  A | 22333 ALLEN RD., WOODHAVEN, MI 48183 | ☑ | ☐ | Direct | 10/20/2016 | $100.00 | $300.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: BLAISE A. REPASKY PC 22333 ALLEN RD., WOODHAVEN, MI 48183 | | | | | | |
| Brand, Jeremy | PO Box 252601, West Bloomfield, MI 48325 | ☑ | ☐ | Direct | 10/20/2016 | $100.00 | $200.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: LAW OFFICES OF JEREMY BRAND P.O. BOX 252601, WEST BLOOMFIELD, MI 48325 | | | | | | |
| Alawamleh, Ashraf | 1731 N. Denwood St., Dearborn, MI 48128-1124 | ☑ | ☐ | Direct | 10/20/2016 | $100.00 | $100.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Ashraf Alawamleh 1731 Denwood St., Dearborn, MI 48128-1124 | | | | | | |
| Bill, Gregory | 40664 Coachwood Circle, Northville Township, MI 48168 | ☑ | ☐ | Direct | 10/20/2016 | $100.00 | $100.00 |
| | Occupation: Judge | | | | | | |
| | Employer Name and Address: Circuit Court 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Knappman, John | 22496 Woodcreek, Brownstown Township, MI 48134 | ☑ | ☐ | Direct | 10/20/2016 | $100.00 | $200.00 |
| | Occupation: Manager | | | | | | |
| | Employer Name and Address: Wayne County 500 Griswold, Detroit, MI 48226 | | | | | | |
| Browning, Todd | 2512 17th St., Wyandotte, MI 48192 | ☑ | ☐ | Direct | 10/20/2016 | $100.00 | $100.00 |
| | Occupation: Treasurer | | | | | | |
| | Employer Name and Address: City of Wyandotte 3200 Biddle Avenue, Wyandotte, MI 48192 | | | | | | |
| Rein, James | 2538 Wildbrook Run, Bloomfield Hills, MI 48304 | ☑ | ☐ | Direct | 10/20/2016 | $100.00 | $100.00 |
| | Occupation: | | | | | | |



MICHIGAN DEPARTMENT OF STATE
BUREAU OF ELECTIONS

| | Employer Name and Address: | | | | | | |
|---|---|---|---|---|---|---|---|
| Johnson, Duane | 8120 E Jefferson, Unit 1C, Detroit, MI 48226 | ☑ | ☐ | Direct | 10/20/2016 | $100.00 | $100.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: | | | | | | |
| Burl, Adkins | 28 Eurkea Rd, Apt 6, Wyandotte, MI 48192 | ☑ | ☐ | Direct | 10/20/2016 | $200.00 | $200.00 |
| | Occupation: Retired | | | | | | |
| | Employer Name and Address: | | | | | | |
| Fawaz, Mike | 614 Golfcrest, Dearborn, MI 48124 | ☐ | ☐ | Direct | 10/20/2016 | $200.00 | $200.00 |
| | Occupation: President | | | | | | |
| | Employer Name and Address: MI Regional Council of Carpenters 3800 Woodward Avenue, Suite 1200, Detroit, MI 48202 | | | | | | |
| Johnson, Lynn | 26909 Pepperwood, Woodhaven, MI 48183 | ☑ | ☐ | Direct | 10/20/2016 | $200.00 | $200.00 |
| | Occupation: Retired | | | | | | |
| | Employer Name and Address: | | | | | | |
| Kramer, David | 42400 Grand River #109, Novi, MI 48375 | ☑ | ☐ | Direct | 10/20/2016 | $500.00 | $500.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: David J. Kramer 42400 Grand River #109, Novi, MI 48375 | | | | | | |
| HAIDAR, MARK | 15476 Bay Hill, NORTHVILLE, MI 48167 | ☑ | ☐ | Direct | 10/20/2016 | $500.00 | $1200.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: MARK HAIDAR ATTORNEY AT LAW 302 W. MAIN ST., NORTHVILLE, MI 48167 | | | | | | |
| MCNALLY, JOHN | 140 ST JOSEPH, TRENTON, MI 48183 | ☑ | ☐ | Direct | 10/20/2016 | $150.00 | $150.00 |
| | Occupation: Lawyer | | | | | | |
| | Employer Name and Address: Law Offices of John G. McNally, PC 140 ST JOSEPH, TRENTON, MI 48183 | | | | | | |
| Wicker, Daryl Carson | 1441 St Antoine, Detroit, MI 48226 | ☑ | ☐ | Direct | 09/20/2016 | $100.00 | $300.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| Watt, Coral | 615 Griswold, Ste 1626, Detroit, MI 48226 | ☑ | ☐ | Direct | 09/20/2016 | $100.00 | $300.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Law Offices of Coral Watt 615 Griswold, Ste 1626, Detroit, MI 48226 | | | | | | |
| Matouk, Timothy | 22607 Lakecrest St, St. Clair, MI 48081 | ☑ | ☐ | Direct | 09/15/2016 | $50.00 | $100.00 |



