UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ROBERT DAVIS,**             Case No. 20-cv-12127
**VENIAS JORDAN, JR.,** and     **Hon. Nancy G. Edmunds**
**LEIGH REED-PRATT,**
     Plaintiffs,

v.

**WAYNE COUNTY BOARD OF CANVASSERS,**
     Defendant.
_____/

**ANDREW A. PATERSON (P18690)**
Attorney for Plaintiffs
2893 E. Eisenhower Pkwy
Ann Arbor, MI 48108
(248) 568-9712
aap43@outlook.com
_____/

# PLAINTIFFS' NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER, OR IN THE ALTERNATIVE, MOTION FOR PRELIMINARY INJUNCTION (ECF NO. 6).

**NOW COME** Plaintiffs, ROBERT DAVIS, VENIAS JORDAN, JR., and LEIGH REED-PRATT, by and through their attorney, ANDREW A. PATERSON, and for their Notice of Withdrawal of Emergency *Ex Parte* Motion for Temporary Restraining Order, or in the alternative, Motion for Preliminary Injunction Against Defendant

Wayne County Board of Canvassers with respect to Counts I and II only (ECF No. 6), state as follows:

Plaintiffs, through counsel, hereby withdraw Plaintiffs' Emergency *Ex Parte* Motion for Temporary Restraining Order, or in the alternative, Motion for Preliminary Injunction Against Defendant Wayne County Board of Canvassers with respect to Counts I and II only (ECF No. 6), which is currently scheduled for hearing on September 16, 2020 (ECF No. 12).

Accordingly, upon the filing of this notice, Plaintiffs' Emergency *Ex Parte* Motion for Temporary Restraining Order, or in the alternative, Motion for Preliminary Injunction Against Defendant Wayne County Board of Canvassers with respect to Counts I and II only (ECF No. 6), is hereby withdrawn.

Dated: September 3, 2020    Respectfully submitted,
/s/ ANDREW A. PATERSON
ANDREW A. PATERSON (P18690)
Attorney for Plaintiffs
2893 E. Eisenhower Pkwy
Ann Arbor, MI 48108
(248) 568-9712

## CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that the foregoing document(s) was filed and served via the Court's electronic case filing and noticing system (ECF) this 3rd day of September, 2020, which will automatically send notification of such filing to all attorneys and parties of record registered electronically.

Respectfully submitted,

/s/ ANDREW A. PATERSON
ANDREW A. PATERSON (P18690)
Attorney for Plaintiffs