# EXHIBIT 1

**STATE OF MICHIGAN,
CHARTER COUNTY OF
WAYNE** } ss.

We certify that the foregoing is a correct statement of recount of the votes cast at the Primary Election held on the 4th day of August, 2020 for the Office of Prosecuting Attorney (Republican) - County of Wayne.

In Witness, We have set our hands at the Township of Sumpter in said county and state this 4th day of September, 2020

_____
CHAIRPERSON

_____

_____ } Board of County Canvassers

_____

_____
CLERK OF COUNTY BOARD OF CANVASSERS

---

**STATE OF MICHIGAN,
CHARTER COUNTY OF
WAYNE** } ss.

We certify that the foregoing copy of the Recount Statement of Precincts in the Charter County of Wayne of the votes cast at the Primary Election held on the 4th day of August, 2020 for the Office of Prosecuting Attorney (Republican) - Township of Sumpter and the attached Certificate are correct transcripts of the originals of such statement and certificate which are on file in the Office of the County Clerk.

In Witness, We have set our hands and affixed the Seal of the Circuit Court for the Charter County of Wayne this 4th day of September, 2020.

_____
COUNTY CLERK

_____
CHAIRPERSON OF BOARD OF CANVASSERS

WAYNE COUNTY  
BOARD OF CANVASSERS

RECOUNT STATEMENT OF PRECINCTS

SEPTEMBER 4, 2020

Statement of recount in the County of Wayne of the votes cast at the Primary Election held on the 4th day of August, 2020 for the office of **Prosecuting Attorney (Republican) - Wayne County**

|  | Precinct | Shane Anders | | | RECOUNT RESULTS | | | | |
|---|---|---|---|---|---|---|---|---|---|
| DEARBORN | 23 | 0 | | | | | | | |
|  | AV 23 | 0 | | | | | | | |
| PLYMOUTH TWP. | 7 | 2 | | | | | | | |
|  | AV 7 | 0 | | | | | | | |
|  | TOTAL | 2 | | | | | | | |

RECOUNT CALCULATION SHEET

OFFICE: PROSECUTING ATTORNEY (REPUBLICAN) - WAYNE COUNTY
COUNTY: WAYNE

| Jurisdiction | Pct. | SHANE ANDERS | | | Completed | Not Recountable (NR) |
| --- | --- | --- | --- | --- | --- | --- |
| | | Original | Recount | Net | | |
| DEARBORN | 23 | 0 | 0 | 0 | | X |
| | AV 23 | 0 | 0 | 0 | | X |
| PLYMOUTH TWP | 7 | 0 | 2 | 2 | X | |
| | AV 7 | 0 | 0 | 0 | WITHDRAWN | |
| | | | | | | |
| TOTAL VOTES | | 0 | 2 | 2 | 1 | 2 |

**TOTAL CHANGE**      **2**