# EXHIBIT 1

## AFFIDAVIT

Gregory Mahar, being sworn states:

1. I am the Director of Elections in the Office of The Clerk, Elections Division, County of Wayne. I have been the Director of Elections since January 2018.

2. MCL §168.875 provides that after a recount the ballots are returned to the local clerk.

3. Wayne County returned the absent voter ballots for Dearborn Precinct 23 to the City of Dearborn on September 4, 2020.

4. Wayne County no longer has the absent voter ballots for Dearborn Precinct 23.

5. The Secretary of State is the chief elections director for the state of Michigan. The Secretary of State issued the attached Memorandum dated August 26, 2020, in which she directed that ballots with federal offices must be retained for 22 months.

6. The absent voter ballots for Dearborn Precinct 23 include the office of United States Senator. Therefore, those ballots should be retained by the City of Dearborn for 22 months.

Deponent says nothing further.

_Gregory Mahar_

Subscribed and sworn to before me on this 18th day of September 2020.

EN'JOLI CONLEY
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES MARCH 11, 2025
ACTING IN THE COUNTY OF Wayne