## INDEX OF EXHIBITS

| *EXHIBIT* | *DESCRIPTION* |
|---|---|
| Exhibit 1 | Email Regarding Sanctions |
| Exhibit 2 | Prosecutor Worthy's Amended Motion to Intervene |
| Exhibit 3 | In Re Shane Anders Opinion |