# EXHIBIT 1

From: Drew Paterson <aap43@outlook.com>

Sent: Friday, September 18, 2020 10:50 AM

To: Angela L. Baldwin <ALB@millerlawpc.com>

Cc: Melvin B. Hollowell <MBH@millerlawpc.com>; Robert Davis <davisrobert854@gmail.com>; Janet Anderson-Davis <jandersn@waynecounty.com>

Subject: Re: Davis et al v. Wayne County Board of Canvassers Motion to Amend

Ms. Baldwin,

Respectfully, Plaintiffs do not concur because there is no legal basis under the Federal Court Rules for your client's intervention in this matter.  Please be advised, that if you proceed with filing such a motion, Plaintiffs will seek sanctions.

Drew Paterson

(248) 568-9712

aap43@outlook.com

_____

From: Angela L. Baldwin <ALB@millerlawpc.com>

Sent: Friday, September 18, 2020 10:38 AM

To: Robert Davis <davisrobert854@gmail.com>; Drew Paterson <aap43@outlook.com>; Janet Anderson-Davis <jandersn@waynecounty.com>

Cc: Melvin B. Hollowell <MBH@millerlawpc.com>

Subject: Davis et al v. Wayne County Board of Canvassers Motion to Amend

Good Morning,

We plan to file an amended motion to intervene in the below matter. Do you concur?

Case Name:    Davis et al v. Wayne County Board of Canvassers

Case Number:   2:20-cv-12127-NGE-APP

Thanks,

Angela