MICHIGAN DEPARTMENT OF STATE
BUREAU OF ELECTIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Occupation: Detective - WCPO | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Bivens, James | 29054 Aline, Warren, MI 48093 | ☑ | ☐ | Direct | 09/15/2016 | $50.00 | $50.00 |
| | Occupation: WCPO - Chief of Investigations | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Matthews, Cynthia | 12434 Woodgate, Plymouth, MI 48170 | ☑ | ☐ | Direct | 09/15/2016 | $50.00 | $100.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Torres, Felipe | 875 Balfour, Grosse Pointe Park, MI 48230 | ☑ | ☐ | Direct | 09/15/2016 | $50.00 | $50.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Cox-Borkowski, Maria | 51414 Huntley Ave, New Baltimore, MI 48047 | ☑ | ☐ | Direct | 09/15/2016 | $50.00 | $100.00 |
| | Occupation: Detective - WCPO | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Sinutko, Nancy | 47872 BRENNAN, MACOMB, MI 48044 | ☑ | ☐ | Direct | 09/15/2016 | $500.00 | $1500.00 |
| | Occupation: Home Maker | | | | | | |
| | Employer Name and Address: Self 47872 BRENNAN, MACOMB, MI 48044 | | | | | | |
| Fried, Harold | 29800 Telegraph Rd, Southfield, MI 48034 | ☑ | ☐ | Direct | 09/15/2016 | $500.00 | $500.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Harold Fried PLLC 29800 Telegraph Rd, Southfield, MI 48034 | | | | | | |
| Hathaway, Richard | 514 Hidden Lane , Gross Pointe Woods, MI 48236 | ☐ | ☐ | Direct | 09/15/2016 | $1000.00 | $3000.00 |
| | Occupation: CHIEF ASSISTANT PROSECUTING ATTORNEY | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Bullock, Charles D. | 46301 Concord Dr., Plymouth, MI 48170 | ☑ | ☐ | Direct | 09/15/2016 | $1000.00 | $1000.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Stevens & Bullock 26100 American Drive, Southfield, MI 48034 | | | | | | |
| Guerriero, Anthony | 24920 Newton, Dearborn, MI 48124 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $1800.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Self Employed 6828 Park Avenue, Allen Park, MI 48101 | | | | | | |



**MICHIGAN DEPARTMENT OF STATE**
**BUREAU OF ELECTIONS**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BERNARDI, MARK W | 19952 W. CLAIRVIEW CT., GROSSE POINTE WOODS, MI 48236 | ☑ | ☐ | Direct | 09/15/2016 | $200.00 | $700.00 |
| | Occupation: ASSISTANT PROSECUTOR | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 SAINT ANTOINE ST., DETROIT, MI 48226 | | | | | | |
| GIBSON, ROSALYN | 37500 MIDDLEBELT, INKSTER, MI 48141 | ☑ | ☐ | Direct | 09/15/2016 | $200.00 | $600.00 |
| | Occupation: CHIEF OF ADMINISTRATION/FINANCE | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| HEAPHY JR., WILLIAM J | 433 MCKINLEY AVE., GROSSE POINTE FARMS, MI 48236 | ☑ | ☐ | Direct | 09/15/2016 | $200.00 | $800.00 |
| | Occupation: ASSISTANT PROSECUTING ATTORNEY | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 ST. ANTOINE ST., DETROIT, MI 48226 | | | | | | |
| ELDER, DORAID | 1360 Porter Street, Ste 200, Dearborn, MI 48124 | ☑ | ☐ | Direct | 09/15/2016 | $200.00 | $2300.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: DORAID B. ELDER PC 1360 Porter Street, Ste 200, Dearborn, MI 48124 | | | | | | |
| Lewis, Rita | 1624 Gaefield, Birmingham, MI 48009 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $300.00 |
| | Occupation: ATTORNEY | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| Hadied, Rana | 2379 Heronwood Dr., Bloomfield Hills, MI 48302 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $400.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Wayne County Pros Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Committee to Elect Kenyetta Stanford Jones | 18181 Hamilton Road, Detroit, MI 48203 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: | | | | | | |
| | Employer Name and Address: | | | | | | |
| Surma, Brian E | 338 FISHER, GROSSE POINTE FARMS, MI 48230 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Lehto, Michael | 48138 Picadilly Ct, Canton, MI 48187 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: CONTRACT - APA | | | | | | |
| | Employer Name and Address: Wayne Co Pros Off 1441 St Antoine, Detroit, MI 48224 | | | | | | |



**MICHIGAN DEPARTMENT OF STATE**
  **BUREAU OF ELECTIONS**

| Name | Address | | | Type | Date | Amount | Total |
|------|---------|---|---|------|------|--------|-------|
| Gleason, Kellie I | 48138 Picadilly Ct, Canton, MI 48187 | ☐ | ☐ | Direct | 09/15/2016 | $100.00 | $200.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Deyoung, Sarah | 1030 Maryland, Grosse Pte Park, MI 48230 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 141 ST ANTOINE, DETROIT, MI 48226 | | | | | | |
| LEVASSEUR, RENEE K | 431 SHENANDOAH DRIVE, CLAWSON, MI 48017 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: DETECTIVE | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Committee to Elect Thomas Hathaway | 28 Hampton Rd., Groose Pte Shores, MI 48236 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: | | | | | | |
| | Employer Name and Address: | | | | | | |
| FOY, SHELLEY I | 5910 NEWPORT ST., DETROIT, MI 48213 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $300.00 |
| | Occupation: Detective - WCPO | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| GUIRGUIS, CHRISTINA | 4081 BACON AVE, BERKLEY, MI 48072 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $100.00 |
| | Occupation: APA | | | | | | |
| | Employer Name and Address: WAYNE COUNTY PROSECUTORS OFFICE 1441 St Antoine, Detroit, MI 48226 | | | | | | |
| Kanitra, Anne | 15741 Gary Lane, Livonia, MI 48154 | ☑ | ☐ | Direct | 09/15/2016 | $100.00 | $150.00 |
| | Occupation: Detective - WCPO | | | | | | |
| | Employer Name and Address: Wayne County Prosecutors Office 1441 St. Antoine, Detroit, MI 48226 | | | | | | |
| Constan, Robert | 5527 Heather Lane, Dearborn Heights, MI 48127 | ☐ | ☐ | Direct | 10/20/2016 | $100.00 | $100.00 |
| | Occupation: City Councilman | | | | | | |
| | Employer Name and Address: City of Dearborn Heights 6045 Fenton, Dearborn Heights, MI 48127 | | | | | | |
| Odette, Catherine | 23822 Leighwood, Woodhaven, MI 48183 | ☑ | ☐ | Direct | 10/20/2016 | $100.00 | $100.00 |
| | Occupation: | | | | | | |
| | Employer Name and Address: | | | | | | |

| Marra, Richard L. | 20548 Brookwood, Dearborn Heights, MI 48127 | ☐ | ☐ | Direct | 10/20/2016 | $100.00 | $100.00 |
|---|---|---|---|---|---|---|---|
| | Occupation: President | | | | | | |
| | Employer Name and Address: Marra Construction Co., Inc. 6700 Chase Road, Dearborn, MI 48126 | | | | | | |
| Fresard, Donn | 1751 Lochmoor, Grosse Pte Woods, MI 48236 | ☐ | ☐ | Direct | 10/20/2016 | $100.00 | $100.00 |
| | Occupation: Attorney | | | | | | |
| | Employer Name and Address: Wayne Co Pros Off 1441 St Antoine, Detroit, MI 48224 | | | | | | |
| | | | | | Sub Total | $22275.00 | |
| | | | | | Total | $22275.00 | |



MICHIGAN DEPARTMENT OF STATE
 BUREAU OF ELECTIONS

### ITEMIZED OTHER RECEIPTS
### SCHEDULE 1A - 1
### CANDIDATE COMMITTEE

| Contributor Name | Address | Fund Raiser | Type of Receipt | Date of Receipt | Amount |
|---|---|---|---|---|---|
| | | | | Total | |



MICHIGAN DEPARTMENT OF STATE
  BUREAU OF ELECTIONS

# ITEMIZED IN-KIND CONTRIBUTIONS
## SCHEDULE 1 - IK
## CANDIDATE COMMITTEE

| Contributor Name | Address | Fund Raiser | PAC Receipts | Type of In-Kind Contribution | Date of Receipt | Amount or Fair Market Value | Cumulative for Election Cycle |
|---|---|---|---|---|---|---|---|
| | | | | | Total | | |



MICHIGAN DEPARTMENT OF STATE
BUREAU OF ELECTIONS

## ITEMIZED EXPENDITURES
## SCHEDULE 1B
## CANDIDATE COMMITTEE

| Expenditure Name | Address | Fund Raiser | Purpose | Date | Amount |
|---|---|---|---|---|---|
| **Direct** | | | | | |
| 14th Congressional Democratic Party Organization | 20225 Livernois Ave , Detroit , MI 48221 | ☐ | Media - Ad in Program Books | 09/08/2016 | $150.00 |
| Alzheimer's Association | 20300 Civic Center Drive, Southfield, MI 48076 | ☐ | Charitable Donation | 09/23/2016 | $200.00 |
| American Graphics | 34895 Grosbeck Hwy, Clinton Township, MI 48035 | ☐ | Fundraiser - Ticket | 08/26/2016 | $127.62 |
| Avalon International Breads | 422 West Willis, Detroit, MI 48201 | ☐ | Fundraiser - Food & Beverage | 09/16/2016 | $1500.00 |
| Detroit Giants Athletic Assoication | P.O. Box 241526, Detroit, MI 48224 | ☐ | Contribution to Charity | 09/12/2016 | $1500.00 |
| GOLDEN PROCESSING INNOVATIONS | 27115 GRATIOT AVE#A, ROSEVILLE, MI 48066 | ☑ | Fundraiser - Food & Beverage | 09/29/2016 | $350.83 |
| Grosse Pointe Democratic Club | P.O. Box 36881 , Grosse Pointe Farms, MI 48236 | ☐ | Membership Dues - Community Org | 08/29/2016 | $250.00 |
| RAZE-IT PRINTING INC | 1784 Heron View Court, West Bloomfield, MI 48324 | ☐ | Printing - Brochures | 09/23/2016 | $508.00 |
| SCDAA, MI CHAPTER | 18516 JAMES COUZENS, DETROIT, MI 48235 | ☐ | Contribution to Charity | 09/23/2016 | $500.00 |
| SESSION, IWANA  K | 18955 MUIRLAND, DETROIT, MI 48221 | ☐ | Reimbursement | 08/24/2016 | $525.00 |
| WOODS WHOLESALE WINE | 20787 MACK AVENUE, GROSSE PONTE WOODS, MI 48236 | ☑ | Fundraiser - Food & Beverage | 09/22/2016 | $719.00 |
| | | | | **SubTotal** | **$6330.45** |
| | | | | **Total** | **$6330.45** |



MICHIGAN DEPARTMENT OF STATE
BUREAU OF ELECTIONS

## ITEMIZED IN-KIND EXPENDITURES
## SCHEDULE 1B - IK
## CANDIDATE COMMITTEE

| Expenditure Name | Address | Fund Raiser | Type of In-Kind Expenditure | Date | Fair Market Value |
|---|---|---|---|---|---|
| | | | | Total | |



MICHIGAN DEPARTMENT OF STATE
 BUREAU OF ELECTIONS

## EXPENDITURES FOR GET-OUT-THE VOTE ACTIVITIES
## SCHEDULE 1B - G
## CANDIDATE COMMITTEE

**USE THIS FORM TO REPORT EXPENDITURES MADE FOR ELECTION DAY BUSING OF VOTERS TO THE POLLS, FOR SLATE CARDS, CHALLENGERS, POLL WATCHERS, POLL WORKERS, AND GET -OUT -THE VOTE ACTIVITY.** Describe the specific Get-Out-The -Vote activity in Item 4f.

ALL EXPENDITURES ARE REQUIRED TO BE ITEMIZED

| Expenditure Name | Address | Fund Raiser | Type of Activity | Date | Amount |
|---|---|---|---|---|---|
| | | | | Total | |



**MICHIGAN DEPARTMENT OF STATE**
 **BUREAU OF ELECTIONS**

## INCIDENTAL OFFICE EXPENSE DISBURSEMENTS
### SCHEDULE 1C
### CANDIDATE COMMITTEE
### (For use by officeholders only)

| Name | Address | Fund Raiser | Disbursement Code | Expenditure purpose | Date | Amount of Disbursement |
|---|---|---|---|---|---|---|
| **Incidental Office Expenses (Office holders only)** | | | | | | |
| SESSION, IWANA K | 18955 MUIRLAND, DETROIT, MI 48221 | ☐ | BO | Reimbursement | 09/12/2016 | $1042.00 |
| Disbursement is payment of debt or obligation reported on previous statement | | | | | ☐ | |
| Detroit Metropolitan Bar Association | 1356 Penobscot Building, 645 Griswold, Detroit, MI 48226 | ☐ | MO | Membership Dues to Professional Orgs | 10/14/2016 | $100.00 |
| Disbursement is payment of debt or obligation reported on previous statement | | | | | ☐ | |
| Weertz, Anne | 513 Hidden Lane, Grosse Pointe Woods, MI 48236 | ☑ | MO | Staff - Administrative Services | 09/15/2016 | $200.00 |
| Disbursement is payment of debt or obligation reported on previous statement | | | | | ☐ | |
| | | | | | **Sub Total** | **$1342.00** |
| | | | | | **Total** | **$1342.00** |



MICHIGAN DEPARTMENT OF STATE
 BUREAU OF ELECTIONS

## DEBTS AND OBLIGATIONS
## SCHEDULE 1E
## CANDIDATE COMMITTEE

**Debts and obligations owed by or forgiven the committee.**

| Debt Date | Name & Address | Type | Original Amount | Date of each payment | Amount of each payment | Forgiven Amount | Cumulative payment | Outstanding balance |
|---|---|---|---|---|---|---|---|---|
| 03/12/2013 | Worthy, Kym L. Address: | In-kind | $250.00 | | | | $250.00 | $0.00 |
| | | | | | $0.00 | $0.00 | | |
| | | | | | | | Total | $0.00 |

**Debts and obligations owed to or forgiven by the committee.**

| Debt Date | Name & Address | Type | Original Amount | Date of each payment | Amount of each payment | Forgiven Amount | Cumulative payment | Outstanding balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total | |



MICHIGAN DEPARTMENT OF STATE
BUREAU OF ELECTIONS

# FUND RAISER
## SCHEDULE 1F
## CANDIDATE COMMITTEE

| - USE A SEPARATE SHEET FOR EACH EVENT- |
|---|

| 3. Date Event Was Held | 4. Number of Individuals Attending or Participating (whichever is greater) | 5. Type of Fund Raising Activity | 6. Address and Name (If any) of the place where the activity was held. |
|---|---|---|---|
| 09/15/2016 | 75 | Meet and Greet | Dr. Golden's Home 15330 Windmill Pointe, Grosse Pointe Park, MI 48230 ✓ Private Residence |

| | | |
|---|---|---|
| 7. Total Contributions | $16600.00 | |
| 8. Other Receipts | $0.00 | |
| 9. Gross Receipts (Add lines 7 and 8) | $16600.00 | * Includes In-Kind Contributions and All |
| 10. Total Cost of Event | $1269.83 | Expenditures Made For the Event |

11. ☐ Check if event was a joint fund raiser and complete the following:

| Co-Sponsor(s) | Contribution Split % | Expenditure Split % |
|---|---|---|

- The committee is required to file a separate Fund Raiser Schedule for each fund raising event held during the period covered by the Campaign Statement.
- Receipts and expenditures listed on a Fund Raiser Schedule must also be reported on the Itemized Contributions Schedule (1A), Itemized In-Kind Contributions Schedule (1-IK), Itemized Expenditures Schedule (1B) and the Summary Page.
- Each committee that participated in a joint fund raiser must file a Fund Raiser Schedule for the event.

| 3. Date Event Was Held | 4. Number of Individuals Attending or Participating (whichever is greater) | 5. Type of Fund Raising Activity | 6. Address and Name (If any) of the place where the activity was held. |
|---|---|---|---|
| 10/20/2016 | 50 | Meet and Greet | The Waterfront Restaurant 570 Biddle Avenue, Wyandotte, MI 48192 ☐ Private Residence |

| | | |
|---|---|---|
| 7. Total Contributions | $3975.00 | |
| 8. Other Receipts | $0.00 | |
| 9. Gross Receipts (Add lines 7 and 8) | $3975.00 | * Includes In-Kind Contributions and All |
| 10. Total Cost of Event | $0.00 | Expenditures Made For the Event |

11. ☐ Check if event was a joint fund raiser and complete the following:

| Co-Sponsor(s) | Contribution Split % | Expenditure Split % |
|---|---|---|

- The committee is required to file a separate Fund Raiser Schedule for each fund raising event held during the period covered by the Campaign Statement.
- Receipts and expenditures listed on a Fund Raiser Schedule must also be reported on the Itemized Contributions Schedule (1A), Itemized In-Kind Contributions Schedule (1-IK), Itemized Expenditures Schedule (1B) and the Summary Page.
- Each committee that participated in a joint fund raiser must file a Fund Raiser Schedule for the event.

# EXHIBIT D —

## *BLANK POSTELECTION STATEMENT FORM*

## -- CAMPAIGN FINANCE COMPLIANCE AFFIDAVIT – POST ELECTION --

- This form must be filed by any candidate subject to Michigan's Campaign Finance Act who is elected to a state, county, city, township, village or school office.  The form must be filed *before* the candidate assumes office.  Exceptions:  an elected candidate whose Candidate Committee did not receive or expend more than $1,000.00 during the election cycle is *not* required to submit this form.  In addition, this form does not have to be filed by an individual elected to a U.S. Senate, U.S. House or precinct delegate position.

- An elected candidate who is required to file this Campaign Finance Compliance Affidavit must submit this form to the filing official designated to receive the elected candidate's campaign finance disclosure filings.  (The attestation stipulated below may not be altered in any way.)

- An elected candidate subject to the Campaign Finance Compliance Affidavit filing requirement who fails to submit this form prior to assuming office is guilty of a misdemeanor.

- If you need information on your current compliance status under the Michigan Campaign Finance Act, contact the Michigan Department of State's Bureau of Elections and/or the appropriate county clerks as necessary.

By signing this affidavit, I swear (or affirm) that the facts contained in the statement set forth below are true.

**At this date, all statements, reports, late filing fees, and fines due from me or any Candidate Committee organized to support my election to office under the Michigan Campaign Finance Act, PA 388 of 1976, have been filed or paid.**

I further acknowledge that making a false statement in this affidavit is perjury – a felony punishable by a fine up to $1,000.00 or imprisonment for up to 5 years, or both.  (MCL 168.848, 933 and 936)

Printed Name of Candidate: _____

Committee ID Number(s): _____

Office You Will Assume: _____  District/Circuit #: _____

Signature of Candidate: _____
**(signature must be witnessed by Notary Public)**

Michigan Notary Public, County of: _____  Acting in the County of: _____

My commission expires: _____

Subscribed and sworn to (or affirmed) before me on this date: _____

by: _____  (Name of Elected Official).

_____        _____
(Name of Notary Public)                              (Signature of Notary Public)

Rev 11/2018
S:/Disclosure/CampaignFinance/Forms