# EXHIBIT 2

# MANUAL FOR
# BOARDS OF COUNTY CANVASSERS



MICHIGAN DEPARTMENT OF STATE

BUREAU OF ELECTIONS

OCTOBER 2020

# Questions?

If you have any questions regarding the contents of this manual
or the governing provisions of Michigan election law, MCL 168.1-991,
please do not hesitate to contact the Michigan Department of State's

Bureau of Elections at Elections@Michigan.gov
or by phone by calling (517) 335-3237.


**Note: This document was updated in October 2020 to reflect the inclusion of ballots postmarked by the day before the election and received by 14 days after election, under a September 2020 court order. It is possible there will be more court proceedings in this case. Only Chapters 4 and 5 were updated. The remainder of the Manual is the same as the June 2018 manual.**

# INTRODUCTION

Michigan election law was amended in 1963 to establish procedures for the appointment of a four-member Board of County Canvassers in every county in the state. (MCLA 168.24a-168.24f) Prior to 1963, county canvassers were elected. While the procedures for filling positions on county canvassing boards have changed over the years, the responsibilities of the boards have remained as follows:

## COMPLETES CANVASS AND CERTIFICATION OF PRIMARIES AND ELECTIONS:

The Board is responsible for canvassing and certifying primaries and elections held in the county. In specified instances, county canvassing boards are required to forward the results obtained for primaries and elections to the Board of State Canvassers in Lansing.

## CONDUCTS RECOUNTS: The Board is responsible for conducting recounts of votes cast at primaries and elections held in the county.

## RESOLVES CLAIMS INVOLVING MALFUNCTIONING VOTING EQUIPMENT AND DEFECTIVE BALLOTS: The Board is responsible for resolving any claims that malfunctioning voting equipment or defective ballots may have affected the outcome of a vote on an office appearing on the ballot. The resolution process is not carried out unless an aggrieved candidate files a petition asserting a voting equipment or ballot problem.

The Board is also responsible for resolving any claims that malfunctioning voting equipment or defective ballots may have affected the outcome of a vote on a proposal appearing on the ballot. The resolution process is **not** carried out unless a voter who participated in the election files a petition asserting a voting equipment or ballot problem.

## INSPECTS BALLOT CONTAINERS: Every four years the Board is responsible for inspecting all ballot containers used in the county.

This manual outlines the procedures a Board of County Canvassers must follow when fulfilling the above responsibilities.

# CONTENTS

CHAPTER 1 COMPOSITION OF BOARD AND CONDUCT OF MEETINGS

Introduction.................................................................................... 1-1
Terms of Board Positions............................................................... 1-1
Qualifications of Board Members.................................................. 1-2
Regular Appointments to Board..................................................... 1-2
Vacancies on Board........................................................................ 1-3
Compensation of Board Members.................................................. 1-3
Organization of Board.................................................................... 1-4
Frequency of Meetings................................................................... 1-4
Posting Requirement....................................................................... 1-4
Quorum Required............................................................................ 1-5
Minutes........................................................................................... 1-5
Temporary Members....................................................................... 1-5
Employment of Board Assistants................................................... 1-5
Board Budget.................................................................................. 1-6


CHAPTER 2 AUTHORITY TO CANVASS AND CERTIFY PRIMARIES AND ELECTIONS

Federal and State Partisan Offices................................................. 2-2
County Partisan Offices.................................................................. 2-2
State and County Judicial Offices.................................................. 2-2
City, Township, and Village Offices............................................... 2-3
School District Offices.................................................................... 2-3
State, County, School District and Community College Ballot Issues........ 2-3
Special Primaries and Elections..................................................... 2-5
Recall Elections.............................................................................. 2-6
Reimbursement of Costs to County................................................ 2-6


CHAPTER 3 MANAGEMENT OF A COUNTY CANVASS

Commencement and Completion of Canvass................................. 3-1
Failure to Perform Canvassing Duties............................................ 3-1
Principal Documents Employed to Complete Canvass................... 3-2
Delivery of Records to Board of County Canvassers..................... 3-2
Delivery of Records to Multiple Boards of County Canvassers................. 3-4
Scope of Authority When Conducting Canvass.............................. 3-7

CHAPTER 4 PROCEDURE FOR CONDUCTING A COUNTY CANVASS: VERIFICATION OF RECORDS

Poll Books.................................................................. 4-2
Statement of Votes....................................................... 4-8
Final Review & Determination on Write-In Votes.................... 4-10

CHAPTER 5 PROCEDURES FOR CONDUCTING A COUNTY CANVASS: COMPLETION OF CERTIFYING DOCUMENTS

Documentation of County Vote Totals – County Canvassers' Report........ 5-1
Transmitting Determinations, County Vote Totals and Precinct Results To Secretary of State (State Vote Totals Form)............... 5-9
Transmitting Vote Totals and Precinct Results to Local Levels.......... 5-13

CHAPTER 6 PROCEDURES FOR CONDUCTING A COUNTY CANVASS: FINAL STEPS

Breaking Tie Votes......................................................... 6-1
Release of Results......................................................... 6-2
Issuance of Certificates of Election.................................. 6-2
Issuance of Certificates of Nomination.............................. 6-3
Disposition of Canvass Documents.................................. 6-3

CHAPTER 7 RECOUNTS

Recounts.................................................................... 7-1
Petition.................................................................... 7-2
Deposit.................................................................... 7-2
Petition Filing Location and Deadlines.............................. 7-3
Notice Requirement and Counter Petitioning Option.............. 7-3
Conduct of Recount....................................................... 7-4
Three Scenarios Causing Precinct to be Not Recountable.......... 7-4
Refund of Recount Deposit.............................................. 7-5
Cost of Recount.......................................................... 7-5
Special Guidance for Twp-Page Ballots.............................. 7-6
Petition for a Recount.................................................. 7-8

CHAPTER 8 SPECIAL MAIL ELECTIONS

# CHAPTER 9 BALLOT CONTAINER INSPECTIONS

Conduct of Ballot Container Inspections: Canvassing Board Quorum
Required...................................................................................................   9-2

Approval Stickers and Tags.........................................................................   9-3

Approval Standards.....................................................................................   9-3

Dual-Sided Ballot Containers: Sealing Procedures....................................   9-3

# APPENDIX OF FORMS

# CHAPTER 1 - COMPOSITION OF BOARD AND CONDUCT OF MEETINGS

## TABLE OF CONTENTS

INTRODUCTION ........................................................................................................................... 1

TERMS OF BOARD POSITIONS ....................................................................................................... 1

QUALIFICATIONS OF BOARD MEMBERS .......................................................................................... 2

REGULAR APPOINTMENTS TO BOARD ............................................................................................ 2

VACANCIES ON BOARD ................................................................................................................. 3

COMPENSATION OF BOARD MEMBERS ........................................................................................... 3

ORGANIZATION OF BOARD ............................................................................................................ 4

FREQUENCY OF MEETINGS ........................................................................................................... 4

POSTING REQUIREMENT ............................................................................................................... 4

QUORUM REQUIRED ..................................................................................................................... 5

MINUTES ..................................................................................................................................... 5

TEMPORARY MEMBERS ................................................................................................................. 5

EMPLOYMENT OF BOARD ASSISTANTS ........................................................................................... 5

BOARD BUDGET ........................................................................................................................... 6

INTRODUCTION: Each Board of County Canvassers has four members. (MCL 168.24a(1)) The two political parties that cast the greatest number of votes for the office of Secretary of State at the last election at which the office was filled are each permitted to have two representatives on the Board. (MCL 168.24c) The county clerk serves as clerk of the Board. (MCL 168.24e)  (The county clerk does not have a vote on the Board.)

TERMS OF BOARD POSITIONS: Each Board member serves a four-year term. The terms of the members are staggered so that both parties represented on the Board have one member's term

expiring on October 31 of each odd-numbered year. New terms commence on November 1. (MCL 168.24a(3))

QUALIFICATIONS OF BOARD MEMBERS: To serve on the Board, a person must be a "qualified elector" of the county and must take and subscribe to the constitutional oath of office. An elected public officer may not serve on the Board. If a member of the Board becomes a candidate for public office or accepts a position as a precinct inspector, his or her position on the Board becomes vacant. (MCL 168.24b; Art. II, Sec. 7, of State Constitution.) As precinct delegates are not considered "public officers," a Board member may seek and accept a precinct delegate position. Election law does not prohibit the appointment and service of board members who are immediate family members of candidates.

REGULAR APPOINTMENTS TO BOARD: To fill expiring terms on the Board, the county committee of each political party is required to submit to the county clerk not later than September 1 of each odd-numbered year the names of three persons qualified to serve on the Board. (A Board member whose term is expiring may be named among the three nominees.)

In a county having two or more congressional districts within its boundaries, the congressional district committees submit the names to the county clerk instead of the county committees. The following counties must seek their nominees from the congressional district committee: Allegan, Kent, Macomb, Mason, Montcalm, Oakland, Saginaw, Tuscola, Washtenaw, and Wayne.

Michigan law, MCL 46.1(1) requires the commissioners of each county to meet annually between September 14 and October 16. This requirement will accommodate the meeting to appoint members to the Board of County Canvassers.

The county clerk presents the submitted names to the members of the Board of County Commissioners who are then required to fill each vacant position with one of the three persons nominated for the position. Michigan election law stipulates that the Board of County Commissioners must elect the positions "by ballot."

As the Open Meetings Act prohibits voting procedures at a public meeting which prevents citizens from knowing how members of a public body voted, a "secret" balloting process cannot be employed by the Board of County Commissioners when filling the positions.

The Michigan election law extends to the County Board of Commissioners the authority to request any of the following from the county canvasser nominees before making the required appointments:

- A letter signed by the nominee indicating 1) an interest in serving on the Board of County Canvassers and 2) an intent to discharge the duties to the best of his or her ability.

- Information on any prior election experience including canvassing elections.

- Information on whether the nominee has been convicted of a felony or election crime.

The county clerk is responsible for notifying persons placed on the Board of County Canvassers within five days after the Board of County Commissioners acts to fill the positions. (MCL 168.24a(3); 168.24c)

VACANCIES ON BOARD: A vacancy is created on the Board if a Board member 1) dies 2) resigns 3) becomes a candidate for public office 4) accepts a position as a precinct inspector 5) moves from the county 6) fails or refuses to take the constitutional oath of office or 7) is removed from office under proper authority.

When a vacancy occurs on the Board, the county clerk immediately gives notices of the vacancy to the county or congressional district committee chairperson of the political party represented by the position involved. Within 10 days after the county or congressional district committee political party chairperson receives notice of the vacancy, the county or congressional district political party committee is required to submit to the county clerk the names of three persons qualified to serve on the Board. Within 10 days after receiving the three names, the county clerk makes the necessary appointment. A person appointed to fill a vacancy on the Board serves for the balance of the unexpired term. (MCL 168.24b; Art. II, Sec. 7, of State Constitution) The county clerk is responsible for notifying persons appointed to fill vacancies on the Board of County Canvassers within five days after their appointment. (MCL 168.24a(3))

COMPENSATION OF BOARD MEMBERS: The rate of pay the members of the Board of County Canvassers receive is dependent on the population of the county. Payments are made by the county treasurer upon the warrant of the county clerk. (MCL 168.24f; 168.24h)

- If the county's population is **less than 475,000**, the members of the Board receive "actual and necessary expenses incurred in the performance of their official duties, and in addition shall be

paid the same daily rate as is paid the members of the board of commissioners for meetings."
(MCL 168.24f(2))

- If the county's population is **475,000 or more but less than 1,500,000**, the members of the Board receive "actual and necessary expenses incurred in the performance of their official duties and in addition shall be paid at a rate which is equal to the per diem rate paid to the county board of commissioners for meetings, or which is equal to ½% [.005] of the annual salary paid to members of the county board of commissioners, whichever is greater." (MCL 168.24f(1))

- If the county's population is **1,500,000 or more**, the members of the Board receive "actual and necessary expenses incurred in the performance of their official duties, and in addition shall be paid a daily rate of $25.00 for meetings and $50.00 for recounts." (MCL 168.24h)

## ORGANIZATION OF BOARD:

The Board of County Canvassers meets during the month of January in each even-numbered year to elect a Board chairperson and vice-chairperson. (MCL 168.24e) Board officers serve a two-year term. It is recommended that the Board "split" the party affiliation of the two Board officers and rotate the offices between the two parties every two years. For example, if a Board member representing Party A is elected chairperson, a Board member representing Party B should be elected vice-chairperson. At the next election of Board officers, a Board member representing Party B should be elected chairperson and a Board member representing Party A should be elected vice-chairperson. Newly appointed Board members who have not yet taken the constitutional oath of office when the January organizational meeting is convened should take the oath before any business is transacted at the meeting. This includes Board members reappointed to fill a new term.

## FREQUENCY OF MEETINGS:

The Board meets as required to meet its statutorily specified duties and responsibilities. (MCL 168.24e) Generally, meetings of the Board are called by the county clerk in his or her capacity as Board clerk. The Board chairperson and vice-chairperson also have the authority to call meetings of the Board.

## POSTING REQUIREMENT:

Board of County Canvasser meetings are open to the public under the Open Meetings Act. (MCL 15.261) When a Board meeting is scheduled, public notice of the meeting must be posted at least 18 hours prior to the commencement of the meeting. (MCL 15.265)

QUORUM REQUIRED: Any three members of the Board constitute a quorum. It is emphasized, however, that the Board does not have the authority to take an action unless there is bi-partisan support for the action. Thus, if three Board members are present, two members representing *the same political party* cannot adopt or reject a motion without the concurrence of the third member. (MCL 168.24e)

MINUTES: The county clerk is responsible for taking notes at Board meetings. (This responsibility may be delegated.) After the adjournment of a Board meeting, the clerk drafts minutes of the meeting from the notes he or she has recorded on the Board's actions and forwards a copy of the draft to each member of the Board. At the following Board meeting, the Board members adopt or reject, by a vote of the Board members, the minutes submitted by the clerk. Adopted minutes are signed by all Board members. Rejected minutes are revised as necessary and resubmitted at the Board's subsequent meeting.

TEMPORARY MEMBERS: When a meeting is called for the Board to perform a statutorily specified duty and a quorum cannot be convened, the county clerk may appoint temporary members to the Board. To accommodate such instances, the county clerk should keep on file a list of persons recommended by the political parties to fill temporary appointments. A temporary appointee must have the qualifications to serve on the Board and must be affiliated with the political party of the Board member he or she is replacing. When temporary appointments to the Board are necessary, it is recommended that **all** absences on the Board be temporarily filled to remove any appearances of partisanship. In other words, if two Board members are absent, two temporary appointments should be made; if three Board members are absent, three temporary appointments should be made; and if all four Board members are absent, four temporary appointments should be made. Temporary appointees on the Board serve only until the business at hand has been transacted. (MCL 168.30g)

EMPLOYMENT OF BOARD ASSISTANTS: The Board has the authority to employ assistants to help perform its duties in a timely manner. The rate of pay for the assistants is specified by the Board and is paid from a special appropriation made by the Board of County Commissioners. (MCL 168.24e)

BOARD BUDGET: It is recommended that the Board work with the county clerk to prepare its yearly budget. Budget considerations should include 1) the Board's rate of pay 2) the number of meetings to be held in the ensuing 12 months 3) the number of assistants the Board expects to hire in the coming year and 4) the hourly rate to be paid to the assistants.

# CHAPTER 2 - AUTHORITY TO CANVASS AND CERTIFY PRIMARIES AND ELECTIONS

## TABLE OF CONTENTS

FEDERAL AND STATE PARTISAN OFFICES .................................................................................................. 2

COUNTY PARTISAN OFFICES .................................................................................................................... 2

STATE AND COUNTY JUDICIAL OFFICES .................................................................................................... 2

CITY, TOWNSHIP, AND VILLAGE OFFICES ................................................................................................. 3

SCHOOL DISTRICT OFFICES ..................................................................................................................... 3

STATE, COUNTY, LOCAL SCHOOL DISTRICT AND COMMUNITY COLLEGE BALLOT ISSUES ........................... 3

SPECIAL PRIMARIES AND ELECTIONS ....................................................................................................... 5

RECALL ELECTIONS ................................................................................................................................. 6

REIMBURSEMENT OF COSTS TO COUNTY ................................................................................................. 6

A Board of County Canvassers' principal responsibility is to canvass and certify specified primaries and elections held in the county. The Board "*canvasses*" primaries and elections by carefully reviewing and authenticating various forms and certificates completed to document the vote cast at the polls.

The Board "*certifies*" a **primary** by declaring the final vote totals obtained at the primary, the names of the nominees for the offices involved and the outcome of any questions on the ballot. The Board "*certifies*" an **election** by declaring the final vote totals obtained at the election, the names of the candidates elected to the offices involved and the outcome of any questions on the ballot.

In certain specified instances, the Board canvasses the votes cast for an office or on a ballot question and forwards the results to the Board of State Canvassers for the certification step. The following outlines a Board of County Canvassers' responsibilities with regard to canvassing and certifying primaries and elections.

FEDERAL AND STATE PARTISAN OFFICES:  The Board of County Canvassers is responsible for **canvassing** the votes cast in the county at a primary or general election for the following federal and state partisan offices (an asterisk indicates that the office appears only on the general election ballot): *president and vice-president (candidates for president and vice-president run as a "team" in the general election), U.S. senator, representative in congress, governor, *lieutenant governor (candidates for governor and lieutenant governor run as a "team" in the general election), *attorney general, *secretary of state, state senator, state representative, *state board of education member, *University of Michigan regent, *Michigan State University trustee, and *Wayne State University governor.

The Board of County Canvassers **certifies** the votes cast at a primary or general election for the office of representative in congress, state senator and state representative if the district involved is wholly contained within the county. In all other instances, the Board of County Canvassers forwards the votes cast at a primary or general election for the state and federal partisan offices named above to the Board of State Canvassers for the certification step. (MCL 168.167; 168.171; 168.581; 168.826)

COUNTY PARTISAN OFFICES: The Board of County Canvassers is responsible for  **canvassing and certifying** the votes cast at a primary or general election for all county partisan offices. (MCL 168.197; 168.201; 168.228; 168.232; 168.258; 168.262; 168.826)

STATE AND COUNTY JUDICIAL OFFICES: The Board of County Canvassers is responsible for **canvassing** the votes cast in the county at a primary or general election for the following judicial offices (an asterisk indicates that the office appears only on the general election ballot): *Supreme Court Justice, Court of Appeals judge, Circuit Court judge, District Court judge, Probate judge (single county district) and District Probate judge (multi-county district).

The Board of County Canvassers **certifies** the votes cast at a primary or general election for the office of Probate judge (single county district). In all other instances, the Board of County Canvassers forwards the votes cast at a primary or general election for the judicial offices named above to the Board of State Canvassers for the certification step. (MCL 168.397; 168.409f; 168.415; 168.417; 168.435; 168.467g)

CITY, TOWNSHIP, AND VILLAGE OFFICES: The Board of County Canvassers is responsible for **canvassing and certifying** the votes cast at a primary or election for any city, township, or village office.

In an instance where a city or village lies in more than a single county, the County Board of Canvassers in the county with the greater number of voters **canvasses** all the precincts. Further, the County Board of Canvassers in the county with the greater number of voters **certifies** the election. The County Board of Canvassers with the lesser number of voters canvasses all precincts that fall in their county on which the city or village office or proposal appears on the ballot. Since more than one County Board of Canvassers is responsible for canvassing and certifying the returns in a certain precinct, a separate copy of the Poll Book and Statement of Votes must be prepared for each canvassing board involved. In addition to the canvass of the precincts by the county with the lesser number of registered voters, the county with the larger number of registered voters will complete a canvass of **all** precincts in which the city or village positions or proposals appear on the ballot and then certify the total votes of all precincts. In the event that the city or village positions or proposals appear alone on the ballot, the county with the lesser number of registered voters is not required to canvass their precincts and the conduct of canvass and certification will be the sole responsibility of the larger county.

Note: Please refer to Delivery of Records to Multiple Boards of County Canvassers in Chapter 3 pg. 5 for further guidance.

SCHOOL DISTRICT OFFICES: In an instance where a **school district falls in more than a single county**, the Board of County Canvassers established in each county in which a portion of the school district lies is responsible for canvassing that portion of the school district election that is held in that county. (Note exceptions below.)

In an instance where a **precinct used to conduct a school election falls in more than one county**, the Board of County Canvassers established in the county in which the largest number of registered voters of that precinct reside is responsible for canvassing the results of that precinct. (Note exceptions below.)

**Exception #1:** As an exception to the above requirements, a Board of County Canvassers that is not the canvassing board responsible for certifying the school district election is **not** required to meet to canvass the county's portion of the school district election unless the Board of County Canvassers is obligated to meet to canvass another election held in the county.

**Exception #2:** In an instance where a combination city/school district election or village/school district election is conducted in a city or village that falls in more than one county, that portion of the school district election held within the city or village is always canvassed by the Board of County Canvassers responsible for canvassing the city or village election.

ELECTION CERTIFICATION STEPS In an instance where the school district election canvassing procedures detailed above are invoked, the certification of the school district election proceeds as described below:

- Each of the canvassing boards established in the "outlying" counties meets and canvasses that portion of the school district election held in the county.

- After completing its portion of the canvass, each of the canvassing boards established in the "outlying" counties certify the vote totals obtained in the county to the county canvassing board responsible for certifying the school district election. (The Board of County Canvassers responsible for certifying the school district election is the Board of County Canvassers established in the county in which the greatest number of registered voters in the school district reside.) This step is accomplished by forwarding the canvass Statement of Votes to the appropriate county. Example Statement of Votes for partial county results in a school district election can be found in the *Appendix*.

  Note: All "outlying" counties are encouraged to complete the canvass of their overlapping school district precincts first, so as to assist the larger county in facilitating an efficient final certification of results for the school district election.

- After receiving the canvassed vote results from the county canvassing boards established in the "outlying" counties, the Board of County Canvassers responsible for certifying the school district election canvasses its portion of the school district election, compiles a final canvass report that covers the entire school district and certifies the final results.

- As a final step, the county clerk of the county in which the greatest number of registered voters in the school district reside provides certified final results of the school district election to the secretary of the school board.

**Preparing for the Canvass of School District Elections** In view of the canvassing requirements explained above, county clerks must take the following actions in advance of any multi-county school district elections that impact their respective counties:

- The clerks of the "outlying" counties must inform the clerk of the county responsible for certifying the school district election whether their canvassing boards will or will not meet to canvass their portion of the school district election.

- Arrangements must be made to ensure that the canvass documents completed at the precinct level are transmitted to the appropriate county clerk for delivery to the proper canvassing board.

## STATE, COUNTY, LOCAL SCHOOL DISTRICT AND COMMUNITY COLLEGE DISTRIC

BALLOT ISSUES: The votes cast for and against ballot issues placed on the ballot at state, local, school district and community college district primaries and elections are canvassed and certified as follows:

- The Board of County Canvassers is responsible for **canvassing** the votes cast in the county on a **statewide ballot issue**. The Board of County Canvassers forwards the results obtained on a statewide ballot issue to the Board of State Canvassers for the certification step. (MCL 168.826; 168.841)

- The Board of County Canvassers is responsible or **canvassing and certifying** the votes cast in the county on a **countywide question**. (MCL 168.826)

- The votes cast for and against ballot issues placed on the ballot at a city, township, village, school district or community college district primary or election are canvassed and certified by the county canvassing board responsible for canvassing and certifying the votes cast on offices up for election in the jurisdiction. (MCL 168.24a; 168.826; 389.17; 389.21; 389.37; 389.57)

## SPECIAL PRIMARIES AND ELECTIONS: The votes cast for and against ballot issues and offices

placed on special primary and special general election ballots by the state or a county, city, township, village, school district, community college district or a district library are canvassed and certified by the

canvassing board responsible for canvassing and certifying the votes cast at regularly scheduled primaries and elections within the jurisdiction. (MCL 168.533)

RECALL ELECTIONS: The Board of County Canvassers is responsible for **canvassing** the votes cast in the county for and against the recall of a **federal, state or county officer** (except the office of county commissioner). The Board of County Canvassers forwards the results obtained to the Board of State Canvassers for the certification step.  The Board of County Canvassers is responsible for **canvassing and certifying** the votes cast in the county for and against the recall of a **county commissioner or a city, township, village or school official**. (MCL 168.968) A recall election held within a city or school district that crosses county boundaries is canvassed and certified by the county that contains the greatest number of registered voters in the jurisdiction. (MCL 168.24a; 168.960; 168.968)

REIMBURSEMENT OF COSTS TO COUNTY: Michigan election law requires a school district, metropolitan district, city, township, or village to reimburse the County for the cost of the canvass of a school , metropolitan district, city, township, or village election that does not occur in conjunction with a federal, state, or county election." MCL 168.24a(5) The accounting of this cost will be dependent on other jurisdictions or districts with considerations on the ballot.

# CHAPTER 3 - MANAGEMENT OF A COUNTY CANVASS

## TABLE OF CONTENTS

Commencement and Completion of Canvass…...                            1

Failure to Perform Canvassing Duties                                  1

Principal Documents Employed to Complete Canvass                      2

Delivery of Records to Board of County Canvassers                     2

Delivery of Records to Multiple Boards of County Canvassers           4

Scope of Authority When Conducting Canvass                            7

The following outlines the provisions of Michigan election law which govern the management of a primary or election canvass conducted on the county level.

## COMMENCEMENT AND COMPLETION OF CANVASS:

A canvass conducted on the county level must be completed within 14 calendar days after its commencement. ( MCL 168.822) The commencement date of a canvass depends on the type of primary or election held.

- After an August primary, a November general election or a presidential primary, the Board of County Canvassers must meet to begin the canvass at 1:00 p.m. on the day after the primary or election. (MCL 168.821)

- After a special election held on an annexation, incorporation or consolidation, the county board responsible for the canvass must meet to begin the canvass no later than the first Thursday after the election. (MCL 117.12)

- After any other type of primary or election, the county board responsible for the canvass must meet to begin the canvass no later than the fifth day after the primary or election. (MCL 168.821)

## FAILURE TO PERFORM CANVASSING DUTIES:

The authority for canvassing and certifying the votes cast at a primary or election is transferred as described below if the canvassing board responsible for the completion of the work fails to perform its duties within the allotted time period.

- If a Board of County Canvassers fails to canvass and/or certify **within 14 calendar days after the commencement of the canvass** the votes cast for and against a ballot issue or on any office voted on within the county, the Board immediately delivers all of the necessary forms and documents to the Secretary of State. The Board of State Canvassers is then responsible for completing the remaining work involved **within 10 calendar days after the Secretary of State's receipt of the records.** The county is responsible for the costs the Board of State Canvassers incurs in completing the canvass and certification. The Board of State Canvassers may enlist the assistance of the Board of County Canvassers to complete the remaining work involved.

## PRINCIPAL DOCUMENTS EMPLOYED TO COMPLETE CANVASS:   The following lists the principal documents used to canvass and certify a primary or election:

- **POLL BOOKS** document the ballots issued, cast, rejected and spoiled in a voting precinct or an absent voter counting board precinct.

- **THE STATEMENT OF VOTES** documents the final vote totals obtained in a voting precinct or an absent voter counting board precinct.

- **THE COUNTY CANVASSERS' REPORT** documents the votes cast in each precinct in the county for each candidate and question on the ballot. The Board of County Canvassers is responsible for completing the form.

- **THE STATE VOTE TOTAL FORM** is used to transmit the total votes cast in the county at an August primary, November general election or presidential primary for candidates seeking federal, state and judicial offices on the ballot. This form is transmitted electronically and in paper format using the election night reporting program (e-ENR) following the completion of the county canvass. (The e-ENR program used to report official vote totals following the county canvass is also used by the county clerk to report unofficial vote totals on election night.)

## ELIVERY OF RECORDS TO BOARD OF COUNTY CANVASSERS:   Before the procedures for canvassing and certifying a primary or election can be carried out, the various forms and certificates completed to document the vote cast at the polls and by the absent voters must be secured and delivered as appropriate to the Board of County Canvassers. The following outlines the manner in which the records needed to certify and canvass a primary or election on the county level are assembled. (MCL 168.809)

- Immediately after the close of the polls the election inspectors complete the precinct's records. One of the Statement of Votes is sealed with a red paper seal in an envelope addressed to the Board of County Canvassers. The envelope is delivered by the election inspectors to the official responsible for administering the election (city or township clerk). The official responsible for administering the election delivers the envelopes addressed to the Board of County Canvassers to the chief or only judge of probate of the county or probate court district or their representative for safekeeping.



- In addition to the above, the election inspectors use a red paper seal to seal the second Statement of Votes and the Poll Book in an envelope addressed to the county clerk. The envelope is delivered to the county clerk by the official responsible for administering the election. The county clerk uses the records in the envelope to compile the unofficial returns for the election.



- The county clerk presents the envelopes containing the records used to compile the unofficial returns for the election (#1 county clerk envelope - seals broken) to the Board prior to the commencement of the canvass. The judge of probate shall deliver the sealed envelopes received by him or her to the board of county canvassers (#2 Board of Canvassers envelope – sealed) when it meets to canvass the returns (MCL 168.809).

## DELIVERY OF RECORDS TO MULTIPLE BOARDS OF COUNTY CANVASSERS:   If a city or village crosses county boundary lines the County Board of Canvassers of the county in which the greatest number of registered voters of the city or village reside must canvass and certify the votes cast on any city or village offices or proposals that appear on the ballot.

If more than one County Board of Canvassers is responsible for canvassing and certifying the returns, a separate copy of the Poll Book and Statement of Votes must be prepared for each canvassing board involved. As an alternative, the members of the Receiving Board may photocopy the Poll Book for delivery to the additional County Board of Canvassers.

The following example is provided to illustrate the manner in which the records needed to canvass and certify a primary or election are assembled when multiple canvassing boards are employed.

**EXAMPLE**: A city is located in two counties (County A and County B). The majority of the registered voters of the city reside in County A. Both County B and the city place proposals on the ballot.  While all voters within the city are qualified to vote on the city proposal, only a portion of the voters (those who reside within County B) are qualified to vote on the county proposal.

To account for both ballot styles: 1) Ballot Style A (contains only the City proposal) and 2) Ballot Style B (contains the City proposal *and* the County proposal), the following options are available:

**OPTION A: Via receiving board or printer available in precinct – Traditional Poll Book with Split Precinct Ballot Summary or Traditional Poll Book with Addendum Ballot Summary (Dual Entry Not Required)**

- The names of all voters are recorded in the Poll Book. An alpha designation is used to identify the specific ballot style issued to each voter i.e., 1A or 1B.

- All ballots are accounted for in the split precinct ballot summary located in the back of the Poll Book or as an alternative, the B ballots may be accounted for in a separate Addendum Ballot Summary which is inserted into the Poll Book.

- The total number of voters recorded on the Certificate of Election Inspectors, located in the original Poll Book, must include both A and B ballot voters.

- The public counter on the tabulator will reflect ALL ballots tabulated. Therefore, the total number of A and B ballots issued, as reflected in each ballot summary, must be added together to verify this count.

- The Poll Book (with Addendum Ballot Summary, if used) and the Statements of Votes are secured in the appropriate envelopes and delivered along with the ballot container to the Receiving Board.

- The Receiving Board will prepare a copy of the Poll Book (with Addendum Ballot Summary, if used) and Statements of Votes and secure them into separate envelopes addressed to the County Clerk and County Board of Canvassers of the outlying county.

**OPTION B: Addendum Poll Book (Dual Entry Required)**

- The names of <u>all</u> voters are recorded in the Poll Book.  An alpha designation is used to identify the specific ballot style issued to each voter i.e., 1A or 1B.  <u>In addition, the name of each voter issued ballot style B is recorded in the Addendum Poll Book which will be delivered to the second canvassing board</u>.  It is important to note that each canvassing board must have a complete list of the voters that were issued a ballot containing the office(s) and/or proposal(s) that they are responsible for canvassing.

- All A ballots are accounted for in the ballot summary located in the back of the Poll Book.

- All B ballots are accounted for in the ballot summary located in the back of the Addendum Poll Book.

- The public counter on the tabulator will reflect ALL ballots tabulated. Therefore, the total number of A and B ballots issued, as reflected in each ballot summary, must be added together to verify this count.

- The total number of voters recorded on the Certificate of Election Inspectors, located in the Poll Book, must include all voters who were issued a ballot within the precinct regardless of the ballot style.

- The Poll Book and Statements of Votes are secured in the appropriate envelopes and delivered along with the ballot container to the local clerk.

- The Addendum Poll Book and Statements of Votes are secured in separate envelopes addressed to the County Clerk and County Board of Canvassers of the neighboring county and are also delivered to the local clerk.

**TOTAL BALLOTS CAST:** _____

## ADDENDUM

# OPTICAL SCAN
# POLL BOOK

— FOR THE —

_____ **ELECTION**
Regular or Special

**Held On** _____ , 20 _____ **in the**
Month and Date    Year    Ward/Precinct

**City/Twp. of** _____,
City or Township

**School District of** _____,
School District

**County of** _____ , **State of Michigan**
County

### ELECTION INSPECTOR INFORMATION

- Record any comments or clarifications in the Remarks Section in the back of this Addendum Poll Book.
- Record write-in votes in the Write-In Section in the back of this Addendum Poll Book.
- Complete the Ballot Summary Section located in the back of this Addendum Poll Book.
- Return this Addendum Poll Book in Envelope No.1 to the County Clerk at the close of the polls.

| WRITE-IN SECTION | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CANDIDATE'S NAME | OFFICE | 5 | 10 | 15 | 20 | 25 | 30 | 35 | 40 | 45 | 50 | TOTALS |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| TIME | REMARKS SECTION |
|---|---|
| | This area may be used for Recording any Special Proceedings at the Election as may be deemed important. |

**BALLOT SUMMARY FOR THE SCHOOL DISTRICT OF** _____

**NUMBER OF BALLOTS DELIVERED TO PRECINCT:**

A. Number of official ballots delivered to precinct: (Do not include absent voter ballots)
(Ending No.) _____ — (Starting No.) _____ + 1 = _____

B. Number of absent voter return envelopes received by board: (Enter "0" if absent voter ballots not processed in precinct)

C. Total of Lines A & B: _____

**NUMBER OF BALLOTS AT THE CLOSE OF THE POLLS:**

D. Number of ballots tabulated: _____

E. Number of ballots reissued to voters who spoiled their ballot: (Spoiled or defective ballots for which a new ballot was issued and tabulated) _____

F. Number of ballots which were used by election inspectors for duplications: _____

G. Number of provisional "envelope" ballots issued: _____

H. Number of ballots which were not issued: (Enter "0" if absent voter ballots not issued in precinct) _____
(Ending No.) _____ — (Starting No.) _____ + 1 = _____

I. Number of absent voter return envelopes received which did not contain a ballot: (Enter "0" if absent voter ballots not processed in precinct) _____

J. Total of Lines D, E, F, G, H and I: _____

**THESE TOTALS MUST AGREE**

CHECK YOUR TOTALS! THE TOTAL RECORDED ON LINE C MUST EQUAL THE TOTAL RECORDED ON LINE J. IF THESE TOTALS DO NOT AGREE, PLEASE EXPLAIN THE REASON IN THE REMARKS SECTION ABOVE.

---

**SCOPE OF AUTHORITY WHEN CONDUCTING CANVASS:** When conducting a canvass of votes, the Board of County Canvassers has the authority to take any of the actions listed below. (MCL 168.823)

- Adjourn from day to day as necessary during the course of the canvass.

- Employ assistants as needed to assist in the conduct and completion of the canvass.

- Direct that any records related to the election be presented at the canvass.

- Open ballot containers to remove any records related to the election which were inadvertently secured in the ballot containers. (The Board does **not** have the authority to remove the ballots secured in the ballot boxes.)

- Correct obvious mathematical errors made by the election inspectors or other canvassing boards. (All corrections should be made in red ink next to the inaccurate entries; no white out shall be used and mistakes should not be erased!)

- Direct the election inspectors or county clerk staff (see alternative process below) to correct precinct records found to be incorrect or incomplete.

Special Note: The purpose of a canvass is to verify the proper completion of the records related to the election at hand. The investigation of alleged election law violations is **not** a part of the canvass. Consequently, the Board of County Canvassers does **not** have the authority to pass upon the legality of an election. In *McQuade v Furgason,* 91 Mich 438 (1892), the Michigan Supreme Court stated:

"(I)t is the settled law of this State that canvassing boards are bound by the return, and cannot go behind it, especially for the purpose of determining frauds in the election. Their duties are purely ministerial and clerical…."

For further information on the scope of a Board of County Canvassers' authority when canvassing an election, refer to Attorney General Opinion No. 6230, issued on June 14, 1984.

**POWER TO CORRECT ERRORS:** If there appears to be a discrepancy in the records completed by a precinct board, the Board has the authority to:

- Direct the person who has custody of the ballot containers to 1) appear at the canvass with the sealed containers 2) open them and 3) remove any documents required to complete the canvass.

- Direct the election inspectors who certified the returns to tabulate any uncounted ballots.

  **Alternative Process:** Michigan election law (MCL 168.823(3)) provides the board of county canvassers the authority to designate members of the county clerk's staff to count any ballots that the election inspectors failed to count and to make correct returns.

- Direct the election inspectors who certified the returns to re-tabulate the ballots counted on election night if the following applies:

  *A.* The total number of ballots tabulated according to the totals tape does not equal the total number of voters as recorded in the Poll Book, ***and***

  B. A physical count of the ballots (conducted by a team of two election inspectors who have expressed a preference for different political parties) is the ***same as*** the total number of voters as recorded in the Poll Book.

- Direct the person who has custody of the program to 1) present the program at the canvass in its sealed container 2) remove the program from its container and 3) test the program to verify its accuracy. If the program is found to produce inaccurate results, the Board may require the programmer to submit a corrected program. Once the corrected program has been verified as accurate, the Board may direct the appropriate persons to retabulate the ballots and certify the results.

- Direct the person who wrote the program to appear at the canvass with all papers and documents pertinent to the program to answer any questions relevant to the program.

After exercising any of the above powers, the Board of County Canvassers is responsible for ensuring that all ballot containers or voting equipment involved are resealed and returned to the custody of the appropriate election official. The serial numbers appearing on the seals used to reseal ballot containers or voting equipment must be recorded in the proper Poll Books, on the appropriate Statement of Votes forms, on the ballot container certificate and in the minutes of the Board's meeting. In addition, the Board of County Canvassers must secure all Poll Books and Statement of Votes in sealed envelopes. (MCL 168.824(2))

# CHAPTER 4 - PROCEDURES FOR CONDUCTING A COUNTY CANVASS:  VERIFICATION OF RECORDS

## TABLE OF CONTENTS

POLL BOOKS ............................................................................................................... 2

STATEMENT OF VOTES ............................................................................................... 8

FINAL REVIEW & DETERMINATION ON WRITE-IN VOTES ............................................ 10

The successful completion of an election canvass rests on the verification of all records completed in the precincts. If any of the records are found to be incomplete or to contain errors other than minor omissions, spelling errors or obvious mathematical mistakes, the election inspectors who were responsible for completing the records may be summoned to the canvass to correct the documents or as an alternative county clerk's staff may be used to assist in completing records and returns. If errors in the records are found which require election inspectors to appear at the canvass, the Board should continue with the canvass while waiting for the election inspectors to appear. Unnecessary delays in the canvass must be avoided. After the completion of the canvass, the Board should advise the official responsible for administering the election of any errors or omissions which the Board found it necessary to correct.

The following provides a list of items the Board of County Canvassers must check on each precinct record. Note: A County Canvass Checklist is available in the Appendix on page 2.

POLL BOOKS: A Poll Book is completed by the election inspectors serving in each precinct and absent voter counting board. When reviewing a Poll Book, the Board should:

A. Check the outside cover for proper completion. Verify that the Clerk's Preparation Certificate is completed and signed by the clerk or authorized assistant.




B. Check the oaths for proper completion. The chairperson's oath must be completed and signed by the chairperson and the person who administered the oath. The group oath must be completed and signed by all inspectors and the person who administered the oath. Verify that the Election Inspectors' Certificate is completed and signed by all election inspectors present at the opening of the polls.



C. Check the List of Voters section of the Poll Book for proper completion. The poll list must include the name of every voter that was issued a ballot along with the names of the voters for whom an absent voter ballot was received for processing (if applicable) along with the serial number of the ballot that was issued to the voter. If absent voter ballots were processed in the precinct, verify that the absent voters are identified with the letters. "A.V." or "Absentee Ballot" (if using the ePollbook).

**Note:** As an alternative, jurisdictions may choose to utilize an Addendum List of Absent Voters to record ballots which were sent to the precinct to be processed. This addendum list may be attached to the List of Voters who appeared to vote on Election Day, in order to complete the total list of voters for that precinct.

| 1. | 00000142 | WOOD, CHARLES EVERETT | Non-UOCAVA | 10/13/2016 | 09/13/2016 | 10/18/2016 | |
| | | 105 E WALNUT ST APT 2500, KALAMAZOO MI 49007 | | | | | |
| 182 | 00000149 | YELACA, NICHOLAS WILLIAM | Non-UOCAVA | 10/14/2016 | 10/14/2016 | 10/27/2016 | |
| | | 125 S KALAMAZOO MALL APT 607, KALAMAZOO MI 49007 | | | | | |
| 183 | 00000014 | ZANONI, CATHERINE MARKHAM | Non-UOCAVA | 09/07/2016 | 09/22/2016 | 10/05/2016 | |
| | | 471 W SOUTH ST APT 307, KALAMAZOO MI 49007 | | | | | |
| 184 | 00000013 | ZANONI, LEO JOSEPH | Non-UOCAVA | 09/07/2016 | 09/22/2016 | 10/05/2016 | |
| | | 471 W SOUTH ST APT 307, KALAMAZOO MI 49007 | | | | | |
| 185 | 00000024 | ZUPPANN, ELIZABETH ANNE | Non-UOCAVA | 09/09/2016 | 09/22/2016 | 10/16/2016 | |
| | | 929 S PARK ST #2, KALAMAZOO MI 49001 | | | | | |
| 186 | 00000167 | ANDERSON, JOANNE | Non-UOCAVA | 10/24/2016 | 10/24/2016 | | |
| | | 105 E WALNUT ST APT 2504, KALAMAZOO MI 49007 | | | | | |
| 187 | 00000050 | BRADLEY, CYNTHIA | Non-UOCAVA | 09/12/2016 | 09/22/2016 | | |
| | | 105 E WALNUT ST APT 2611, KALAMAZOO MI 49007 | | | | | |
| 188 | 00000212 | DAVIS, JOHN LOUIS JR | Non-UOCAVA | 11/04/2016 | 11/04/2016 | | |
| | | 2830 ARBORVIEW DRIVE, APT 24, KALAMAZOO MI 49001 | | | | | |

| TOTALS: | | | | Apps Received | Ballots Sent | Ballots Returned | Rejected |
| Voters | Ballots | Spoiled | | | | | |
| 188 | 188 | 5 | | 188 | 188 | 185 | 0 |

The word "Spoiled" must appear in the remarks column next to the name of each voter for whom a replacement ballot was issued. In each case, the original ballot number must be crossed out and the replacement ballot number recorded.

The word "Envelope" or "Affidavit" must appear in the remarks column next to the name of each voter whose ballot was processed as a provisional ballot.

### 2/28/2012 - PRESIDENTIAL PRIMARY - PAW PAW TOWNSHIP
#### PRECINCT 00001

## LIST OF VOTERS

| # | Voter Name | Ballots | Remarks |
|---|------------|---------|---------|
| 1 | Mcqvf, Caitlin Lindsey | ~~00000001~~ 00000003 | Spoiled |
| 2 | Mcqvf, Faith Lynn | 00000002 | |
| 3 | Mcqvf, Adrian Louise | 00000004 | Affidavit |
| 4 | Mcqvf, Barbara Elise | 00000028 | Absentee Ballot |
| 5 | Mcqvf, Martha Carol | 00000005 | Challenged |
| 6 | Mcqvf, Jonathan Clark | 00000006 | |
| 7 | Mcqvf, Philip Carter | 00000007 | |
| 8 | Mcqvf, Rebecca Sandra | 00000008 | |
| 9 | Mcqvf, George Andrew | ~~00000009~~ 00000012 | Spoiled |
| 10 | Mcqvf, Alexander Jon | 00000010 | Envelope |
| 11 | Mcqvf, Daniel Richard | 00000011 | |
| 12 | Mcqvf, Paul Robert | 00000013 | |
| 13 | Mcqvf, Kathryn Lauren | 00000024 | Absentee Ballot |

D. Examine the "Challenged Voters" and "Challenged Procedures" sections of the Poll Book. If challenges took place in the precinct, information regarding each challenge should appear. If no challenges took place in the precinct, the word "NONE" should appear.

## CHALLENGED PROCEDURES

Time _5:30 PM_   Name of Challenger _Scott Sampson_

Description of Challenged Procedure _Precinct Inspectors did not check photo ID of voter or ask voter to sign affidavit_

Result _Procedure corrected and reinforced with election inspectors._

Time _____   Name of Challenger _____

Description of Challenged Procedure _____

Result _____

## CHALLENGED VOTERS

Time _8:15 am._   Name of Challenger _Scott Sampson_

Name of Challenged Voter _Martha Carol McQVF_   Voter's Phone No. _555-1234_

Voter's Address _123 Main St._

Reason for Challenge _Challenger stated that voter did Not register to vote by the deadline._

Result of Challenge: [X] Ballot issued and Identified   [ ] Ballot not issued

Time _____   Name of Challenger _____

Name of Challenged Voter _____   Voter's Phone No. _____

Voter's Address _____

Reason for Challenge _____

Result of Challenge: [ ] Ballot issued and Identified   [ ] Ballot not issued

E.  'Examine the "Remarks Section" of the Poll Book to see if any unique circumstances occurred in the precinct which might affect the total number of voters participating or the total number of ballots tabulated. Additionally, this section may possess notations from the Receiving Board indicating any action taken to complete the precinct canvass on election night.

**2/28/2012 - PRESIDENTIAL PRIMARY - PAW PAW TOWNSHIP**
**PRECINCT 00001**

## REMARKS

| Date / Time | User | Remarks |
|---|---|---|
| 2/28/2012 4:36:30 PM | ADMIN | At 4:35 - informed campaigners they must be 100 foot from the entrance to the polling location. |
| 2/28/2012 5:35:25 PM | ADMIN | At 5:00 - The ballot bin was full, causing ballots to jam.  We removed the ballots and secured them in the ballot container.  Seal #38642 |
| 2/28/2012 8:45:26 PM | ADMIN | At close it was determined the number of ballots tabulated was one more than number of voters. The physical ballot count equals the number of voters - imbalance due to ballot jammed being re-run through the tabulator when it had already been tabulated. |

F.  Examine the "Write-in Tally" section of the Poll Book. Write-in candidates who wish to have their votes counted must submit a Declaration of Intent form. Write-in votes for "declared" write-in candidates ***must be tallied*** and the totals recorded on the Statement of Votes. If there were no "declared" write-in candidates, the word "NONE" should appear.

| DECLARED WRITE-IN CANDIDATES ONLY | | | TALLY OF VOTES | | | | | | | | | | | | | | | | | | TOTAL VOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (DO NOT TALLY PRECINCT DELEGATE WRITE-IN CANDIDATES IN THIS SECTION. REFER TO DELEGATE STATEMENT.) | | | 5 | 10 | 15 | 20 | 25 | 30 | 35 | 40 | 45 | 50 | 55 | 60 | 65 | 70 | 75 | 80 | 85 | 90 | 95 | 100 | |
| CANDIDATE'S NAME | OFFICE | PARTY | | | | | | | | | | | | | | | | | | | | | |
| James Webster | Twp. Clerk | Rep. | | | | | | | | | | | | | | | | | | | | | 12 |
| Jim Webster | Twp. Clerk | Rep. | | | | | | | | | | | | | | | | | | | | | 3 |
| J. Webster | Twp. Clerk | Rep. | | | | | | | | | | | | | | | | | | | | | 1 |
| Jimmy Webster | Twp. Clerk | Rep. | | | | | | | | | | | | | | | | | | | | | 1 |
| Sarah Smith | Twp. Treasurer | Dem. | | | | | | | | | | | | | | | | | | | | | 9 |
| Sara Smyth | Twp. Treasurer | Dem. | | | | | | | | | | | | | | | | | | | | | 1 |
| S. Smith | Twp. Treasurer | Dem. | | | | | | | | | | | | | | | | | | | | | 1 |

G. Check the Certificate of Election Inspectors on the last page of the Poll Book.  The certificate must be complete in every detail and must be signed by every election inspector who served in the precinct except as noted on the "Remarks Section" of the Poll Book. When reviewing the election inspectors' certificate, the Board should:

1. Verify the total number of ballots tabulated against the tabulator totals tape. The numbers should agree except as noted on the "Remarks Section" of the Poll Book. (NOTE: For each provisional "envelope" ballot issued in the precinct, the total ballots tabulated will be one less than the total number of voters according to the Poll Book.)

2. Verify the total number of voters against the "List of Voters" section. The numbers should agree except as noted on the "Remarks Section" of the Poll Book. (NOTE: The totals must reflect absent voters if absentee voter ballots were processed in the precinct.)

**Statement of Votes** – *Clip or Attach Tabulator Tape to this Page*

Jurisdiction: _____   Precinct#: _____

**1** ELECTION INSPECTORS' COMPLETION CERTIFICATE

**After the Polls closed, we completed the following:**

☐ Recorded the number of **ballots tabulated** according to the public counter of the tabulator as: _____

☐ Sealed all provisional **envelope** ballots for delivery to the Clerk, and recorded the number as: _____

☐ Recorded the number of **voters** according to the List of Voters (including AV List if used) as: _____

☐ Verified the **number of ballots tabulated plus provisional envelope ballots equals the number of voters** and that if they do not, no discrepancies exist between the List of Voters and Applications to Vote.  If they do not agree and a valid discrepancy exists, a notation was made in the Remarks Section. ☐ Yes ☐ N/A

☐ Completed and balanced the **Ballot Summary Report**. If the Ballot Summary Report did not balance and a valid discrepancy exists, a notation was made in the Remarks Section. ☐ Yes ☐ N/A

☐ Recorded all formal **challenges** made in the precinct, if any, on the Challenged Page.

☐ Tabulated all valid **absent voter** ballots (if processed in the precinct).

☐ Duplicated and tabulated ballots requiring **duplication**, if any.

☐ Tallied all valid **write-in** votes, if any, and recorded the totals on the Write-In Statement of Votes.

☐ Attached a *signed* **tabulator total tape** to all three copies of this page.

3.  Verify that the seal number used to seal the ballot container is recorded and attested to by two election inspectors. (NOTE: Ballot bags (white canvass) are not required nor recognized as approved ballot containers; therefore a seal is not required.)

4.  Verify that the seal number used to seal the program (if removed from the tabulator) is recorded and attested to by two election inspectors.



5.  Verify the accuracy of the ballot summary. The ballot summary must accurately account for all ballots received by the board including used, unused and absent voter ballots.



**NOTE ON PROVISIONAL ENVELOPE BALLOTS:** If a provisional envelope ballot was issued in the precinct, the County Clerk should retrieve the Provisional Ballot Report the city or township submitted in the eLearning Center to verify if the ballot should be counted. If counted, the city or township must submit a tally sheet of the votes cast on the Provisional Ballot. The County Canvassers' Report (certified vote totals) must be adjusted to reflect any votes cast on provisional envelope ballots that were ruled valid during the six day determination period following the election.

**NOVEMBER 3, 2020 ELECTION ONLY: NOTE ON ABSENT VOTER BALLOTS POSTMARKED BY NOVEMBER 2 AND RECEIVED AFTER ELECTION DAY AND BY NOVEMBER 17:** Inclusion of postmark ballots is required by a September 2020 court order. It is possible there will be more court proceedings in the case. Monitor the Bureau of Elections News Update for Election Administrators for updates. If an absent voter ballot was postmarked by November 2 and received by the city or township clerk after election day but by November 17, it must be included in the County Canvass. The County Board of Canvassers, with the assistance of the city and township clerks, will conduct a postmark ballot canvass. The city or township or County Board of Canvassers will count postmark ballots using specially appointed election inspectors, either by hand or using a tabulator. The first postmark ballot canvass will be conducted on the 7th Day after Election Day (Nov. 10). An optional second postmark ballot canvass may be conducted on the 13th Day after Election Day (Nov. 16). A final postmark ballot canvass must be conducted on the 14th day after Election Day (Nov. 17) and include all ballots received by city or township clerks by 5 p.m. on November 17.

The County Canvassers will report the unofficial results of the first postmark ballot canvass and the second postmark ballot canvass (if a second postmark canvass is held) immediately following the completion of each canvass.

**Sample Report of Unofficial Results of Postmark Ballot Canvass**

| Postmark Ballots | Candidate A | Candidate B | Candidate C |
|---|---|---|---|
| Meridian Twp, Precinct 1 | 1 | 1 | 0 |
| Meridian Twp, Precinct 2 | 0 | 0 | 0 |
| Meridian Twp, Precinct 3 | 2 | 2 | 0 |
| Meridian Twp, Precinct 3 | 1 | 1 | 1 |

Following the completion of the final postmark canvass, the County Board of Canvassers will certify the election results for the county If any postmark ballots are counted, the County Canvassers' Report (certified vote totals) must be adjusted to reflect any postmark ballots that were counted.  Postmark ballots may be, but need not be, listed separately as a part of each vote total, but the report must include the total number of postmark ballots included in the canvass. Following the County Canvass, each county will also update their vote totals in the Central Election Night Report (CENR). For more information, see the postmark ballot canvass document.

STATEMENT OF VOTES: The vote totals obtained in the precinct for each candidate and ballot question on the ballot are documented on the precinct's Statement of Votes. The Statement of Votes must include the following **four (4) elements**:

1) the "totals tape" showing the total votes received by the candidates and the total "Yes" and "No" votes cast for any ballot proposals

2) the total votes received by declared write-in candidates

3) the seal number used to seal the approved ballot container along with the signatures of the two election inspectors who sealed the ballot container

4) the certificate of election inspectors signed by every election inspector who served in the precinct except as noted on the "Remarks Section" of the Poll Book. The "totals tape" must be signed by all inspectors present at the close of the polls.

When reviewing a Statement of Votes, the Board should:

A.  Check the heading of the Statement of Votes for completion.

B.  Verify that the total number of ballots cast in the precinct as reflected on the Statement of Votes equals the total number of names entered in the List of Voters section of the Poll Book. If you find a discrepancy, check the "Remarks Section" of the Poll Book for an explanation before summoning the election inspectors who served in the precinct to conduct a possible retabulation.



C. Check the election inspectors' certificate. The certificate must be complete in every detail and must be signed by every election inspector who served in the precinct except as noted on the "Remarks Section" of the Poll Book.



D. Verify that the ballot container seal number is recorded and attested to by two election inspectors.

E. Verify the total write-in votes as compared to the "Write-in Tally" section of the Poll Book.

| DECLARED WRITE-IN CANDIDATES ONLY (DO NOT TALLY PRECINCT DELEGATE WRITE-IN CANDIDATES IN THIS SECTION. REFER TO DELEGATE STATEMENT) | | | TALLY OF VOTES | | | | | | | | | | | | | | | | | | TOTAL VOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANDIDATE'S NAME | OFFICE | PARTY | 5 | 10 | 15 | 20 | 25 | 30 | 35 | 40 | 45 | 50 | 55 | 60 | 65 | 70 | 75 | 80 | 85 | 90 | 95 | 100 | |
| James Webster | Twp. Clerk | Rep. | | | | | | | | | | | | | | | | | | | | | | 12 |
| Jim Webster | Twp. Clerk | Rep. | | | | | | | | | | | | | | | | | | | | | | 3 |
| J. Webster | Twp. Clerk | Rep. | | | | | | | | | | | | | | | | | | | | | | 1 |
| Jimmy Webster | Twp. Clerk | Rep. | | | | | | | | | | | | | | | | | | | | | | 1 |
| Sarah Smith | Twp. Treasurer | Dem. | | | | | | | | | | | | | | | | | | | | | | 9 |
| Sara Smyth | Twp. Treasurer | Dem. | | | | | | | | | | | | | | | | | | | | | | 1 |
| S. Smith | Twp. Treasurer | Dem. | | | | | | | | | | | | | | | | | | | | | | 1 |

**Note: The complete text of proposal language is no longer a required element of the Statement of Votes.**

F. Compare the tabulator tape totals with the totals on the EMS Report.
**Note**: A full canvass of election results should include a verification of the EMS produced reports against precinct produced records.



## SUGGESTED RECORD REVIEW METHOD: While each County

canvassing board will organize their record verification procedures differently, overtime certain approaches have proven to be effective in processing all records simultaneously using a 4-person team approach as outlined in the following chart:

| Canvasser 1:<br><br>Reads Vote Totals from Totals Tape included with Poll Book | Canvasser 2:<br><br>Checks Vote Totals using EMS Reports |
|---|---|
| Canvasser 3:<br><br>Checks totals tape from statement of votes and records write-in votes | Canvasser 4:<br><br>Records total ballots cast vs. total number of voters and records any record discrepancies for reporting back to local clerk |

## FINAL REVIEW AND DETERMINATION ON WRITE-IN VOTES CAST: Election inspectors

are instructed to record write-in votes exactly as they were cast. For example, the Board of County Canvassers may find that the following write-in votes were cast for a particular office:

John A. Smith – County Treasurer – 16 votes.
Jon Smith – County Treasurer – 2 votes
J.A. Smith – County Treasurer – 1 vote
J. Smithe – County Treasurer – 1 vote.

It is the Board of County Canvassers' responsibility to review all write-in votes and determine how they are to be counted. In *Petrie v Curtis,* 387 Mich 436 (1972), the Michigan Supreme Court stated:

"Where the intent of the voter as expressed by his ballot, when considered in the light of such surrounding circumstances, is not doubtful, the ballot should be counted and allowed for the person intended."

Consequently, the Board may accept variations in the spelling of a write-in candidate's name if the candidate's identity can be determined without doubt.

**"Declaration of Intent" Requirement**
An individual who wishes to seek nomination or election to a federal, state, county, city, township or school office with write-in votes is required to file a "declaration of intent" with the appropriate election official by 4:00 p.m. on the 2nd Friday preceding the election. The local clerk is responsible for notifying the precinct board of any write-in candidates who filed a declaration of intent in a timely manner.

- A write-in vote cast for an individual who has **not** filed a declaration of intent **does not count**. Similarly, a write-in vote cast for an individual who filed a declaration of intent does not count unless the office for which the write-in vote was cast corresponds to the office identified on the declaration of intent; if a partisan primary, a write-in vote cast for an individual who filed a declaration of intent does not count unless the **office and party** correspond. Precinct boards do not record write-in votes which do not count for the above stated reasons.

- The declaration of intent requirement is **waived** if a candidate appearing on the ballot for the office involved dies or is otherwise disqualified on or after the 2nd Friday immediately preceding the election. If the waiver is invoked, the precinct boards involved are instructed to record all write-in votes cast for the office including any write-in votes cast for candidates who did not file a declaration of intent.

**Determining if a Write-In Candidate Has Been Nominated or Elected**
- If the office involved appears on a partisan or nonpartisan general election ballot, a write-in candidate is elected to the office if he or she receives more votes than any other candidate seeking the office; a minimum number of write-in votes is not required.

- If the office involved appears on a nonpartisan primary ballot, a write-in candidate is nominated to the office if he or she receives enough votes to qualify to move forward to the general election. In nonpartisan primaries, twice the number to be elected move forward to the general election. For example, for an office where one position is to be elected, the write-in candidate must receive enough votes to finish in first place or second place in order to be nominated. Likewise, for an office where four positions are to be elected, a write-in candidate must receive enough votes to finish in first, second, third, fourth, fifth, sixth, seventh, or eight place in order to be nominated; a minimum number of write-in votes is not required.

- If the office involved appears on a partisan primary ballot, a write-in candidate is nominated to the office if he or she 1) receives more votes than any other candidate seeking nomination to the position and 2) meets a vote threshold provided under Michigan election law. (MCL 168.582) Under the vote threshold formula, the number of votes received by the write-in candidate must equal the greater of the following:

1)   10 votes.

2)   .15 of 1% (.0015) of the total population, as reflected by the last official federal census, of the district represented by the office sought by the write-in candidate.

3)   **Apply following only if write-in candidate seeks nomination to an office for which only one candidate is to be elected:** 5% (.05) of the greatest number of votes cast under the write-in candidate's party for all candidates running for any office for which only one candidate is to be elected within the district represented by the office sought by the write-in candidate.

To determine the number of votes required under this formula:

- Working with the write-in candidate's party, identify the "Vote for One" office on the ballot that received the greatest total number of votes. In a partisan primary, this office is typically a "top of the ticket" office, i.e., Governor or U.S. Senator. Do not take into consideration any office where more than one candidate is to be elected (e.g., township trustee).

- Next, determine the total number of votes received by all candidates who ran for that office within the district represented by the office sought by the write-in candidate. (For example, if the write-in candidate ran for a countywide office, it would be necessary to include all of the votes cast for all of the candidates running for the office that received the greatest number of votes within the county. If the write-in candidate ran for a township office, it would only be necessary to include all of the votes cast for all of the candidates running for the office that received the highest number of votes within the township.)

- Take 5% of that number to find the number of votes required under this formula.
  EXAMPLE: Write-In candidate seeking a township clerk position.
  - The office that received the greatest total number of votes under the write-in candidate's party was the office of U.S. Senator.
  - The total number of votes received in the township by all candidates who ran for U.S. Senator under the write-in candidate's party was 520.
  - As a result, the number of votes required under this formula is 26 (5% of 520).

4)   **Apply following only if write-in candidate seeks nomination to an office for which more than one candidate is to be elected:** 5% (.05) of the greatest number of votes cast by any party on the ballot for any candidate seeking the same office as the write-in candidate.

# CHAPTER 5 - PROCEDURES FOR CONDUCTING A COUNTY CANVASS: COMPLETION OF CERTIFYING DOCUMENTS

## TABLE OF CONTENTS

Documentation of County Vote Totals – County Canvassers' Report........................................................1

Transmitting Determinations, County Vote Totals and Precinct Results to Secretary of State (State Vote Totals Form):.................................................................................................................................9

Transmitting Vote Totals and Precinct Results to Local Levels: ...............................................................13

After the precinct records have been carefully inspected and corrected as necessary, the Board of County Canvassers must:

- Document on a County Canvassers' Report the votes cast for each candidate and question on the ballot. (MCL 168.824; 168.825)

- Determine the winning candidates and the outcome of ballot questions for those offices and ballot questions which the Board of County Canvassers is responsible for certifying. (MCL 168.826)

- Transmit to the Secretary of State 1) the votes cast on offices and ballot questions which the Board of State Canvassers is responsible for certifying and 2) the votes cast on U.S. Representative, State Senate and State House seats which the Board of County Canvassers is responsible for certifying. (MCL 168.827; 168.828)

- Transmit to the various local officials in the county election certifications and records as appropriate.

While the forms used to accomplish the above steps may vary from county to county, they serve the same functions. The final certification must be signed by all Board members present at the canvass. The following provides general instruction on the completion of the above steps.

## DOCUMENTATION OF COUNTY VOTE TOTALS – COUNTY CANVASSERS' REPORT:

To document the votes cast for each candidate and question on the ballot, the Board of County Canvassers completes a County Canvassers' Report. The County Canvassers' Report may be a booklet,

a multiple-sheet document or a computer generated report or combination.   An Official County Canvassers' Report consists of the following 3 components:

**A. Statement of Votes** (MCL 168.824, 168.825)
It is recommended that EMS products (Democracy Suite, Verity, EVS) be used to generate the Statement of Votes. The Statement of Votes must include the name of county, the name of the jurisdiction, the precinct number, the election date, office titles, the names of candidates seeking each office, the headings of ballot questions, and the full text of all ballot questions.

In addition, the Statement of Votes must include:
- The total number of votes cast for each office.
- The total number of votes cast for each office by precinct. For the November 3, 2020, Election only, postmark ballots may be listed separately as part of each vote total.
- The total number of votes given to each person under each office by precinct.
- The total number of votes cast on each proposed constitutional amendment or other ballot question.
- The total number of votes cast on each proposed constitutional amendment or other ballot question by precinct.
- The total number of votes cast in favor of and the number of votes cast against each proposed amendment or other ballot question.
- The total number of votes cast in favor of and the number of votes cast against each proposed amendment or other ballot question by precinct.
- For the November 3, 2020, Election only, the total number of postmark ballots included in the Canvass.

Inclusion of postmark ballots is required by a September 2020 court order. It is possible there will be more court proceedings in the case. Monitor the Bureau of Elections News Update for Election Administrators for updates. For more information on including postmark ballots in the canvass, see Chapter 4 and the postmark ballot canvass document.

> **NOTE:** For each category listed above, the number of votes must be written out in words at length (alpha) and the number of votes must also be stated in figures (numeric). MCL 168.825

As current versions of the EMS software cannot produce all of the required components of the Statement of Votes, the computer generated vote totals report from the software must be supplemented with three additional documents:

- Addendum 1 – Total number of votes received by each candidate written out in words at length (alpha).

- Addendum 2 – The headings of ballot questions, the full text of ballot questions, and the total number of votes cast in favor and number of votes cast against each proposed constitutional amendment or other ballot questions written out in words at length (alpha).

- Addendum 3 – Write-In Vote Certification Report.
- Addendum 4:  Postmark Ballots (November 3, 2020 Only)

**Statement of Votes - Sample software generated vote totals**

## Results per Precinct

## MI Cert 2016 12 Primary
## Unofficial

5/23/2018 9:19

US Senator (R) (Vote for 1)

| Precinct | Clark Durant - REP | Gary Glenn - REP | Randy Hekman - REP | Pete Hoekstra - REP |
|---|---|---|---|---|
| Meridian Township, Precinct 1 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 2 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 3 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 4 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 5 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 6 | 0 | 0 | 0 | 0 |

## Statement of Votes – Sample Addendum 1 (Offices)

| STATEMENT OF VOTES | | COUNTY OF NEWAYGO | | | | | |
|---|---|---|---|---|---|---|---|
| The whole number of votes given by the REPUBLICAN Party for candidates for the office of **DISTRICT #1 COMMISSIONER** | | | Put figures in this column | | | | |
| **was** SIX HUNDRED FOUR | | | | | 6 | 0 | 4 |
| and they were given for the following named persons: | | | | | | | |
| PERSONS RECEIVING THE VOTES | NUMBER OF VOTES WRITTEN IN WORDS | | | | | | |
| 1. JULIA BIRD | THREE HUNDRED FORTY-EIGHT | | | | 3 | 4 | 8 |
| 2. JULIUS J. TRAPP | TWO HUNDRED FIFTY-SIX | | | | 2 | 5 | 6 |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL | | | | | 6 | 0 | 4 |
| The whole number of votes given by the REPUBLICAN Party for candidates for the office of **DISTRICT #2 COMMISSIONER** | | | | | 5 | 6 | 5 |
| **was** FIVE HUNDRED SIXTY-FIVE | | | | | | | |
| and they were given for the following named persons: | | | | | | | |
| PERSONS RECEIVING THE VOTES | NUMBER OF VOTES WRITTEN IN WORDS | | | | | | |
| 1. ROSSWELL FULTON, JR | TWO HUNDRED SIXTY-THREE | | | | 2 | 6 | 3 |
| 2. CHUCK TRAPP | THREE HUNDRED TWO | | | | 3 | 0 | 2 |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL | | | | | 5 | 6 | 5 |
| The whole number of votes given by the REPUBLICAN Party for candidates for the office of **DISTRICT #3 COMMISSIONER** | | | | | 6 | 1 | 0 |
| **was** SIX HUNDRED TEN | | | | | | | |
| and they were given for the following named persons: | | | | | | | |
| PERSONS RECEIVING THE VOTES | NUMBER OF VOTES WRITTEN IN WORDS | | | | | | |
| 1. STANLEY NIEBOER | SIX HUNDRED TEN | | | | 6 | 1 | 0 |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |
| 5. | | | | | | | |
| 6. | | | | | | | |
| TOTAL | | | | | 6 | 1 | 0 |

**Statement of Votes – Sample Addendum 2 (Proposals)**

| STATEMENT OF VOTES | COUNTY OF NEWAYGO | | | |
|---|---|---|---|---|
| The whole number of votes given for and against the | Put figures in this column | | | |
| Road Patrol Operating Millage (Renewal) | | | | |
| Shall the limitation on the amount of taxes which may be assessed against all property in Newaygo County, Michigan, be renewed and the County authorized to levy one (1) mill ($1.00 on each $1,000.00 of taxable valuation) for a period of ten (10) years, 2007 - 2016, inclusive, for the sole purpose of providing operating millage to the County of Newaygo for the operation of Road Patrol, investigative and emergency services of the Newaygo County Sheriff's Department?  Said Millage, if approved, will provide estimated revenue of $1,311,490.00 in the first calendar year after its approval. | | | | |
| was     FIVE THOUSAND NINE HUNDRED ONE | 5 | 9 | 0 | 1 |
| of which number     FOUR THOUSAND THREE HUNDRED NINETEEN | 4 | 3 | 1 | 9 |
| votes were marked YES | | | | |
| and     ONE THOUSAND FIVE HUNDRED EIGHTY-TWO | 1 | 5 | 8 | 2 |
| votes were marked NO | | | | |
| TOTAL VOTES | 5 | 9 | 0 | 1 |
| The whole number of votes given for and against the | | | | |
| Commission on Aging Operating Millage (Renewal) | | | | |
| Shall the limitation on the amount of taxes which may be assessed against all property in Newaygo County, Michigan, be renewed and the County authorized to levy .5 mill ($.50 on each $1,000.00 of taxable valuation) for a period of ten (10) years, 2007 - 2016, inclusive, for the sole purpose of providing operating millage for the continuation of the senior citizen services through the Newaygo County Commission on Aging?  Said Millage, if approved, will provide estimated revenue of $655,745.00 in the first calendar year after its approval. | | | | |
| was FIVE THOUSAND NINE HUNDRED FIFTEEN | 5 | 9 | 1 | 5 |
| of which number FOUR THOUSAND EIGHT HUNDRED TEN | 4 | 8 | 1 | 0 |
| votes were marked YES | | | | |
| and ONE THOUSAND ONE HUNDRED FIVE | 1 | 1 | 0 | 5 |
| votes were marked NO | | | | |
| TOTAL VOTES | 5 | 9 | 1 | 5 |

**Statement of Votes – Sample Addendum 3 (Write-in Votes)**

### State of Michigan
### Write-In Vote Certification Report

Name of County: _____      Election Date: _____

| Jurisdiction Name | Precinct Number | Name of Candidate | Office Sought | Total Votes for Precinct | Total Votes for Candidate |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Eq8/07

## Entry of Write-In Votes on the County Canvassers' Report

The entry of write-in votes on the County Canvassers' Report requires special consideration. Election inspectors are instructed to record write-in votes exactly as they were cast. For example, the Board of County Canvassers may find that the following write-in votes were cast for a particular office:

John A. Smith – County Treasurer – 16 votes.
Jon Smith – County Treasurer – 2 votes
J.A. Smith – County Treasurer – 1 vote
J. Smithe – County Treasurer – 1 vote.

Note: It is the Board of County Canvassers' responsibility to review all write-in votes and determine how they are to be counted. In *Petrie v Curtis,* 387 Mich 436 (1972), the Michigan Supreme Court stated:

> "Where the intent of the voter as expressed by his ballot, when considered in the light of such surrounding circumstances, is not doubtful, the ballot should be counted and allowed for the person intended."

Consequently, the Board may accept variations in the spelling of a write-in candidate's name if the candidate's identity can be determined without doubt. Each Board should adopt a standard for accepted name variations to consistently determine when a certain name variation should be assigned as a vote. The final determination of votes is recorded on the Write-In Certification Report.

**November 3, 2020 Only: Statement of Votes – Sample Addendum 4a: Postmark Ballots**

---

**POSTMARK BALLOT STATEMENT**

Number of absent voter ballots postmarked by November 2, received after Election Day, and included in the Statement of Votes: **361**

---

**November 3, 2020 Only: Statement of Votes – Sample Optional Addendum 4b: Postmark Ballots by Precinct**

| Precinct | Number of Postmark Ballots |
|---|---|
| Meridian Township, Precinct 1 | 2 |
| Meridian Township, Precinct 2 | 0 |
| Meridian Township, Precinct 3 | 4 |
| Meridian Township, Precinct 4 | 3 |

**B. Certificate of Determination** (MCL 168.826)

After the Board of County Canvassers has documented the votes cast for each candidate and ballot question on the ballot, the Board must determine the winning candidate and the outcome of ballot questions for those offices and ballot questions which the Board of County Canvassers is responsible for certifying. The offices and ballot questions which the Board is responsible for certifying are explained earlier in this manual. To complete the necessary certifications, the Board examines the vote totals for the offices and ballot questions involved. The determinations are entered on the appropriate pages in the County Canvassers' Report.

CERTIFICATE OF DETERMINATION

STATE OF MICHIGAN )
                   ) ss.
COUNTY OF NEWAYGO  )

The Board of Canvassers of the _____ COUNTY _____ of _____ NEWAYGO _____
                                      (COUNTY, CITY, TOWNSHIP OR VILLAGE)        (COUNTY, CITY, TOWNSHIP OR VILLAGE)
having Ascertained and Canvassed the Votes of said _____ COUNTY OF NEWAYGO _____
                                                         (COUNTY, CITY, TOWNSHIP OR VILLAGE)
at the _____ PRIMARY _____ Election, held on the _____ 8TH _____ day of _____ AUGUST _____
in the year Two Thousand _____ SIX _____ .

**Do Hereby Certify and Determine**

That _____ JULIA BIRD _____ having received sufficient number of votes is nominated candidate by
the _____ REPUBLICAN _____ Party for the office of _____ COUNTY COMMISSIONER – DISTRICT #1 _____
That _____ CHUCK TRAPP _____ having received sufficient number of votes is nominated candidate by
the _____ REPUBLICAN _____ Party for the office of _____ COUNTY COMMISSIONER – DISTRICT #2 _____
That _____ STANLEY NIEBOER _____ having received sufficient number of votes is nominated candidate by
the _____ REPUBLICAN _____ Party for the office of _____ COUNTY COMMISSIONER – DISTRICT #3 _____
That _____ ROBERT VANBELZEN _____ having received sufficient number of votes is nominated candidate by
the _____ REPUBLICAN _____ Party for the office of _____ COUNTY COMMISSIONER – DISTRICT #4 _____
That _____ ADAM WRIGHT _____ having received sufficient number of votes is nominated candidate by
the _____ REPUBLICAN _____ Party for the office of _____ COUNTY COMMISSIONER – DISTRICT #5 _____
That _____ PAT GARDNER _____ having received sufficient number of votes is nominated candidate by
the _____ REPUBLICAN _____ Party for the office of _____ COUNTY COMMISSIONER – DISTRICT #6 _____
That _____ DANIEL POWELL _____ having received sufficient number of votes is nominated candidate by
the _____ REPUBLICAN _____ Party for the office of _____ COUNTY COMMISSIONER – DISTRICT #7 _____
That _____ having received sufficient number of votes is nominated candidate by
the _____ Party for the office of _____
That _____ having received sufficient number of votes is nominated candidate by
the _____ Party for the office of _____
That _____ having received sufficient number of votes is nominated candidate by
the _____ Party for the office of _____
That _____ having received sufficient number of votes is nominated candidate by
the _____ Party for the office of _____
That _____ having received sufficient number of votes is nominated candidate by
the _____ Party for the office of _____
That _____ having received sufficient number of votes is nominated candidate by
the _____ Party for the office of _____
That _____ having received sufficient number of votes is nominated candidate by
the _____ Party for the office of _____

**C. Certification of County Canvassers' Report** (MCL 168.825)

Each report must be certified by the Board of County Canvassers, under their hands and the seal of the Circuit Court of the county, and must be attested by the clerk of the board (county clerk).



**CERTIFICATE OF DETERMINATION**

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

That _____ having received sufficient number of votes is nominated candidate by the _____ Party for the office of _____

**Do Further Hereby Determine**

That the following Propositions or questions were passed or defeated as indicated below:

1. **ROAD PATROL OPERATING RENEWAL** — Having (Received / Not Received) Sufficient votes was (Passed / Defeated)
   NAME OF PROPOSITION

2. **COMM ON AGING OPERATING RENEWAL** — Having (Received / Not Received) Sufficient votes was (Passed / Defeated)
   NAME OF PROPOSITION

In Witness Whereof, We have hereunto set our hands and affixed the Seal

of the **COUNTY** of **NEWAYGO**
(COUNTY, CITY, TOWNSHIP OR VILLAGE)   (COUNTY, CITY, TOWNSHIP OR VILLAGE)

this **10TH** day of **AUGUST**

in the year **TWO THOUSAND SIX** .

SEAL

_Dallas Dean_ CHAIRMAN

**BOARD OF CANVASSERS**

_Doris M. Schaefer_

_Carston H. Dukes_

_Stanley R. Griswold_

ATTEST:

_Laurel J. Breuker_
CLERK OF BOARD OF CANVASSERS
LAUREL J. BREUKER

_Dallas Dean_
CHAIRMAN OF BOARD OF CANVASSERS

D. **Additional Notes Regarding County Canvassers' Report**

- Sample copies of EMS generated Statements of Votes along with addendum documents are available in the Appendix.

- If the County Canvassers' Report has been prepared for the Board by computer or other means, the Board is responsible for checking the figures to verify that no mistakes appear on the form.

- In counties where the County Canvassers' Report is completed by hand, it is recommended that two County Canvassers' Reports be completed by two teams working independently. The two reports are then checked against one another to verify the accuracy of the figures entered on the forms. (The second team should not complete the second County Canvassers' Report by copying the figures from the first County Canvassers' Report as this would defeat the purpose of the procedure!)

- Regardless of the procedures used in the county to produce the County Canvassers' Report, it is essential that each candidate and question voted on in each precinct is listed; all figures are accurate; all math is accurate; and all entries are legible.

TRANSMITTING DETERMINATIONS, COUNTY VOTE TOTALS AND PRECINCT RESULTS TO SECRETARY OF STATE (STATE VOTE TOTALS FORM): The canvass of a state primary or general election includes the preparation of documents for the transmission of pertinent data to the Secretary of State. The Election Night Reporting (e-ENR) program used by county clerks to electronically transmit unofficial election night returns for federal and state level offices is also used to transmit the official returns to the Secretary of State following the completion of the county canvass.

- The Board of County Canvassers is responsible for forwarding to the Secretary of State any determinations made on U.S. Representative, State Senate and State House races. (As explained earlier, a Board of County Canvassers is responsible for certifying a primary or election held in a U.S. Representative, State Senate, or State House district if the district is wholly contained within the county.)

- After each statewide primary or election, the Board of County Canvassers is responsible for forwarding to the Secretary of State 1) the total vote cast in the county 2) the total vote cast in the county for each candidate seeking any of the offices listed below and 3) the total "YES" and "NO" vote cast in the county for any statewide proposals on the ballot.

**Note: In the instance where a jurisdiction within a county crosses into an additional county, the county must only transmit the vote totals for votes cast within their county.** The neighboring county is responsible for transmitting the vote totals for the votes cast within their county for the balance of that jurisdiction.

**The e-ENR program must be used to transmit the vote totals to the Secretary of State**. Following electronic transmission, a paper copy of the official e-ENR canvass report must be printed, certified and forwarded to the Bureau of Elections **within 24 hours after the completion of the canvass**. The paper copy of the official e-ENR canvass report <u>must include</u> the Statement of Votes Addendum Write-In Vote Certification Report referenced on page 6.

**NOTE:** Instructions for using the e-ENR program for election night reporting and to generate the official results that must be transmitted to the Secretary of State following the canvass are available in the Appendix. A sample e-ENR report is also included in the Appendix. The e-ENR link will be provided prior to the election. Email the Bureau of Elections at [Disclosure@michigan.gov](mailto:Disclosure@michigan.gov) for assistance.

The vote totals provided electronically and on the printed report are used by the Board of State Canvassers to complete the certification of the primary or election for the following offices:

President and Vice-President;
Governor and Lieutenant Governor;
U.S. Senator;
U.S. Representative in Congress;
Secretary of State;
Attorney General;
State Senator;
State Representative;
Supreme Court Justice;
State Board of Education Member;
University of Michigan Regent;
Michigan State University Trustee;
Wayne State University Governor;
Court of Appeals Judge;
Circuit Court Judge;
District Court Judge; and
Probate District Judge (multi-county district).

**Sample State Vote Totals Form (e-ENR Report)**

---

MICHIGAN DEPARTMENT OF STATE
Bureau Of Elections
P.O. Box 20126
Lansing, Michigan 48901
Phone: (517) 373–2540

**OFFICIAL COUNTY VOTE TOTALS**
(Summary of County Canvasser's Statement)
**Primary Election**
Tuesday, August 8, 2006

County: **ALGER**

County Code: **(02)**

**Return To:** MICHIGAN DEPARTMENT OF STATE
Bureau Of Elections
P.O. Box 20126
Lansing, Michigan 48901
Phone: (517) 373- 2540

# I M P O R T A N T

### FIVE STEPS FOR COMPLETION OF FORM

1.) Check for candidate name omissions on this form by comparing it against the candidate names printed on the county's ballots. If an omission is found, contact the Department of State's Bureau of Elections in Lansing.

2.) Enter all totals in words and numerals. Example: Three Hundred twenty–one (321). Do not fail to enter the county's Poll Book total below. When entering total number of votes cast for all candidates for a particular office, DO NOT include write–in votes cast for individuals who did not submit a Declaration of Intent form.

3.) Double check all entries for errors. There can be no descrepancies in the totals recorded on this form, the totals entered on the Official County Canvassers' Statement and the precinct results certified for your county. Complete accuracy is of extreme importance as the totals entered on this form represent the official record of the election.

4.) After completing the form, affix all required signatures and county seal on the last page.

5.) Mail the original copy of this form to the Department of State's Bureau of Elections as soon as it is completed.

---

### POLL BOOK TOTAL

The TOTAL NUMBER OF PEOPLE voting at this election as shown by the POLL BOOK

was **ONE THOUSAND EIGHT HUNDRED FIFTY FIVE**                                   **(1855).**

09/01/06 09:12:37                                                                                    Page 1

MICHIGAN DEPARTMENT OF STATE
Bureau Of Elections
P.O. Box 20126
Lansing, Michigan 48901
Phone: (517) 373-2540

**OFFICIAL COUNTY VOTE TOTALS**
(Summary of County Canvasser's Statement)
Primary Election
Tuesday, August 8, 2006

County:      ALGER   (02)   (Office Code: 02000000):

**Governor 4 Year Term (1) Position**

| | | | | | Number of Votes |
|---|---|---|---|---|---|
| REP | DeVos, Dick | received THREE HUNDRED SEVENTY TWO | | votes. | 372 |
| REP | Write–In Boven, Louis C. | received ZERO | | votes. | 0 |
| DEM | Granholm, Jennifer M. | received ONE THOUSAND ONE HUNDRED SEVENTY EIGHT | | votes. | 1178 |

The total number of votes cast for (Office Code: 02000000):
**Governor 4 Year Term (1) Position**

was ONE THOUSAND FIVE HUNDRED FIFTY                                                        votes.       1550
(Enter the sum of the votes cast for ONLY the candidates listed above. DO NOT include write–in votes cast for individuals who did not submit a Declaration of Intent form.)

09/01/06 09:12:37                                                                                    Page 2

---

MICHIGAN DEPARTMENT OF STATE
Bureau Of Elections
P.O. Box 20126
Lansing, Michigan 48901
Phone: (517) 373-2540

**Official County Vote Totals**
(Summary of County Canvassers' Statement)
**Primary Election**
Tuesday, August 8, 2006

**State of Michigan  County of  ALGER  ss.**

We Hereby Certify, That the foregoing is a correct transcript of the Statement of the Board of County Canvassers, of the County of ALGER, of the votes given in such County for the indicated candidates at the Primary Election held on Tuesday, August 8, 2006, as appears from the original statement on file in the office of the County Clerk.

In Witness Whereof, We have hereunto set our hands and caused to be affixed the Seal of the Circuit Court

for the County of ALGER this _____ day of _____, _____.

_____  _____  Board of County

Canvassers'

_____  _____  Signatures

Attest:

_____

(Seal)                              Clerk of the Board of County Canvassers

9/1/2006 9:01:15 AM                          CL61                          Page 7

- In addition to the above transmission, the Board of County Canvassers is responsible for forwarding to the Secretary of State after each statewide primary or election 1) the total vote cast in **each precinct** in the county 2) the total vote cast in each precinct in the county for each candidate seeking any of the offices listed below and 3) the total "YES" and "NO" vote cast in each precinct in the county for any statewide proposals on the ballot.

  The form used to transmit the precinct results can be a photocopy of the appropriate pages of the County Canvassers' Report for the offices listed below.

  Like the county's vote totals, the precinct results must be forwarded to the Bureau of Elections **within 24 hours after the completion of the canvass.** The precinct results provided by each county are used by the Department of State's Bureau of Elections to compile statewide results by precinct for the offices and questions involved. (MCL 168.812)

  President and Vice-President;
  Governor and Lieutenant Governor;
  U.S. Senator;
  U.S. Representative in Congress;
  Secretary of State;
  Attorney General;
  State Senator;
  State Representative;
  State Board of Education Member;
  University of Michigan Regent;
  Michigan State University Trustee;
  Wayne State University Governor;
  Supreme Court Justice.

## TRANSMITTING VOTE TOTALS AND PRECINCT RESULTS TO LOCAL LEVELS: The

canvass of a county or local primary or election includes the preparation of documents for the transmission of the results of the canvass to the appropriate local officials.

- If a county primary or general election is involved, additional documentation of the canvass is not necessary as the county clerk will have access to all of the original documents used and prepared at the canvass.

- If a city or township primary or general election is involved, the Board of County Canvassers sends the election official who administered the election (city clerk or township clerk) copies of the appropriate pages of the County Canvassers' Report to show the total number of votes cast for each candidate and for and against each question on the ballot; a precinct breakdown of the vote totals; and the determinations made by the Board. The preparation of additional documents may

be required.    Arrangements for the completion of any additional documents are made by the county clerk with the local official involved.

- If a school election is involved, the Board of County Canvassers completes and sends to the school district's election coordinator a specially prepared document to certify the total number of votes cast for each candidate and for and against each question on the ballot. The document may be supplied by the county clerk or the law firm that represents the school district. In addition, the following procedure is followed:

   - A copy of the election certification is sent to the county treasurer along with two acknowledgement forms. The county treasurer completes the acknowledgement forms and returns them to the county clerk. The county clerk forwards the completed forms to the school district's election coordinator.

   - In addition, the county clerk provides the school district's election coordinator with two acknowledgement statements to confirm that a certification of the election was provided to the school district and to the county treasurer.

   - The school district provides a copy of the election certification to the intermediate school district and to the clerk of each city, township and village in the school district. In addition, the school district provides its law firm with any requested documentation.

# CHAPTER 6 - PROCEDURES FOR CONDUCTING A COUNTY CANVASS:  FINAL STEPS

CONTENTS

Breaking Tie Votes: ................................................................................................................1

Release of Results: ................................................................................................................2

Issuance of Certificates of Elections:....................................................................................2

Issuance of Certificates of Nomination ................................................................................3

Disposition and Retention of Canvass Documents:..............................................................3

BREAKING TIE VOTES: In those rare instances where it is revealed through the county canvass that two candidates are tied for nomination or election to an office certified by the Board, the tie is determined by a drawing. **(A tie vote on a ballot question defeats the ballot question; a tie breaking procedure is not followed.)** As an initial step, the Board consults with the county clerk to establish a date when the tied candidates and all interested parties can assemble in the office of the county clerk to participate in the drawing. Upon the establishment of a date, the Board sends notice of the meeting to the candidates and interested parties. At the meeting, the county clerk writes the word "NOMINATED" (primary) or "ELECTED" on a slip of paper and the words "NOT NOMINATED" (primary) or "NOT ELECTED" on an identical slip of paper. Both of the slips are folded so that the words written on them cannot be seen and the two slips are indistinguishable from one another. Each candidate then draws one of the slips from a box. In the event of a tie in primary race, the candidate who draws the slip which bears the word "NOMINATED" receives their political party's nomination to appear on the general election ballot. (MCL 168.852). The candidate who draws the slip which bears the word "ELECTED" is deemed legally elected to the office involved. (MCL 168.851)

- If an affected candidate fails to appear at the meeting, the county clerk has the authority to appoint any person present to draw a slip for the absent candidate.

- If the office of county clerk is involved, the drawing must be conducted before the county sheriff.

- The defeated candidate may petition for a recount of the votes cast on the office if he or she feels that a mistake has occurred in the canvass of the votes.

- It is recommended that a written record of the drawing be kept by the county clerk.

RELEASE OF RESULTS: After a general election, the county clerk is required to send the votes cast for candidates seeking the office of state senator or state representative to the newspapers in the county **if the office was certified by the Board of County Canvassers.** (MCL 168.172) (As explained earlier, a Board of County Canvassers is responsible for certifying an election held in a state senate or state house district if the district is wholly contained within the county.) In all other instances, the county clerk may at his or her discretion notify the local media of the results of primaries and elections held in the county. (MCL 168.826)

ISSUANCE OF CERTIFICATES OF ELECTIONS: After a federal, state, county, city, township or village election canvassed by the Board of County Canvassers, the county clerk is responsible for sending all candidates declared elected to office by the Board a certificate of election. (MCL 168.826) After a school election canvassed by the Board of County Canvassers, the school district's "election coordinator" is required to notify each elected candidate of his or her election to office. (MCL 168.309 as amended under PA 288 of 2004).

---

# CERTIFICATE OF ELECTION

State of Michigan
County of Eaton

I, Fran Fuller, Eaton County Clerk, do hereby Certify that at the Election held on May 6, 2008, **Martha Brunger Parks** having received a sufficient number of votes was elected to the **office of Library Board Member of the Grand Ledge Area District Library** as determined by the Board of County Canvassers of Eaton County.

In Witness Whereof, I have set my signature and affixed the Seal of the County of Eaton, this Friday, May 9, 2008.

SEAL

_____

**Fran Fuller**
**Eaton County Clerk**

---

ISSUANCE OF CERTIFICATES OF NOMINATION: After a federal, state, county, city or township primary canvassed by the Board of County Canvassers, the county clerk **may choose** to send all candidates who received party nominations to office by the Board a Certificate of Nomination.

---

### CERTIFICATE OF NOMINATION

Gerrit W. Vander Kamp
11412 E. Indian Lake Drive
Vicksburg MI 49097

State of Michigan          }
                                      }SS
County of Kalamazoo     }

I, Timothy A. Snow, Kalamazoo County Clerk, do hereby Certify that at the Primary Election held on August 8, 2006, Gerrit W. Vander Kamp receiving a sufficient number of votes, received the Republican Party nomination to the office of Brady Township Trustee, as determined by the Kalamazoo County Board of Canvassers.

**In Witness Whereof**, I have set my signature and affixed the Seal of the Circuit Court for said County, this 15th day of August 2006.

{ Seal }

_____
Timothy A. Snow, Kalamazoo County Clerk

---

DISPOSITION AND RETENTION OF CANVASS DOCUMENTS: The original County Canvassers' Report executed by the Board of County Canvassers and all determinations made by the Board are forwarded to the county clerk. The materials are kept by the county clerk as a permanent record of the canvass. (MCL 168.826) All of the other records used by the Board to complete the canvass are retained by the county clerk for two years after the primary or election. (MCL 168.811)

# CHAPTER 7 - RECOUNTS

## TABLE OF CONTENTS

RECOUNTS ........................................................................................................................................... 1

PETITION ........................................................................................................................................... 2

DEPOSIT ............................................................................................................................................ 2

PETITION FILING LOCATION AND DEADLINES ...................................................................................... 3

NOTICE REQUIREMENT AND COUNTER PETITIONING OPTION ............................................................ 3

CONDUCT OF RECOUNT ..................................................................................................................... 4

THREE SCENARIOS CAUSING PRECINCT TO BE NOT RECOUNTABLE ................................................... 4

REFUND OF RECOUNT DEPOSIT ......................................................................................................... 5

COST OF RECOUNT ............................................................................................................................ 5

SPECIAL GUIDANCE FOR TWO-PAGE BALLOTS .................................................................................. 6

PETITION FOR A RECOUNT ................................................................................................................ 8

RECOUNTS: A candidate for a federal, state, county, city, township, village or school office who believes that the canvass of the votes cast on the office is incorrect because of fraud or error in the precinct returns may petition for a recount of the votes cast in the precincts involved. Candidates seeking a precinct delegate position do not have the right to petition for a recount. (MCLA 168.862)

In addition, a registered elector who voted at an election at which a question appeared on the ballot, who feels that the canvass of the votes cast on the question is incorrect because of fraud or error in the precinct returns may petition for a recount of the votes cast in the precincts involved. (MCLA 168.863)

**Recounts Conducted Under Authority of COUNTY CANVASSING BOARDS (MCLA 168.24e):**
The Board of County Canvassers is responsible for conducting recounts for:

- County, city, township, village and school offices.

- Probate Judge in single county districts and Municipal Court Judge.

- County, city, township, village and school ballot proposals.

**Recounts Conducted Under the Authority of the BOARD OF STATE CANVASSERS (MCLA 168.879)**:
The Board of State Canvassers is responsible for conducting recounts for:

- Statewide offices.

- U.S. Senator, U.S. Representative in Congress, State Senator and State Representative.

- Judicial offices (except Probate Judge in single county districts and Municipal Court Judge).

- Statewide ballot proposals.

PETITION: A person who wishes to obtain a recount must submit a written, notarized statement which specifies the office or question involved; alleges that they possess a good-faith belief that they would have had a reasonable chance of winning the election, but for the canvass of the vote cast for the office or on the question is in error; and identifies the precincts in which a recount of the votes cast is desired. (MCL 168.865) The written statement is commonly referenced as a "recount petition."

DEPOSIT: A deposit must be submitted with a recount petition for each precinct in which a recount is requested. The deposit amount is either $25 per precinct, $125 per precinct or $250 per precinct depending on the vote differential between the petitioner and winning candidate (or, in the case of a proposal, the differential between Yes and No votes). The deposit is refunded if the recount changes the outcome of the election. If the recount does not change the result of the election, the deposit is kept by the county. The required per-precinct deposit amount is determined as follows (MCL 168.867):

- $25 per precinct; or
- $125 per precinct, if the official canvass of votes shows that the number separating the winning candidate and the petitioner is more than 50 votes, or 0.5% of the total number of votes cast in the race, **whichever is greater**; or
- $250 per precinct, if the official canvass of votes shows that the number separating the winning candidate and the petitioner is more than 75 votes, or 5.0% of the total number of votes cast in the race, **whichever is greater.**
    - o Note: If more than one candidate is to be elected to the office, the applicable vote differential is between the petitioner and the winning candidate who received the least

number of votes. The 0.5% or 5.0% figure is calculated based on the sum of the number of votes received by the petitioner and the winning candidate who received the least number of votes, to determine if the deposit amount is $125 per precinct or $250 per precinct.

o In the case of a proposal, the applicable vote differential is between the "Yes" and the "No" votes. The 0.5% or 5.0% figure is calculated based on the total number of votes cast on the proposal, to determine if the deposit amount is $125 per precinct or $250 per precinct.

## PETITION FILING LOCATION AND DEADLINES:

A recount petition is filed with the clerk of the board of canvassers that certified the office or ballot question. (EXCEPTION: A petition for a recount of the votes cast for the office of Representative in Congress, State Senator or State Representative is filed with the Secretary of State – even if the office is certified on the county level.) The petition for a recount to be conducted by the state board of canvassers must be received no later than forty-eight hours following the completion of the state canvass. If the recount petition is filed on the county level, it must be received by the clerk no later than the sixth day after the completion of the county canvass. If the recount petition is filed on the county level, a copy of the petition must be forwarded to the Secretary of State within two (2) days after its receipt. (MCLA 168.866)

## NOTICE REQUIREMENT AND COUNTER PETITIONING OPTION:

Within 24 hours after the receipt of a recount petition filed by a candidate, the clerk receiving the petition is required to give notice of the filing to opposing candidates who sought nomination or election to the office involved. (If a large number of candidates was involved in the race, notice is only required to the two candidates who received the lowest number of votes among those candidates who were nominated or elected, and the 2 candidates who received the highest number of votes among those candidates who were not nominated or elected.) (MCL 168.868)

A candidate receiving such a notice may submit a "counter petition" if he or she wishes to have additional precincts recounted. (The counter petitioning option is moot if the original petition requests that the entire district be recounted.) A counter petition must be submitted within 48 hours after the submission of the original petition. The per-precinct deposit is calculated in the same manner as described above. (MCL 168.868)

A copy of the counter petition must be forwarded to the Secretary of State within four (4) days after its receipt. (MCL 168.868)

CONDUCT OF RECOUNT: Upon the receipt of a recount petition on the county level, the Board of County Canvassers is summoned by the county clerk to conduct the recount. If the recount involves a county or district office or ballot question, the Board cannot begin the recount until after the county clerk has determined whether the county must participate in any recounts requested on the state level. If a recount petition has been filed on the state level which involves the county, the conduct of both recounts (the recount requested on the county level and the recount requested on the state level) are coordinated through the Department of State's Bureau of Elections.

*A recount is conducted as provided under Michigan election law (MCLA 168.841 – 894) and Promulgated Rules for Electronic Voting Systems (R 168.793).*

## THREE SCENARIOS CAUSING PRECINCT TO BE NOT RECOUNTABLE:

- The seal is NOT placed on the ballot container in such a way to ensure that ballots cannot be inserted or removed from the container without breaking the seal or damaging the container.

- The number on the ballot container seal does NOT agree with the number recorded in the Poll Book, Statement of Votes or ballot container certificate that is signed, dated and attested to by two election inspectors who have expressed a preference for different political parties.

- The total number of ballots, as reflected by a physical count, does NOT agree with the number of voters as shown in the Poll Book and an acceptable explanation as to the reason for the discrepancy cannot be identified. (In making this determination it is important that all efforts be made to identify the reason for the discrepancy, including a review of the following: 1) spoiled and/or defective ballots 2) duplicate ballots and corresponding original ballots 3) provisional envelope ballots 4) remarks page notations and 5) Statement of Votes (Totals Tape)).

Note: If a discrepancy is found that cannot be explained and it is found that the number of ballots counted corresponds to the total number of ballots tabulated on election night as reflected on the Totals Tape, the precinct is recountable. In such an instance:

- If the number of voter names entered in the Poll Book exceeds the number of ballots counted, it is apparent that certain voters entered in the Poll Book left the precinct without voting.

- If the number of ballots counted exceeds the number of names entered in the Poll Book, it is apparent that the precinct board failed to enter the names of certain voters in the Poll Book.

## REFUND OF RECOUNT DEPOSIT: If the results of the recount change the result of the election, the deposit is refunded to the petitioner. If the results of the recount do not change the result of the election, the deposit is retained by the county. If a counter petition was filed and the recount does not change the result of the election, the counter-petitioner's deposit is refunded. (MCL 168.867, 868)

**In addition, if a precinct is determined to be 'not recountable', or not recounted due to the withdrawal of the recount petition, the money deposited for the recount of that precinct shall be refunded to the petitioner.** If the votes cast in a precinct have been examined and recounted, the withdrawal of the recount petition shall not result in a refund of the deposit. (MCL 168.867)

## COST OF RECOUNT: If a Board of County Canvassers recounts the votes cast on a city, township, village or school office or on a question, the expense of conducting the recount is charged back to the local unit. The local unit is then responsible for paying the expenses to the county treasurer. (MCLA 168.869)

The following recount materials are provided in the Appendix for your review:

- Petition for Recount

- Recount Fee Worksheet

- Pre-Recount Meeting Agenda

- Optical Scan Validity Standards

- Challenge Exhibit Envelope/Form

- Recount Statement of Returns - Form Instructions

- Recount Statement of Returns

- Determination – Precinct Not Recountable

- Post-Recount Meeting Agenda

- Recount Statement of Precincts

# SPECIAL GUIDANCE FOR TWO-PAGE BALLOTS: Determining Recountability (Candidate recount, race appears on Page 1 of two-page ballot)

There are three scenarios that can cause a precinct to be determined unrecountable:

1. The seal is NOT placed on the ballot container in such a way to ensure that ballots cannot be inserted or removed from the container without breaking the seal or damaging the container.

2. The number on the ballot container seal does NOT agree with the number recorded in the Poll Book, Statement of Votes or ballot container certificate that is signed, dated and attested to by two election inspectors who have expressed a preference for different political parties.

3. The total number of ballots, as reflected by a physical count, does NOT agree with the number of voters as shown in the Poll Book and an acceptable explanation as to the reason for the discrepancy cannot be identified. (In making this determination it is important that all efforts be made to identify the reason for the discrepancy, including a review of the following: 1) spoiled and/or defective ballots 2) duplicate ballots and corresponding original ballots 3) provisional envelope ballots 4) remarks page notations and 5) Statement of Votes (Totals Tape)).

Note: If a discrepancy is found that cannot be explained and it is found that the number of ballots counted corresponds to the total number of ballots tabulated on election night as reflected on the Totals Tape, the precinct is recountable. In such an instance:

- If the number of voter names entered in the Poll Book exceeds the number of ballots counted, it is apparent that certain voters entered in the Poll Book left the precinct without voting.

- If the number of ballots counted exceeds the number of names entered in the Poll Book, it is apparent that the precinct board failed to enter the names of certain voters in the Poll Book.

- In the case of two-page ballots, processes related to recountability scenarios 1 and 2 above are unaffected. With regard to the process for determining recountability under scenario #3 (the total number of ballots), the same standards apply – that is, the physical count of ballots must agree with the total number of voters listed in the pollbook, OR the total number of ballots tabulated according to the tabulator totals tape.

- In the case of a candidate recount with the race in question appearing on Page 1 of the two-page ballot, only Page 1 is involved in the recount process. This concept is further reinforced in the recountability scenarios, given the fact that the total number of voters as reflected on the tabulator tape reflects a count of Page 1 ballots.

- Page 2 ballots are not involved in the physical count or recount of two-page ballots in the case of a candidate recount, if the race to be recounted is found on Page 1 and the required ballot balancing procedures only involve Page 1.

While conducting the physical count of ballots during a recount for a candidate race involving a two-page ballot:

- Confirm that both recountability scenarios 1 and 2 above are satisfied; that is:
  - The container is properly sealed/secured in such a way to ensure that ballots cannot be inserted or removed from the container without breaking the seal or damaging the container.
  - The seal number on the ballot container seal agrees with the number recorded in the Poll Book, Statement of Votes or ballot container certificate that is signed, dated and attested to by two election inspectors who have expressed a preference for different political parties.

- Open the ballot container and physically separate and sort Page 1 and Page 2 ballots.

- Page 2 ballots should be returned to the ballot container once they are separated from the Page 1 ballots.

- Conduct a physical count of Page 1 ballots only.

- If the physical count of Page 1 ballots matches the total number of voters listed in the pollbook, OR the total number of ballots tabulated according to the tabulator totals tape, the precinct is recountable.

# PETITION FOR A RECOUNT

I,_____, the petitioner reside at

_____, petition the _____

(County) Board of Canvassers for a recount of the votes cast for the _____

(Office/District/Party or Question) at the_____election. I have a good-faith belief, but for fraud or mistake committed by the precinct election inspectors in their canvass of returns of the votes cast at the above referenced election, I had a reasonable chance of winning the election. An additional explanation of the fraud or error is provided (optional):

_____

I request that the following precinct(s) and/or absent voter counting board (AVCB) precinct(s) within the listed jurisdictions be recounted:

Precinct/AVCB    Name of Jurisdiction

Number

_____        _____

_____        _____

_____        _____

(List additional precincts on the back or attach additional sheets)

My deposit of $_____is enclosed.

Signature of Candidate/Voter: _____

Subscribed and sworn to before me this       Name of Notary: _____

_____day of_____20_____

# CHAPTER 8 – SPECIAL MAIL ELECTIONS

The vote cast on an office or a ballot question is void if it can be proven under the procedures detailed below that a "defect in or a mechanical malfunction of a voting device, ballot or other election equipment or material" prevented a voter from voting for a candidate, office, or proposal which could have made a difference in the outcome of the election. A special mail election is then conducted to correct the matter. (MCL 168.831 – 839)

- If an office is involved, the procedures for conducting a special mail election are not initiated unless a candidate affected by the problem files a petition which requests that a special mail election be held. If a ballot question is involved, the procedures for conducting a special mail election are not initiated unless a registered elector who participated in the election (as evidenced by the Poll Book) files a petition which requests that a special mail election be held. (MCL 168.832)

- A petition making such a request must be filed within ten (10) days **after the date of the election** with the clerk or secretary of the board of canvassers that certified the office or ballot question. (MCL 168.832) (Note that the petition filing deadline could fall before the completion of the canvass.) The petition must describe the problem which may have affected the outcome of the vote on the office or ballot question; identify the precincts involved; list the number appearing on the voting device(s) involved (if applicable); and be signed and certified by the candidate or registered elector as appropriate. (MCL 168.833)

- If a petition requesting a special mail election is filed on the county level, the county clerk reviews its contents to determine whether it complies with the requirements noted above. If the requirements have been met, the county clerk schedules a meeting of the Board of County Canvassers. The meeting must be held within five (5) days after the filing of the petition. The county clerk must contact the following persons by phone or a first-class letter to advise them of the time and place of the meeting (MCL 168.835):

  – The appropriate local election official.

  – **If an office on a special, general or nonpartisan ballot is involved:** All other candidates who sought the same office.

  – **If an office on a partisan primary ballot is involved:**  All other candidates who sought nomination to the same office under the same party vignette.

— **If a ballot question is involved:** The sponsor of the ballot question, any Ballot Question Committees organized to support or oppose the proposal, and the registered elector who filed the petition.

- When the meeting is held, the Board of County Canvassers reviews the facts involved and orders that a special mail election be held in each precinct affected by a "defect in or a mechanical malfunction of a voting device, ballot or other election equipment or material" if the following is established:

    1) an elector could not cast a valid vote in the precinct for the petitioning candidate or for or against the ballot question because of the defect or mechanical malfunction and

    2) based on the available canvass, the number of electors who could not cast valid votes for the office or for or against the ballot question because of the defect or mechanical malfunction is greater than the number of votes separating the candidates getting the most and the second most number of votes or is greater than the number of votes separating the total "YES" votes and the total "NO" votes. (MCL 168.836)

- If a special election is ordered by the Board of County Canvassers, mail ballots are sent to the electors who voted in the affected precinct(s) by the clerk of the city or township in which the precinct or precincts are located. The ballots must be sent within five (5) calendar days after the order for the special mail election is issued by the Board of County Canvassers. A note from the Board of County Canvassers must be included with each ballot which requests the elector to vote on the office or question as he or she voted (or attempted to vote) in the primary or election. (MCL 168.837) It is important to note that the special mail ballots are sent to only those electors who **actually voted** in the precinct or precincts involved at the primary or election. If the absent voter ballots cast in the precinct were not affected, the special mail ballots are not sent to the absentee voters.

- The electors who are sent special mail ballots have five (5) calendar days to return them. (MCL 168.837) The ballots are counted by a specially convened counting board. If the absent voter ballots cast in the precinct were not affected, the votes cast on the office or question by the precinct's absent voters must be added to the tally of the special mail ballots. (MCL 168.838)

- A recount of the votes cast under the special mail election provisions cannot be requested. (MCL 168.839)

# CHAPTER 9 - BALLOT CONTAINER INSPECTIONS

## TABLE CONTENTS

CONDUCT OF BALLOT CONTAINER INSPECTIONS: CANVASSING BOARD QUORUM REQUIRED ................................................ 2

APPROVAL STICKERS AND TAGS ................................................................................................................................. 3

APPROVAL STANDARDS ............................................................................................................................................. 3

DUAL-SIDED BALLOT CONTAINERS:  SEALING PROCEDURES ........................................................................................ 3

The Board of County Canvassers must complete a countywide ballot container inspection by June 1 of every gubernatorial election year. Ballot container "approved" and "disapproved" stickers are provided through the Department of State's Bureau of Elections. (MCL 168.24j)

## NOT APPROVED FOR USE AS A BALLOT CONTAINER

By the _____ County Board of Canvassers

Date _____

_____        _____

_____        _____

ED 4-DA (2/06)  Authority Granted By P.A. 116 of 1954                    MICHIGAN DEPT. OF STATE

All ballot containers owned by the county and the cities and townships located within the county must be included in the inspection. The term "ballot container" is used to mean any containers used to transport and secure optical scan ballots, electronic voting system programs and test data or any other materials which must be retained under security.

Notwithstanding the June 1 deadline for conducting the ballot container inspections, it is important to note that if a city or township conducts an election on the May election date, the ballot containers owned by the jurisdiction must <u>not</u> be inspected until the ballot security period for the May election has elapsed. (The ballot security period elapses 30 days after the election is certified.) As   an exception, if the ballots cast at the May election are subject to a vote recount after the election, the county canvassing board may perform the ballot container inspections during the conduct of the recount.

## CONDUCT OF BALLOT CONTAINER INSPECTIONS – CANVASSING BOARD QUORUM REQUIRED:

- At least three members of the Board of County Canvassers must be present during the inspections and approval of the ballot containers used in the county.

- While the Board of County Canvassers may designate assistants to help with the ballot container inspections, the performance of the task <u>cannot</u> be delegated to individuals enlisted to assist with the task. As indicated above, at least three members of the Board of County Canvassers must be present whenever the ballot container inspections are being carried out.

APPROVAL STICKERS AND TAGS: An "approved" sticker or tag must be affixed to every ballot container that passes the Board of Canvassers' inspection.

If the Board of County Canvassers inspects a ballot container that cannot be approved, the Board should place a sticker on the container which states: "NOT APPROVED FOR USE AS A BALLOT CONTAINER."

## APPROVAL STANDARDS:

MCL 168.24j states "(1) A ballot container includes a ballot box, transfer case, or other container used to secure ballots, including optical scan ballots and electronic voting systems and data."

MCL 168.24j further states "(3) A ballot container shall not be approved unless it meets both of the following requirements:

(a) It is made of metal, plastic, fiberglass, or other material, that provides resistance to tampering.

(b) It is capable of being sealed with a metal seal.

A list of ballot containers approved for use by the Bureau of Elections is included at the end of this chapter.

## DUAL-SIDED BALLOT CONTAINERS – SEALING PROCEDURES:

**Important Policy Regarding Use of "Dual Seal" Ballot Containers**

If any of the local jurisdictions in your county use the "dual seal" ballot containers produced by Business Records Corporation (see illustration below), please alert your canvassing board members and the local clerks who employ the containers that the containers <u>cannot</u> be approved unless:

- the small door is permanently sealed with a state-issued 15 ½ inch Pull Tite seal or a horseshoe and a state-issued metal Globe seal; and

- a completed ballot container tag that documents the serial number appearing on the permanent seal securing the small door, the date the small door was sealed and the individuals who sealed the small door is <u>taped to the inside of the large door.</u>

Small door: permanently seal
with a state-issued Pull Tight
seal or a horseshoe and a
state-issued metal Globe seal.



Large door: tape completed
ballot container tag <u>inside</u>
large door.

**<u>Important Note Regarding the Approval of Ballot Containers Manufactured by Douglas</u>**

In 2002 all county clerks were alerted that the two ballot containers listed below are not fully "tamper resistant" as required under Michigan election law. Specifically, the sides of the containers can be pushed in to the point where a ballot can be inserted into the container without breaking the seal on the container.

| Manufacturer | Model | Description |
|---|---|---|
| Douglas | DOSB-3 | Square blue metal ballot container. |
| Douglas | DSN-1 | Square silver metal ballot container. |

If any of the jurisdictions in your county use the ballot containers referenced above, please alert your canvassing board members and the local clerks who employ the containers that the containers <u>cannot</u> be approved unless they have been modified to ensure that they are fully "tamper resistant." As explained in the memo distributed on this matter in 2002, the ballot containers can be modified using one of the three methods below:

- Drill holes on each side of the container large enough to affix additional seals. Two additional seals must be used with this solution; all three seals must be recorded in the Poll Book.

- Affix double sided poster board tape to the inside of the lid. The tape should be placed approximately one half inch from the inside container wall. The tape may be purchased from most office supply stores.

- Purchase a "retro fit" kit from the manufacturer or an election supply vendor.

**Ballot Container and Seal Photos Available on Web Site**
Photographs of the ballot containers and seals approved for use in Michigan are available on the Department's Web site www.Michigan/elections. Click on 1) "Elections in Michigan" 2) "Information for Election Administrators" and 3) "Voting Equipment" (appears on dropdown menu under "Information for Election Administrators"). All seals may be ordered in the eLearning Center.

**Questions and Supply Orders**
If you have any questions or need any additional supplies for the inspection, please do not hesitate to contact this office.  Requests for additional supplies should be made through the eLearning Center.

| **Election Day Transfer and Ballot Storage Containers** |
|---|

| Item | Manufacturer/ Distributor | Placement of County Board of Canvasser Approval Certificate | Seal Type |
|---|---|---|---|
| **Election Day Transfer Containers** | | | |
| Election Security Chamber bag 19"x13" | Rifkin/ ES&S | Use sticker. Place with container certificate in clear plastic window. | Chamber |
| Election Security Chamber bag 16"x13" | Rifkin/ ES&S | Use sticker. Place with container certificate in clear plastic window. | Chamber |
| Expandable Provisional Ballot Chamber bag 16"x13"x2" | Rifkin/ ES&S | Use sticker. Place with container certificate in clear plastic window. | Chamber |
| Provisional Ballot Chamber bag 22"x19" | Rifkin/ ES&S | Use sticker. Place with container certificate in clear plastic window. | Chamber |
| Provisional Ballot security Bag 18"x14" | Intab | Use sticker. Place with container certificate in plastic sleeve or attach to the inside of the bag. | Pull Tight Easy-Twist |
| Handi – Pouch Security Bag 18"x14" | Intab | Use sticker. Place with container certificate in plastic sleeve or attach to the inside of the bag. | Pull Tight Easy-Twist |
| Election Security Chamber bag 9"x11" | Rifkin/ ES&S | Use sticker. Place with container certificate in clear plastic window. | Chamber |
| Single Module Transport Chamber bag 8"x10" | Rifkin/ ES&S | Use sticker. Place with container certificate in clear plastic window. | Chamber |

| Item | Manufacturer/ Distributor | Placement of County Board of Canvasser Approval Certificate | Seal Type |
|------|---------------------------|-------------------------------------------------------------|-----------|
| Data Module Transport Chamber bag 10"x12" | Rifkin/ ES&S | Use sticker. Place with container certificate in clear plastic window. | Chamber |
| Memory Pouch 7"x8.5" | Strayer/ Diebold | Use tag. Attach through zipper guard. | Padlock Easy-Twist Spring Lock |
| **Ballot Containers** | | | |
| Metal – top load | | Use sticker. Attach to any flat surface. | Pull Tight Metal Globe w/ Horseshoe Easy-Twist |
| Metal – dual seal | | Use sticker. Attach to any flat surface. | See note below. |
| Plastic bin 27"x17"x12.5" | | Use sticker. Attach to any flat surface. | Pull Tight Easy-Twist |
| Collapsible Ballot Storage bag 14"x19"x14" | Rifkin/ MCE | Use sticker or tag. Place sticker with container certificate in plastic sleeve or attach to the inside of the bag. | Pull Tight Easy-Twist |
| Election Security Chamber bag 14"x19"x14" | Rifkin/ ES&S | Use sticker or tag.  Place sticker with container certificate in clear plastic window. | Chamber |
| Election Security Chamber bag w/Wheels 14"x19"x14" | Rifkin/ ES&S | Use sticker or tag.  Place sticker with container certificate in clear plastic window. | Chamber |
| Election Security Chamber bag | Rifkin/ ES&S | Use sticker or tag.  Place sticker with container certificate in clear plastic window. | Chamber |
| Light Duty Courier Chamber bag 16"x22"x6" | Rifkin/ ES&S | Use sticker or tag.  Place sticker with container certificate in clear plastic window. | Chamber |
| Light Duty Courier Chamber bag 14"x18"x4" | Rifkin/ ES&S | Use sticker or tag.  Place sticker with container certificate in clear plastic window. | Chamber |
| Ballot Transfer Flat bag 12"x19"x10" | Rifkin/ ES&S | Use sticker or tag.  Place sticker with container certificate in clear plastic window. | Chamber |
| Duffle bag 12"x19"x10" | Strayer/ Diebold | Use sticker or tag. Place sticker with container certificate in plastic sleeve or attach to the inside of the bag. | Pull Tight |
| Titan Security Bag 22"x6"x16" | Intab | Use sticker or tag. Place sticker with container certificate in plastic sleeve or attach to the inside of the bag. | Pull Tight Easy-Twist |

| Precinct Bag on Wheels 22"x15"x12" | Tutto | Use sticker or tag. Place sticker on one of the plastic windows. | Pull Tight Easy-Twist |
|---|---|---|---|
| Precinct Bag on Wheels 24"x18"x12" | Tutto | Use sticker or tag. Place sticker on one of the plastic windows. | Pull Tight Easy-Twist |
| Large Collapsible Ballot Container 23"x15"x16" | Election Source | Use tag. | Pull Tight Easy-Twist |
| Collapsible Ballot Container w/wheels 24"x15"x16" | Election Source | Use tag. | Pull Tight Easy-Twist |
| EZ Tow Collapsible Bag on Wheels 24"x18"x12" | Election Source | Use tag. | Pull Tight Easy-Twist |
| Hart Secure Ballot Transport Bag | Hart | Use tag. | Pull Tight Easy-Twist |
| ES&S DS200 Ballot Tote Bin | ES&S | Use sticker or tag. | Special ES&S Zip Tie Seal |

- Note: The small door on the "dual seal" ballot container must be permanently sealed with a
- 15 ½ inch Pull Tight seal or a horseshoe and a state-issued metal Globe seal. The large door can be sealed with a Padlock seal, a Pull Tight seal, an Easy-Twist seal or a horseshoe and a metal Globe seal.

## Approved Seals



Approved Seals

Memory Pack    Chamber    Coated Wire Easy Twist

Pull Tite    Easy Twist    Padlock    Flat Metal with Horseshoe

Pull Tite – 15.5"    Lead Wire No longer used

# APPENDIX OF FORMS:

| Resource | Page(s) |
|---|---|
| County Canvass Checklist | 2 |
| Instructions for e-ENR | 3 |
| Sample County Canvassers' Report (Title Page) | 5 |
| Sample Statement of Votes – Dominion | 6 |
| Sample Statement of Votes – Hart | 7 |
| Sample Statement of Votes – ES&S | 8 |
| Sample Addendum #1 – Candidates | 9 |
| Sample Addendum #2 – Proposals | 10 |
| Sample Addendum #3 – Write-Ins | 11 |
| Certificate of Determination | 12 |
| Certification of County Canvassers' Report | 13 |
| Partial County School Canvass | 14 |
| School Board Member Acceptance of Office and Oath of Office | 18 |
| Petition for Recount | 19 |
| Recount Deposit Worksheet | 20 |
| Pre-Recount Meeting Agenda | 23 |
| Determining the Validity of Ballot Markings | 26 |
| Challenge Exhibit Envelope/Form | 30 |
| Recount Statement of Returns – Form Instructions | 31 |
| Determination - Precinct Not Recountable | 35 |
| Post-Recount Meeting Agenda | 36 |
| Recount Statement of Precincts | 37 |

*RECORDS AND PROCEDURES MANUAL*
*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

## County Canvass Checklist

Jurisdiction:_____  Precinct: _____  Election Date: _____

| |
|---|
| The following records must be audited for each precinct and absent voter counting board precinct.<br>Note: All Corrections must be made in red |

### Poll Book

☐ **Cover page** must be complete.

☐ **Clerk's Preparation Certificate** must be complete and signed by the clerk or authorized assistant.

☐ **Chairperson's oath** must be completed and signed by the chairperson and the person who administered the oath.

☐ **Election Inspector's Preparation Certificate** must be complete and signed by all election inspectors present at the opening of the polls.

☐ **Group oath** must be completed and signed by all inspectors and the person who administered the oath.

☐ **Poll list section** must include the name of every voter that was issued a ballot along with the names of the voters for whom an absent voter ballot was received for processing (if applicable) along with the serial number of the ballot that was issued to the voter.

☐ **"Absentee" or "AV"** must appear next to the name of each voter for whom an absent voter ballot was received for processing or they will all be listed on an AV Addendum List

☐ **"Spoiled"** must appear in the remarks column next to the name of each voter for whom a replacement ballot was issued – in each case the original ballot number must be crossed out and replacement ballot number recorded.

☐ **"Envelope" or "Affidavit"** must appear in the remarks column next to the name of each voter whose ballot was processed as a provisional ballot.

☐ **Challenged Voter page** must document any challenges made at the election or the word "None" should appear indicating that no challenges were made

☐ **Write-in Tally page** must list the name of each "declared" write-in candidate that received a valid write-in vote (a separate entry should be made for each variation in names was written on ballots by the voters, e.g. Bob Smith, Clerk, Dem. l, Robert Smith, Clerk, Dem, lll, Smith, Clerk, Dem, ll. The word "None" should appear if no write-in candidates filed.

☐ **Remarks page** should document any unusual events that occurred during the course of the election. In addition, explanations for discrepancies in the poll list section, ballot summary and Election Inspectors Certificate should be noted along with notations regarding election inspectors who left prior to the close of the polls and the assignment of additional inspectors.

### Certificate of Election Inspectors must be complete:

☐ **Ballot Summary** section must *accurately* account for all ballots received by the board including used, unused and absent voter ballots that were delivered for processing. Note: The number of ballots issued will be greater than the number of ballots tabulated if one or more provisional "envelope" ballots were issued as these ballots are not tabulated. In this case, verify that the word "Envelope" appears in the list of voters section next to the name of each voter who was issued an envelope ballot. The number of envelope ballots issued plus the number of ballots tabulated must equal the total number of voters according to the Poll Book.

☐ **Ballot container seal number** must be recorded and attested to by two inspectors.

☐ **If the program was removed from the tabulator**, the number on the seal used to seal the transport container must be recorded and attested to by two inspectors.

☐ **All inspectors present at the close of the polls must sign the certificate.** Check the oath section and remarks page to determine whose names should appear.

### Statements of Votes

Each copy must contain:

☐ **Signed copy of the Totals Tape** (all inspectors present at the close of the polls must sign).

☐ Record of all **write-in votes** as tallied in the Poll Book.

☐ **Ballot container seal number** and signatures of two inspectors that sealed the container.

☐ **Signatures of all inspectors** that were present at the close of the polls.

❑ **Verified Poll Book tabulator tape, Statements of Votes tabulator tape, and EMS Report totals match**

**Errors/Omissions/Comments Report (to be delivered to the city/township/village clerk responsible for administering the election: _____**

**Instructions for e-ENR**

The Election Night Reporting (e-ENR) Electronic Filing Program has been developed for electronic transmission of county-by-county election night returns.  The instructions below are provided to assist you with completing your online filing.  These instructions can be used in conjunction with the instructional aids in the application.  These instructional aids include:

- Help Function:  As you go through the program/system/forms, you will find a "Help Button" will direct you to contact Evelyn Quiroga at the Bureau of Elections at 517-335-2790 or quirogae1@michigan.gov.
- Instructions on the pages:  Throughout the application, the wording has been carefully designed to assist you in completing the forms.
- Each county will be offered a walk through training over the phone before the election.
- Bureau staff will be available the entire election night to assist if needed.

**Required Browser and JAVA Script Enabled**

You must have Internet Explorer 6.x or higher for using the application.  All users must have JAVA Script enabled on their chosen browser.

**GETTING STARTED**

1. Go to the website link provided to you via email by the Bureau of Elections.  The link cannot be provided here for security reasons.

The first page you will see is the Login page.  See illustration and instructions below to complete the form.



**Login ID#**:  Enter the Login ID provided by the Bureau of Elections.

If you do not have your Login ID, contact the Bureau of Elections at 517-373-2540 for assistance.

**Password:**  Enter the password assigned to the county exactly as it was provided to you.  If you need to request a password, Contact the Bureau of Elections.

Click the "Login" Button to continue into the e-ENR program.

Sample of Canvass

---

MICHIGAN DEPARTMENT OF STATE
Bureau Of Elections
P.O. Box 20126
Lansing, Michigan 48901
Phone: (517) 373–2540

**OFFICIAL COUNTY VOTE TOTALS**
(Summary of County Canvasser's Statement)
**Presidential Primary Election**
Tuesday, February 28, 2012

Return To: MICHIGAN DEPARTMENT OF STATE
Bureau Of Elections
P.O. Box 20126
Lansing, Michigan 48901
Phone: (517) 373–2540

County: **ALCONA**

County Code: **(01)**

## I M P O R T A N T

### FIVE STEPS FOR COMPLETION OF FORM

1.) Check for candidate name omissions on this form by comparing it against the candidate names printed on the county's ballots. If an omission is found, contact the Department of State's Bureau of Elections in Lansing.

2.) Enter all totals in words and numerals. Example: Three Hundred twenty–one (321). Do not fail to enter the county's Poll Book total below. When entering total number of votes cast for all candidates for a particular office, DO NOT include write–in votes cast for individuals who did not submit a Declaration of Intent form.

3.) Double check all entries for errors. There can be no descrepancies in the totals recorded on this form, the totals entered on the Official County Canvassers' Statement and the precinct results certified for your county. Complete accuracy is of extreme importance as the totals entered on this form represent the official record of the election.

4.) After completing the form, affix all required signatures and county seal on the last page.

5.) Mail the original copy of this form to the Department of State's Bureau of Elections as soon as it is completed.

---

### POLL BOOK TOTAL

The TOTAL NUMBER OF PEOPLE voting at this election as shown by the POLL BOOK

was **ONE THOUSAND SEVEN HUNDRED THIRTY TWO**                          **(1732).**

07/03/12 11:36:08                                                                                              Page 1

---

# CANVASS OF VOTES CAST

## AT THE ELECTION

### HELD ON

_____

(DATE OF ELECTION)

### AND CANVASSED BY THE BOARD OF CANVASSERS

**OF** _____ , _____ **COUNTY, MICHIGAN**

(NAME OF COUNTY, CITY, TOWNSHIP OR VILLAGE)

Order by Form No. M-39
**CANVASSER BOOK**
Specify whether General, Primary or Special Election

**Sample EMS Generated Statement of Votes – Dominion**

## Results per Precinct

## MI Cert 2016 12 Primary
## **Unofficial**
5/23/2018 9:19



<u>US Senator (R) (Vote for 1)</u>

| Precinct | Clark Durant - REP | Gary Glenn - REP | Randy Hekman - REP | Pete Hoekstra - REP |
|---|---|---|---|---|
| Meridian Township, Precinct 1 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 2 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 3 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 4 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 5 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 6 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 7 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 8 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 9 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 10 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 11 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 12 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 13 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 14 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 15 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 17 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 18 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 19 | 0 | 0 | 0 | 0 |
| Meridian Township, Precinct 20 | 0 | 0 | 0 | 0 |
| **Total** | **0** | **0** | **0** | **0** |

<u>Rep In Congress 8 (R) (Vote for 1)</u>

| Precinct | Brian Hetrick - REP | Vernon Molnar - REP | Mike Rogers - REP | Write-in |
|---|---|---|---|---|

*Michigan Bureau of Elections*
*Appendix, Updated July 2018*



**Canvass Results**

Oakland County Board of Canvassers

**Oakland County, Michigan**

November 7, 2017 Election

11/7/2017

Page 71 of 112

Sample EMS Generated Statement of Votes – Hart

**Official Results**

Registered Voters
Precincts Reporting

**Mayor - City of Royal Oak - Vote for not more than 1**

| Precinct | Michael Fournier | Mike D. Skinner | Cast Votes | Undervotes | Overvotes | Rejected write-in votes | Unresolved write-in votes | Precinct Ballots Cast | Absentee Ballots Cast | Total Ballots Cast | Registered Voters | Turnout Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Royal Oak, Precinct 1 | 327 | 144 | 471 | 15 | 0 | 1 | 0 | 339 | 148 | 487 | 2134 | 22.82 % |
| Royal Oak, Precinct 2 & 4 | 535 | 340 | 875 | 28 | 0 | 3 | 0 | 689 | 217 | 906 | 3977 | 22.78 % |
| Royal Oak, Precinct 3 & 11 | 433 | 282 | 715 | 25 | 1 | 0 | 0 | 541 | 200 | 741 | 3217 | 23.03 % |
| Royal Oak, Precinct 5 & 9 | 680 | 367 | 1047 | 23 | 0 | 1 | 0 | 791 | 280 | 1071 | 4250 | 25.20 % |
| Royal Oak, Precinct 6 | 389 | 219 | 608 | 20 | 0 | 3 | 0 | 495 | 136 | 631 | 2733 | 23.09 % |
| Royal Oak, Precinct 7 & 24 | 330 | 258 | 588 | 20 | 0 | 2 | 0 | 339 | 271 | 610 | 2860 | 21.33 % |
| Royal Oak, Precinct 8 & 13 | 870 | 552 | 1422 | 33 | 0 | 1 | 0 | 1012 | 444 | 1456 | 4488 | 32.44 % |
| Royal Oak, Precinct 10 | 285 | 187 | 472 | 12 | 0 | 0 | 0 | 356 | 128 | 484 | 1999 | 24.21 % |
| Royal Oak, Precinct 12 & 18 | 485 | 382 | 867 | 26 | 0 | 2 | 0 | 657 | 238 | 895 | 3781 | 23.67 % |
| Royal Oak, Precinct 14 & 16 | 805 | 547 | 1352 | 46 | 1 | 1 | 0 | 915 | 485 | 1400 | 4365 | 32.07 % |
| Royal Oak, Precinct 15 | 133 | 93 | 226 | 11 | 0 | 0 | 0 | 168 | 69 | 237 | 1574 | 15.06 % |
| Royal Oak, Precinct 17 & 20 | 660 | 630 | 1290 | 34 | 1 | 3 | 0 | 843 | 485 | 1328 | 3963 | 33.51 % |
| Royal Oak, Precinct 19 | 376 | 315 | 691 | 29 | 0 | 3 | 0 | 518 | 205 | 723 | 2613 | 27.67 % |
| Royal Oak, Precinct 21 | 249 | 207 | 456 | 18 | 0 | 2 | 0 | 256 | 220 | 476 | 2136 | 22.28 % |
| Royal Oak, Precinct 22 | 349 | 244 | 593 | 30 | 1 | 2 | 0 | 432 | 194 | 626 | 2184 | 28.66 % |
| Royal Oak, Precinct 23 | 196 | 142 | 338 | 9 | 0 | 1 | 0 | 249 | 99 | 348 | 1728 | 20.14 % |
| **Totals** | **7102** | **4909** | **12011** | **379** | **4** | **25** | **0** | **8600** | **3819** | **12419** | **48002** | **25.87 %** |

PROCEDURES FOR ELECTION INSPECTORS
Michigan Bureau of Elections
Appendix, Updated July 2018

**Sample EMS Generated Statement of Votes – ES&S**

```
NUMBERED KEY CANVASS                      WEST BLOOMFIELD CHARTER TOWNSH
                                          GENERAL ELECTION
  RUN DATE:05/30/08 02:23 PM              NOVEMBER 7, 2006
                                                            WITH 0 OF 27 PR
                                          TOTAL   PERCENT
      01 = REGISTERED VOTERS - TOTAL      47,565              03 = BALLOTS CA
      02 = BALLOTS CAST - TOTAL                 0
                                  - - - - - - - - -
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                  01   02   03
                                  - - - - - - - -
  2001 W BLOOMFIELD CHRT TWP 01    2099 . . 0 . . 0
  2002 W BLOOMFIELD CHRT TWP 02    2559 . . 0 . . 0
  2003 W BLOOMFIELD CHRT TWP 03    1657 . . 0 . . 0
  2004 W BLOOMFIELD CHRT TWP 04    1543 . . 0 . . 0
  2005 W BLOOMFIELD CHRT TWP 05    1949 . . 0 . . 0
  2006 W BLOOMFIELD CHRT TWP 06    1447 . . 0 . . 0
  2007 W BLOOMFIELD CHRT TWP 07    1518 . . 0 . . 0
  2008 W BLOOMFIELD CHRT TWP 08    1590 . . 0 . . 0
  2009 W BLOOMFIELD CHRT TWP 09    1001 . . 0 . . 0
  2010 W BLOOMFIELD CHRT TWP 10    1445 . . 0 . . 0
  2011 W BLOOMFIELD CHRT TWP 11    1316 . . 0 . . 0
  2012 W BLOOMFIELD CHRT TWP 12    2085 . . 0 . . 0
  2013 W BLOOMFIELD CHRT TWP 13    2028 . . 0 . . 0
  2014 W BLOOMFIELD CHRT TWP 14    1762 . . 0 . . 0
  2015 W BLOOMFIELD CHRT TWP 15    1900 . . 0 . . 0
  2016 W BLOOMFIELD CHRT TWP 16    1628 . . 0 . . 0
  2017 W BLOOMFIELD CHRT TWP 17    2034 . . 0 . . 0
  2018 W BLOOMFIELD CHRT TWP 18    1698 . . 0 . . 0
  2019 W BLOOMFIELD CHRT TWP 19    2592 . . 0 . . 0
  2020 W BLOOMFIELD CHRT TWP 20    1527 . . 0 . . 0
  2021 W BLOOMFIELD CHRT TWP 21    1687 . . 0 . . 0
  2022 W BLOOMFIELD CHRT TWP 22    2230 . . 0 . . 0
  2023 W BLOOMFIELD CHRT TWP 23    1468 . . 0 . . 0
  2024 W BLOOMFIELD CHRT TWP 24    1572 . . 0 . . 0
  2025 W BLOOMFIELD CHRT TWP 25    1904 . . 0 . . 0
  2026 W BLOOMFIELD CHRT TWP 26    1535 . . 0 . . 0
  2027 W BLOOMFIELD CHRT TWP 27    1791 . . 0 . . 0
```

```
                                                          WITH 0 OF 27 PR
                                      VOTES   PERCENT
STRAIGHT PARTY
  Vote for Not More Than  1
     01 = REPUBLICAN (REP)                 0           05 = LIBERTARIA
     02 = DEMOCRATIC (DEM)                 0           06 = NATURAL LA
     03 = GREEN (GRE)                      0           07 = OVER VOTES
     04 = U.S. TAXPAYERS (UST)             0           08 = UNDER VOTE
```

| | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 |
|---|---|---|---|---|---|---|---|---|
| 2001 W BLOOMFIELD CHRT TWP 01 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2002 W BLOOMFIELD CHRT TWP 02 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2003 W BLOOMFIELD CHRT TWP 03 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2004 W BLOOMFIELD CHRT TWP 04 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2005 W BLOOMFIELD CHRT TWP 05 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2006 W BLOOMFIELD CHRT TWP 06 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2007 W BLOOMFIELD CHRT TWP 07 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2008 W BLOOMFIELD CHRT TWP 08 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2009 W BLOOMFIELD CHRT TWP 09 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2010 W BLOOMFIELD CHRT TWP 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2011 W BLOOMFIELD CHRT TWP 11 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Michigan Bureau of Elections
Appendix, Updated July 2018

Sample Addendum 1 - Candidates

## STATEMENT OF VOTES

3

| | PUT FIGURES IN THIS COLUMN | | | |
|---|---|---|---|---|
| The whole number of votes given for the office of | | | | |
| was | | | | |
| and they were given for the following named persons: | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| TOTAL                                     votes | | | | |
| The whole number of votes given for the office of | | | | |
| was | | | | |
| and they were given for the following named persons: | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| TOTAL                                     votes | | | | |
| The whole number of votes given for the office of | | | | |
| was | | | | |
| and they were given for the following named persons: | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| TOTAL                                     votes | | | | |
| The whole number of votes given for the office of | | | | |
| was | | | | |
| and they were given for the following named persons: | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| received                                  votes | | | | |
| TOTAL                                     votes | | | | |

| Sample Addendum 2 – Proposals |
|---|

## STATEMENT OF VOTES



NOTE: If using this sample addendum form, it will be necessary to supplement this form with the full text of each proposal.

*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

| Sample Addendum 3 – Write-Ins |
|---|

# State of Michigan
## Write-In Vote Certification Report

**Name of County:** _____

**Election Date:** _____

| Jurisdiction Name | Precinct Number | Name of Candidate | Office Sought | Total Votes for Precinct | Total Votes for Candidate |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Eq8/07

RECORD OF COMPLIANCE AND ELECTION MATERIAL
Michigan Bureau of Elections
Appendix, Updated July 2018

Certificate of Determination

## CERTIFICATE OF DETERMINATION

### STATE OF MICHIGAN, } ss.

COUNTY OF _____

The Board of Canvassers of the _____ of _____,
                                        (County, City, Township or Village)                        (County, City, Township or Village)

having Ascertained and Canvassed the Votes of said _____,
                                                                        (County, City, Township or Village)

at the _____ Election, held on the _____ day of _____,

two thousand _____

### Do Hereby Certify and Determine

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

That_____having received a sufficient number of
votes is elected_____

**Certification of County Canvassers' Report**

That............................................................................................having received a sufficient number of
votes is elected...............................................................................

That............................................................................................having received a sufficient number of
votes is elected...............................................................................

That............................................................................................having received a sufficient number of
votes is elected...............................................................................

That............................................................................................having received a sufficient number of
votes is elected...............................................................................

That............................................................................................having received a sufficient number of
votes is elected...............................................................................

That............................................................................................having received a sufficient number of
votes is elected...............................................................................

That............................................................................................having received a sufficient number of
votes is elected...............................................................................

That............................................................................................having received a sufficient number of
votes is elected...............................................................................

## Do Further Hereby Determine

That the following Propositions or questions were passed or defeated as indicated below:

NAME OF PROPOSITION

1._____

Having Received / Not Received Sufficient votes was Passed / Defeated

NAME OF PROPOSITION

2._____

Having Received / Not Received Sufficient votes was Passed / Defeated

NAME OF PROPOSITION

3._____

Having Received / Not Received Sufficient votes was Passed / Defeated

NAME OF PROPOSITION

4._____

Having Received / Not Received Sufficient votes was Passed / Defeated

**In Witness Whereof,** We have hereunto set our hands and affixed the Seal

of the_____ of _____
(County, City, Township or Village)      (County, City, Township or Village)

this _____ day of _____

in the year two thousand and_____

SEAL

ATTEST:

_____ CHAIRMAN.

**BOARD OF CANVASSERS**

_____
CLERK OF BOARD OF CANVASSERS.

_____
CHAIRMAN OF BOARD OF CANVASSERS.

*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

# CANVASS OF VOTES CAST

-AT THE-

## GENERAL ELECTION

-HELD ON-

NOVEMBER 4, 2014

---

# ROCHESTER COMMUNITY SCHOOL DISTRICT

## OAKLAND COUNTY PORTION ONLY

CANVASSED BY THE BOARD OF COUNTY CANVASSERS
OF
OAKLAND COUNTY, MICHIGAN

*Michigan Bureau of Elections*
*Appendix, Updated July 2018*



**Oakland County, Michigan**

November 7, 2017 Election

11/7/2017

Page 71 of 112

**Mayor - City of Royal Oak - Vote for not more than 1**

| Precinct | Michael Fournier | Mike D. Skinner | Cast Votes | Undervotes | Overvotes | Rejected write-in votes | Unresolved write-in votes | Precinct Ballots Cast | Absentee Ballots Cast | Total Ballots Cast | Registered Voters | Turnout Percentage |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Royal Oak, Precinct 1 | 327 | 144 | 471 | 15 | 0 | 1 | 0 | 339 | 148 | 487 | 2134 | 22.82 % |
| Royal Oak, Precinct 2 & 4 | 535 | 340 | 875 | 28 | 0 | 3 | 0 | 689 | 217 | 906 | 3977 | 22.78 % |
| Royal Oak, Precinct 3 & 11 | 433 | 282 | 715 | 25 | 1 | 0 | 0 | 541 | 200 | 741 | 3217 | 23.03 % |
| Royal Oak, Precinct 5 & 9 | 680 | 367 | 1047 | 23 | 0 | 1 | 0 | 791 | 280 | 1071 | 4250 | 25.20 % |
| Royal Oak, Precinct 6 | 389 | 219 | 608 | 20 | 0 | 3 | 0 | 495 | 136 | 631 | 2733 | 23.09 % |
| Royal Oak, Precinct 7 & 24 | 330 | 258 | 588 | 20 | 0 | 2 | 0 | 339 | 271 | 610 | 2860 | 21.33 % |
| Royal Oak, Precinct 8 & 13 | 870 | 552 | 1422 | 33 | 0 | 1 | 0 | 1012 | 444 | 1456 | 4488 | 32.44 % |
| Royal Oak, Precinct 10 | 285 | 187 | 472 | 12 | 0 | 0 | 0 | 356 | 128 | 484 | 1999 | 24.21 % |
| Royal Oak, Precinct 12 & 18 | 485 | 382 | 867 | 26 | 0 | 2 | 0 | 657 | 238 | 895 | 3781 | 23.67 % |
| Royal Oak, Precinct 14 & 16 | 805 | 547 | 1352 | 46 | 1 | 1 | 0 | 915 | 485 | 1400 | 4365 | 32.07 % |
| Royal Oak, Precinct 15 | 133 | 93 | 226 | 11 | 0 | 0 | 0 | 168 | 69 | 237 | 1574 | 15.06 % |
| Royal Oak, Precinct 17 & 20 | 660 | 630 | 1290 | 34 | 1 | 3 | 0 | 843 | 485 | 1328 | 3963 | 33.51 % |
| Royal Oak, Precinct 19 | 376 | 315 | 691 | 29 | 0 | 3 | 0 | 518 | 205 | 723 | 2613 | 27.67 % |
| Royal Oak, Precinct 21 | 249 | 207 | 456 | 18 | 0 | 2 | 0 | 256 | 220 | 476 | 2136 | 22.28 % |
| Royal Oak, Precinct 22 | 349 | 244 | 593 | 30 | 1 | 2 | 0 | 432 | 194 | 626 | 2184 | 28.66 % |
| Royal Oak, Precinct 23 | 196 | 142 | 338 | 9 | 0 | 1 | 0 | 249 | 99 | 348 | 1728 | 20.14 % |
| **Totals** | **7102** | **4909** | **12011** | **379** | **4** | **25** | **0** | **8600** | **3819** | **12419** | **48002** | **25.87 %** |

**STATEMENT OF VOTES**

**ROCHESTER COMMUNITY SCHOOL DISTRICT**

| The whole number of votes given for candidates for the office of **BOARD MEMBER** | | Put figures in this column | | | | |
|---|---|---|---|---|---|---|
| was   Thirty one thousand eight hundred eighty-five | | 3 | 1 | 8 | 8 | 5 |
| and they were given for the following named persons: | | | | | | |
| PERSONS RECEIVING THE VOTES | NUMBER OF VOTES WRITTEN IN WORDS | | | | | |
| 1.   Kristin Bull | Sixteen thousand seven hundred six | 1 | 6 | 7 | 0 | 6 |
| 2.   Michael Zabat | Fifteen thousand one hundred seventy-nine | 1 | 5 | 1 | 7 | 9 |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL | | 3 | 1 | 8 | 8 | 5 |

| The whole number of votes given for candidates for the office of **BOARD MEMBER – PARTIAL TERM ENDING 12/31/2016** | | Put figures in this column | | | | |
|---|---|---|---|---|---|---|
| was   Sixteen thousand nine hundred ninety-nine | | 1 | 6 | 9 | 9 | 9 |
| and they were given for the following named persons: | | | | | | |
| PERSONS RECEIVING THE VOTES | NUMBER OF VOTES WRITTEN IN WORDS | | | | | |
| 1.   Sandra R. Fiaschetti | Sixteen thousand nine hundred ninety-nine | 1 | 6 | 9 | 9 | 9 |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL | | 1 | 6 | 9 | 9 | 9 |

CERTIFICATE OF DETERMINATION

**STATE OF MICHIGAN )**
                                    **} ss.**
**COUNTY OF OAKLAND    )**

The Board of Canvassers of the _____ **COUNTY** _____ of _____ **OAKLAND** _____
                                                    (COUNTY, CITY, TOWNSHIP OR VILLAGE)                    (COUNTY, CITY, TOWNSHIP OR VILLAGE)

having Ascertained and Canvassed the Votes of said _____ **ROCHESTER COMMUNITY SCHOOL DISTRICT** _____
                                                                                    (COUNTY, CITY, TOWNSHIP, VILLAGE OR SCHOOL)

at the _____ **GENERAL** _____ Election, held on the _____ **4TH** _____ day of _____ **NOVEMBER** _____

in the year Two Thousand _____ **FOURTEEN** _____.

Do Hereby Certify and Determine that the preceding Statement of Votes reflect the ballots

cast in Oakland County.

In Witness Whereof, We have hereunto set our hands and affixed the Seal of

the Circuit Court of Oakland County this _____ **14TH** _____ day of _____ **NOVEMBER** _____

in the year **TWO THOUSAND FOURTEEN**.

_____ CHAIRPERSON            **BOARD
                                                                            OF
                                                                            CANVASSERS**

ATTEST.

_____
CLERK OF BOARD OF CANVASSERS
LISA BROWN

_____
CHAIRPERSON OF BOARD OF CANVASSERS

## SCHOOL BOARD MEMBER
## ACCEPTANCE OF OFFICE AND OATH OF OFFICE

Within 5 business days after the certification of a school board election, the <u>school district's "election coordinator"</u> is required to issue a "Certificate of Election" to each elected candidate. Within 10 business days after the issuance of the certificate, the newly elected candidate is required to file an "Acceptance of Office" with the <u>secretary of the school board.</u> The secretary of the school board is required to forward a copy of the "Acceptance of Office" to the school district's election coordinator. (MCL 168.308 and 309)

Before entering upon the duties of his or her office, an elected school board member must take and file the oath provided in Article XI, Section 1, of the State Constitution. (MCL 168.310(1)) The oath is filed with the <u>secretary of the school board.</u>

### ACCEPTANCE OF OFFICE

I do hereby accept the office of Member of the Board of Education of _____.

(LEGAL NAME OF SCHOOL DISTRICT)

Michigan. Dated _____, 20____. _____

SIGNATURE

### CONSTITUTIONAL OATH OF OFFICE

STATE OF MICHIGAN            )
                             ) SS
County of _____    )

I do solemnly swear (or affirm) that I will support the Constitution of the United States and the Constitution of this State, and that I will faithfully discharge the duties of the office of Member of the Board of Education of _____ according to the best of my ability.

(LEGAL NAME OF SCHOOL DISTRICT)

_____
Signature

_____
Name Printed or Typed

Sworn to and subscribed before me this            day of            20

_____ *
Signature
_____ *
Title
_____ *
Name Printed or Typed

Subscribed and sworn to by _____        Name of Notary _____

before me on the _____ day of _____, _____    Notary Public, State of Michigan, County of _____

My commission expires _____

_____        Acting in the County of _____
Signature of notary public

\* This information is requested if Oath of Office is taken before someone other than a notary public.

(October 2009)

*RECORD OF ASSISTANCE PROVIDED TO VOTERS*
*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

# PETITION FOR A RECOUNT

I,_____, the petitioner reside at

_____, petition the_____(County)

Board of Canvassers for a recount of the votes cast for the _____

(Office/District/Party or Question) at the_____election. I have a good-faith belief that

but for fraud or mistake committed by the precinct election inspectors in their canvass of returns of the

votes cast at the above referenced election, I had a reasonable chance of winning the election. An

additional explanation of the fraud or error is provided (optional):

_____

I request that the following precinct(s) and/or absent voter counting board (AVCB) precinct(s) within the

listed jurisdictions be recounted:

Precinct/AVCB    Name of Jurisdiction

Number

_____       _____

_____       _____

_____       _____

(List additional precincts on the back or attach additional sheets)

My deposit of $_____is enclosed.

Signature of Candidate/Voter: _____

Subscribed and sworn to before me this      Name of Notary: _____

_____day of_____20_____

County: _____

_____

(Signature of Notary Public)      Commission Expires_____

*RECOUNT WORKSHEET MANUAL*
*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

## RECOUNT DEPOSIT WORKSHEET

Name of Recount Petitioner: _____

Office Sought: _____

Date of Election: _____

### USE THIS SECTION IF ONLY ONE CANDIDATE IS TO BE NOMINATED OR ELECTED

| Formula | Enter Data Here | Line |
|---|---|---|
| **Section I** | | |
| Total number of votes cast in this race: | | (A) |
| Multiplied by 0.05 (5%)   **X** | 0.05 | |
| EQUALS 5% of total votes cast in this race (round up):   **=** | | (B) |
| Is **Line B greater than 75**? If **YES**, enter **Line B's** value. If **NO**, enter **75** on **Line C**. | | (C) |
| Total votes cast for Winner: | | |
| Minus total votes cast for Petitioner:   **-** | | |
| EQUALS vote differential between Winner and Petitioner:   **=** | | (D) |
| Is **Line D greater than Line C**? If **YES**, enter **Line D's** value and **STOP**.   The per-precinct deposit of **$250.00** applies. If **NO**, proceed to Section II. | | |
| **Section II** | | |
| Total number of votes cast in this race: (enter value from **Line A**) | | (E) |
| Multiplied by 0.005 (1/2 of 1%)   **X** | 0.005 | |
| EQUALS 1/2 of 1% of total votes cast in this race (round up):   **=** | | (F) |
| Is **Line F greater than 50**? If **YES**, enter **Line F's** value. If **NO**, enter **50** on **Line G**. | | (G) |
| Is **Line D greater than Line G**? If **YES**, enter **Line D's** value and **STOP**.   The per-precinct deposit of **$125.00** applies. If **NO**, proceed to **Section III**. | | |
| **Section III** | | |
| **In all other cases,** the per-precinct deposit is **$25.00**. | | |

**Recount Deposit Total:**

| | | + | | = | | X | | = | |
|---|---|---|---|---|---|---|---|---|---|
| | # of ED precincts requested | | # of AVCBs requested | | Total Number of Precincts | | Per-Precinct Amount | | Total Recount Deposit |

*Ready for Recount? A Guide for Candidates*
*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

## RECOUNT DEPOSIT WORKSHEET

Name of Recount Petitioner: _____

Office Sought: _____

Date of Election: _____

### USE THIS SECTION IF MORE THAN ONE CANDIDATE IS TO BE NOMINATED OR ELECTED

| FORMULA | | Enter Data Here | Line |
|---|---|---|---|
| **Section I** | | | |
| Votes cast for the winning candidate with the least number of votes: | | | |
| Plus votes cast for the Petitioner: | **+** | | |
| EQUALS total of the two candidates: | | | **(A)** |
| Multiplied by 0.05 (5%) | **X** | 0.05 | |
| EQUALS 5% of votes cast for the two candidates (round up): | **=** | | **(B)** |
| Is **Line B greater than 75**? If **YES**, enter **Line B's** value. If **NO**, enter **75** on **Line C**. | | | **(C)** |
| Votes cast for the winning candidate with the least number of votes: | | | |
| Minus total votes cast for Petitioner: | **-** | | |
| EQUALS vote differential between the two candidates: | **=** | | **(D)** |
| Is **Line D greater than Line C**?  If **YES**, enter **Line D's** value and **STOP**.        The per-precinct deposit of **$250.00** applies. If **NO**, proceed to **Section II**. | | | |
| **Section II** | | | |
| Enter the total votes of both candidates (enter value from **Line A**): | | | |
| Multiplied by 0.005 (1/2 of 1%) | **X** | 0.005 | |
| EQUALS 1/2 of 1% of total votes cast in this race (round up): | **=** | | **(E)** |
| Is **Line E greater than 50**? If **YES**, enter **Line E's** value. If **NO**, enter **50** on **Line F**. | | | **(F)** |
| Is **Line D greater than Line F**?  If **YES**, enter number here and **STOP**.        The per-precinct deposit of **$125.00** applies. If **NO**, proceed to **Section III**. | | | |
| **Section III** | | | |
| **In all other cases,** the per-precinct deposit is **$25.00**. | | | |

| **Recount Deposit Total:** | _____ + # of ED precincts requested | _____ = # of AVCBs requested | _____ X Total Number of Precincts | _____ = Per-Precinct Amount | _____ Total Recount Deposit |
|---|---|---|---|---|---|

*ELECTION OFFICIALS' MANUAL*
*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

## RECOUNT DEPOSIT WORKSHEET

Name of Recount Petitioner: _____

Proposal: _____

Date of Election: _____

### USE THIS SECTION FOR A BALLOT QUESTION

| Formula | Enter Data Here | Line |
|---|---|---|
| **Section I** | | |
| Total number of votes cast in this race: | | **(A)** |
| Multiplied by 0.05 (5%) **X** | 0.05 | |
| EQUALS 5% of total votes cast in this race (round up): **=** | | **(B)** |
| Is **Line B** greater than **75**? If **YES**, enter the **Line B's** value. If **NO**, enter **75** on **Line C** | | **(C)** |
| Total "YES" votes cast: | | |
| Minus total "NO" votes cast: **-** | | |
| EQUALS vote differential: **=** | | **(D)** |
| Is **Line D** greater than **Line C**?  If **YES**, enter **Line D's** value and **STOP**.       The per-precinct deposit of **$250.00** applies. If **NO**, proceed to Section II | | |
| **Section II** | | |
| Total number of votes cast in this race: (enter value from **Line A**) | | **(E)** |
| Multiplied by 0.005 (1/2 of 1%) **X** | 0.005 | |
| EQUALS 1/2 of 1% of total votes cast in this race (round up): **=** | | **(F)** |
| Is **Line F** greater than **50**? If **YES**, enter **Line F's** value. If **NO**, enter **50** on **Line G** | | **(G)** |
| Is **Line D** greater than **Line G**?  If **YES**, enter **Line D's** value and **STOP**.       The per-precinct deposit of **$125.00** applies. If **NO**, proceed to **Section III** | | |
| **Section III** | | |
| **In all other cases,** the per-precinct deposit is **$25.00** | | |

**Recount Deposit Total:**

| _____ | + _____ | = _____ | X _____ | = _____ |
|---|---|---|---|---|
| # of ED precincts requested | # of AVCBs requested | Total Number of Precincts | Per-Precinct Amount | Total Recount Deposit |

**PRE-RECOUNT MEETING AGENDA**

I.    Call to Order; meeting of the_____County Board of Canvassers

    A.    This meeting is being held in accordance with the provisions of the Open Meetings Act.

    B.    *Question to County Clerk:* Has the meeting notice been posted?

    C.    Introductions:

        1.    Members of the County Board of Canvassers.

        2.    County Clerk and other Representatives of the County Board of Canvassers.

    D.    *Question to all in attendance:* Have all candidates and their representatives signed the sign-in sheet and been provided with a name tag? *Explain:* There will be a separate sign-in sheet for each day; please sign in. Name tags are color coded by candidate or pro/con on proposal. We ask that name tags be worn at all times throughout these proceedings.

II.    Statement of Purpose

    A.    (PRIMARY) We are here to recount the votes cast for the_____party nomination to the office of_____in the _____ ward/district/circuit.

        (GENERAL) We are here to recount the votes cast for the office of _____ in the_____ward/district/circuit.

        (ELECTION TYPE) We are here to recount the votes cast on the _____ proposal.

    B.    Authority - This recount is being conducted under the authority of the _____ County Board of Canvassers.

III.    Instructions to Recountability and Recount Team Members (Note: As an option, the duties defined under A may be carried out by the Recount Team.)

    A.    Role of Recountability Team - To determine the recountability of each precinct.

        1.    Recountability team members will direct *any and all* procedural questions to a representative of the County Board of Canvassers.

        2.    Recount Process: The ballots will be recounted via (hand count, electronic count or combination).

        3.    Recountability Standards: Refer to ITEM II - "Recount Statement of Returns" form.

- <u>If precinct is recountable</u> – Complete Columns A and B under ITEM VII. Return all ballots and special envelopes to the ballot container and deliver to Recount

  Team along with "Recount Statement of Returns" form, Poll Book, Statement of Votes and Canvass Report.

- <u>If precinct is **not** recountable</u> – Original election results stand. Complete Columns A and B under ITEM VII. Complete and sign "Precinct Not Recountable Determination" form. Staple completed form to "Recount Statement of Returns" form. Return all ballots and special envelopes to ballot container (if removed) and reseal container. Record new seal number and initial 1) Ballot Container Certificate 2) ITEM VI of "Recount Statement of Returns" and 3) Poll Book.

B.   Role of Recount Team – To recount the votes.

  1.   Recount team members will direct *any and all* procedural questions to a representative of the County Board of Canvassers.

  2.   Ballot will be recounted via:

       - Hand Count - Sort and count method or tally method.

       - Retabulation – Using special program.

       - Retabulation – Using original program.

  3.   All duplicated ballots and ballots containing one or more write-in votes for the office being recounted will be brought to the attention of a representative of the County Board of Canvassers.

C.   Validity Standards

  1.   Optical Scan – Review Handout

IV.   Challenge Process

A.   Two representatives will be allowed to observe the work of each recountability/ recount team, one of which will be designated as the spokesperson.

  1.   Candidates and their representatives may not touch ballots, seals, poll books, statements of votes or recount documents.

  *2.*   It is the responsibility of the designated spokesperson to voice his/her intent to challenge to a decision made by a recountability/recount team *at the time that the decision is made.*

  3.   Decisions made by a recountability/recount team will not be revisited for the purpose of entering a challenge.

B.   All challenges will be fully documented at the time that the challenge is made.

1.   At that time, a "Challenge Exhibit" form will be completed by a member of the recountability/recount team and will contain the following information:

☐   Team decision that is the basis of the challenge

☐   Office or Proposition

☐   Township or City of

☐   Ward/Precinct #

☐   Exhibit #

☐   Reason for Challenge (description of challenge)

☐   Challenged by

2.   The completed "Challenge Exhibit" form is reviewed by the challenger for accuracy.

☐   If the challenger agrees with the information he/she will be asked to sign the form on the designated line

☐   If the challenger disagrees with any of the information the necessary corrections will be made and the challenger will be asked to sign the form on the designated line

3.   Each challenged ballot shall be secured inside an exhibit envelope with the completed and signed "Challenge Exhibit" form affixed to the outside. The envelope will be sealed with an official red paper seal that has been initialed by two recount team members. The sealed exhibit envelope will then be placed along with the other ballots cast according to the recount teams decision.

4.   All "Challenge Exhibit" forms and envelopes will be retained by the representative of the County Board of Canvassers.

5.   All challenges will be presented to the County Board of Canvassers at the conclusion of the recount.

*STATE OF MICHIGAN, DEPARTMENT OF STATE*
*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

## DETERMINING THE VALIDITY OF BALLOT MARKINGS

Michigan election law, MCL 168.799a(3), provides the following direction on recounting ballots:

> If the electronic voting system requires that the elector place a mark in a predefined area on the ballot in order to cast a vote, the vote shall not be considered valid unless there is a mark within the predefined area. A stray mark made within a predefined area is not a valid vote. In determining whether a mark within a predefined area is a stray mark, the board of canvassers or election official shall compare the mark subject to recount with other marks appearing on the ballot. The secretary of state shall issue instructions, subject to the approval of the board of state canvassers, relevant to stray marks to ensure the fairness and uniformity of determinations made under this subsection. A secretary of state's instruction relevant to stray marks shall not be applied to a ballot unless the secretary of state issued the instruction not less than 63 days before the date of the election.

Similar direction is provided under Michigan election law, MCL 168.803(2):

> If an electronic voting system requires that the elector place a mark in a predefined area on the ballot in order to cast a vote, the vote shall not be considered valid unless there is a mark within the predefined area. A stray mark made within a predefined area is not a valid vote. In determining whether a mark within a predefined area is a stray mark, the board of canvassers or election official shall compare the mark with other marks appearing on the ballot. The secretary of state shall issue instructions, subject to the approval of the board of state canvassers, relevant to stray marks to ensure the fairness and uniformity of determinations made under this subsection. A secretary of state's instruction relevant to stray marks shall not be applied to a ballot unless the secretary of state issued the instruction not less than 63 days before the date of the election.

The above provisions of law were enacted to accommodate those situations where the tabulating equipment employed to count ballots cast at an election is unable to recognize a properly cast vote. Such situations generally stem from the voter not making a mark in the predefined target area. They can also occur if the ballot marking is too light or small for the tabulator to recognize the presence of a vote.

The proper way to indicate a vote on a ballot is to make a mark **within the predefined area designated for casting a vote**. Markings that are inconsistent with this standard cannot be counted as votes.

**Valid markings**: Each of the examples provided below is a **valid vote** as there is a mark within the predefined target area for casting a vote.

For ballots with ovals:            For ballots with boxes:



**Invalid markings**: Each of the examples provided below is an **invalid vote** as a mark does not appear within the predefined target area designated for casting a vote.

For ballots with ovals:            For ballots with boxes:



**Corrections**: A correction that causes a false tabulator read does not count as a valid vote.

For ballots with ovals:            For ballots with boxes:



In each example above, count the top position only.

**Stray Marks**: A stray mark made within a predefined target area is not a valid vote. In determining whether a mark within a predefined target area is a stray mark, the board of canvassers or election official (or board of election inspectors, when visually inspecting an absentee ballot rejected by the tabulator) shall compare the mark with other marks appearing on the ballot. Note, a cross or checkmark appearing in the predefined target area is not considered a stray mark and is a **valid vote** even if the voter does not consistently mark the entire ballot with a cross or checkmark.



In all three examples above, count the top two positions only.

*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

Examples of false read situations requiring duplication of the ballot:

### *False overvote created by ballot correction*

False Overvote/
Ballot Correction:




Proper Duplication:




### *False overvote created by invalid write-in*

False Overvote/
Invalid Write-in:




Proper Duplication:




### *False crossover vote created by ballot correction*

False Crossover/
Ballot Correction:

 

Proper Duplication:

 

### *False crossover vote created by invalid write-in*

False Overvote/
Invalid Write-in:

 

Proper Duplication:

 

# CHALLENGE EXHIBIT ENVELOPE/FORM

**EXHIBIT #:**_____**COUNTY:**_____**DATE:** _____

**Township/City or Village of:**_____**Precinct #:** _____
    *(Circle one)*

**OFFICE OR PROPOSAL:** _____

**TEAM DECISION:** _____

_____

**REASON FOR CHALLENGE:** _____

_____

_____

_____

_____

_____**Date:**_____
**Signature of Challenger**

**Representing:**_____
                        *(Candidate/Yes or No of Proposal)*

**RULING BY COUNTY BOARD OF CANVASSERS:**_____

_____

# RECOUNT STATEMENT OF RETURNS
# FORM INSTRUCTIONS

**ITEM I – GENERAL INFORMATION:** Enter information requested for question 1 and 2.

**ITEM II –RECOUNTABILITY CHECKS:** Answer questions 1 and 2. If the answer to question 1 and 2 is "Yes," proceed to question 3. If the answer to question 1 or 2 is "No," refer to "Recountability Note #1" below.

**Recountability Note #1**:  If the ballot container is not properly sealed, or the seal number does not agree with the seal of record (Poll Book, Statement of Votes or Ballot Container Certificate), the precinct is <u>not</u> recountable. **It is important to note that in this case, the precinct is not recountable even if the ballots inside the ballot container are sealed inside an unapproved ballot container (e.g. white canvass bag).**

If the precinct is <u>not</u> recountable, proceed to question 4. Answer "No" to question 4, sign where indicated and complete the following: 1) enter a detailed explanation for the determination on the "DETERMINATION – PRECINCT NOT RECOUNTABLE" form and 2) complete **ITEMS V** and **VII**, Column A and B.

**Physical Count Instructions**:

**Count #1** - Count the number of ballots tabulated and compare the total with the total number of voters according to the Poll Book **(ITEM 1)**. If the total number of ballots tabulated <u>agrees</u> with the total number of voters **(ITEM 1),** the precinct is recountable. Answer "Yes" to question 3 and 4, and sign where indicated. Proceed to **ITEM III**. However, if the first count <u>does not agree</u>, check the following:

- <u>Refer to the Ballot Summary</u> - Were one or more ballots duplicated? If "Yes," are all "duplicate" and corresponding "original" ballots accounted for? (Check the special envelope) Are all "duplicate" ballots included in the number of ballots counted and are all "original" ballots secured inside the special envelope? "Original" ballots <u>should not be included</u> in the physical count.
- <u>Refer to the Ballot Summary</u> - Were one or more ballots "Spoiled"? (Check the special envelope) Are all "spoiled" ballots secured inside the special envelope? "Spoiled" ballots <u>should not be included</u> in the physical count.
- <u>Refer to the Remarks Page</u> - Is there an acceptable explanation for the discrepancy?
- <u>Refer to the Statement of Votes (Totals Tape)</u> – Does the number of ballots tabulated according to the physical count agree with the number of ballots tabulated according to the Statement of Votes (Totals Tape)?

<u>If after a review of the above items</u> it is determined that the first count agrees with the total number of voters according to the Poll Book <u>and/or</u> the total number of ballots tabulated according to the Statement of Votes (Totals Tape) the precinct is recountable. Answer "Yes" to question 3, sign where indicated and proceed to **ITEM III**. However, if the first count <u>does not agree</u> and a reasonable explanation for the discrepancy <u>can not</u> be identified, the ballots must be counted a second time; proceed to **Count #2** below.

**Count #2** - Count the ballots a second time. If the total number of ballots tabulated <u>agrees</u> with the total number of voters according to the Poll Book and/or Statement of Votes (Totals Tape), the ballots must be counted a third time to verify the count; proceed to **Count #3**. However, if the second count <u>does not agree</u>, the precinct is <u>not</u> recountable. Answer "No" to question 3 and 4, sign where indicated and complete the following: 1) enter a detailed explanation for the determination on the "DETERMINATION – PRECINCT NOT RECOUNTABLE" form and 2) complete **ITEMS IV**, **V**, **VI** and **VII**.

**Count #3** – Count the ballots a third time. If the total number of ballots tabulated agrees with the total number of voters (as verified with Count #2) the precinct is recountable; answer "Yes" to question 3 and 4, sign where indicated and proceed to **ITEM III**. However, if the third count <u>does not agree</u> with Count #2, the precinct is <u>not recountable</u>. Answer "No" to question 3 and 4, sign where indicated and complete the following: 1) enter a detailed explanation for the determination on the "DETERMINATION – PRECINCT NOT RECOUNTABLE" form and 2) complete **ITEMS IV, V, VI** and **VII**.

**Physical Count – Summary:** The number of ballots tabulated (per the physical count) must agree with (1) the Poll Book and/or Statement of Votes (Totals Tape) total on the first count <u>or</u> (2) the Poll Book and/or Statement of Votes (Totals Tape) total on the second <u>and</u> third counts. If the number of ballots and the number of voters <u>do not agree</u>, and an acceptable explanation for the discrepancy can not be identified, the precinct is <u>not</u> recountable.

**ITEM III – ENVELOPE BALLOTS:** (Complete <u>only</u> if one or more "Envelope" ballots were <u>counted during the 6 days immediately following the election.</u>) Answer questions 1 and 2. If the answer to question 1 and 2 is "Yes," answer "Yes" to question 3; the envelope ballots are recountable – place the envelope ballots with the other ballots to be recounted. However, if the answer to question 1 or 2 is "No," answer "No" to question 3; the envelope ballots are <u>not</u> recountable. Proceed to **Item IV**. *(NOTE: A determination that the envelope ballots are <u>not</u> recountable, has no bearing on the recountability of the precinct.)*

**ITEM IV – DUPLICATED BALLOTS:** Answer question 1. If the answer is "Yes," match each "original" ballot to the corresponding "duplicate." Verify that all "valid marks" recorded by the voter on the "original" ballot, for the office or proposal being recounted, are reflected on the corresponding "duplicate" ballot. If errors are identified, make the necessary corrections and proceed to **ITEM V**. If the answer is "No," proceed to **ITEM V**.

**ITEM V – CHALLENGES:** Answer question 1. If the answer is "Yes," review all documentation recorded on the CHALLENGE EXHIBIT ENVELOPE(S) for completeness and accuracy, answer "Yes" to question 2 and proceed to **ITEM VI**. If the answer to question 1 is "No," proceed to **ITEM VI**.

**ITEM VI – BALLOT CONTAINER RESEALING:** Return all ballots to the ballot container. Re-seal the container and record the new seal number under **ITEM VI**, in the Poll Book and on the Ballot Container Certificate. Initial and date the entries in the Poll Book and on the Ballot Container Certificate. (NOTE: Do not seal CHALLENGE EXHIBIT ENVELOPE(S) containing ballots in the ballot container.)

**ITEM VII – RECOUNT RETURNS:**

<u>If the precinct is recounted</u>, complete COLUMN A, B and C **and sign in the designated area.**

<u>If the precinct is **not** recounted</u>, complete COLUMN A and B **and sign in the designated area.**

*MICHIGAN ELECTION OFFICIALS' MANUAL*
*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

## RECOUNT STATEMENT OF RETURNS

Office/Proposal_____District/Circuit_____Political Party _____

County_____City/Township_____Precinct _____

## ITEM I  GENERAL INFORMATION
*1)*  Number of voters per Poll Book: *(Minus Envelope Ballots)* _____

2)      Ballot container seal number: _____
          *(From Poll Book/Statement of Votes and/or Ballot Container Certificate)*

## ITEM II   RECOUNTABILITY CHECKS
### Ballot Security
1)  Is the seal placed on the ballot container so that ballots cannot      ☐ Yes    ☐ No
      be removed or added without breaking the seal or damaging the
      container?
2) Does the number on the seal agree with the Poll Book,                  ☐ Yes    ☐ No
      Statement of Votes and/or Ballot Container Certificate?

### Physical Ballot Count
3)  Does the number of ballots agree with the number of voters            ☐ Yes    ☐ No
      shown in the Poll Book and/or Statement of Votes?

### Determination
4)  Is the precinct recountable?                                          ☐ Yes    ☐ No

      If "Yes" – Sign below and proceed to **ITEM III**.
      If "No" – Sign below and complete: 1) "DETERMINATION – PRECINCT NOT
      RECOUNTABLE" form 2) **ITEM V** 3) **ITEM VI** and 4) **ITEM VII, Items A and B.**

X_____X_____
 *(Recount Team Member/Board of Canvasser Asst.) (Recount Team Member/Board of Canvasser Asst.)*

## ITEM III   ENVELOPE BALLOTS *(Complete only if one or more "envelope" ballots were counted during the*
                *6 day review period)*
1) Is the seal placed on the ballot container so that ballots cannot      ☐ Yes    ☐  No
      be removed or added without breaking the seal or damaging
      the container?

2) Does the number on the seal found on the container agree               ☐ Yes    ☐  No
      with the number recorded on the Ballot Container Certificate?

3) Are the "envelope" ballots recountable?                                ☐ Yes    ☐  No

## ITEM IV   DUPLICATE BALLOTS
1) Were one or more ballots duplicated?                                    ☐ Yes    ☐  No

      If "Yes", refer to FORM INSTRUCTIONS - DUPLICATED BALLOTS.

If "No", proceed to **ITEM V**.

**ITEM V   CHALLENGES**
1)  Were any decisions of the recount/recountability team challenged?   ☐ Yes      ☐ No

2)  If "Yes" were all challenges properly documented?      ☐ Yes   ☐ No

**ITEM VI   BALLOT CONTAINER RESEALING** - Return all ballots to the ballot container. Record the new seal number below, in the Poll Book and on the Ballot Container Certificate. (NOTE: Do not seal CHALLENGE EXHIBIT ENVELOPE(S) containing ballots in the ballot container.)

Ballot container resealed with seal number_____.

**ITEM VII   RECOUNT RETURNS**

| COLUMN A<br>*Enter names of candidates below or "Yes" and "No" if a proposal* | COLUMN B<br>ENTER ORIGINAL TOTALS | COLUMN C<br>ENTER RECOUNT TOTALS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

X_____ X_____
*(Recount Team Member/Board of Canvasser Asst.)*     *(Recount Team Member/Board of Canvasser Asst.)*

# DETERMINATION – PRECINCT NOT RECOUNTABLE

Office/Proposal_____District/Circuit_____Political Party_____

County_____City/Township_____Precinct_____

On_____/_____/20____the above referenced precinct was found to be not recountable for the

following reason(s): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

X_____     X_____
  *(Recount Team Member/Board of Canvasser Asst.)*     *(Recount Team Member/Board of Canvasser Asst.)*

## POST RECOUNT MEETING AGENDA

A.  Meeting of the County Board of Canvassers

    1.  A summary of the recount proceedings will be presented by a representative of the County Board of Canvassers which will include:

        ☐  Total number of precincts included in the original petition for recount

        ☐  Total number of precincts included in the counter-petition (if applicable)

        ☐  Total number of precincts determined to be recountable

        ☐  Total number of precincts determined <u>not</u> to be recountable

        ☐  Original vote results

        ☐  Recount vote results

    2.  A representative of the County Board of Canvassers will present any challenges to the Board.

    3.  Each candidate or representative will be given the opportunity to present oral arguments to support their challenge(s).

    4.  Once the board renders its decision, each challenged ballot will be returned to the "Challenge Exhibit" envelope which will be resealed using an official Red Paper Seal. The envelope will remain sealed for the remainder of the retention period.

    5.  Each candidate or representative will be given a final opportunity to enter any final statements or objections into the record.

B.  Request for a "Motion to Accept" - A motion to accept the recount results as entered on the "Recount Statement of Votes" as the official vote for the office or proposal will be made and accepted by the County Board of Canvassers.

C.  Meeting Adjourned.

    NOTE: Decisions made by County Board of Canvassers are final and may not be appealed to the Board of State Canvassers. Any appeals must be taken up in Circuit Court.

*Michigan Election Officials' Manual*
*Michigan Bureau of Elections*
*Appendix, Updated July 2018*

# RECOUNT STATEMENT OF PRECINCTS

Statement of recount in the County of _____ of the votes cast at the _____

election held on the _____ day of _____ 20_____ for the office of _____.

*(If partisan Primary, insert party)*

**Step 1)** Enter the name of each candidate or the "Yes" and "No" for the proposal in the boxes at the top of the "RECOUNT RESULTS" columns. **Step 2)** Enter the name of each city/township or village being recounted in the far left column followed by the ward/precinct number. **Step 3)** Enter the recount vote totals for each candidate or the "Yes" and "No" for the proposal. NOTE: If the precinct is not recountable, enter the original vote total as reflected on the County Canvass Report.

| City or Township of | Ward | Pct. | RECOUNT RESULTS | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL (or if Sub-total to be carried forward to next page) | | | 0 | 0 | 0 | 0 | 0 | 0 |

Michigan Bureau of Elections
Appendix, Updated July 2018

County of _____ ) ss.
)

We certify that the foregoing is a correct statement of the recount of the votes cast at the

_____Election held on the_____day of_____20_____.

for the office of _____

(If Primary, insert party)

In witness, we have set our hands at the (City, Township or Village) of

_____in said county and state,

this_____day of_____, 20_____.

(Seal)

_____) Board of
) County
_____) Canvassers
_____)

_____
Clerk of the Board of County Canvassers

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATE OF MICHIGAN**                                 )
) ss.
County of _____       )

We certify that the foregoing copy of the Recount Statement of Precincts in the County of

_____of the votes cast at the_____Election held on the

_____day of_____, 20____for the office of_____

(If Primary, insert party)

and the attached Certificate are correct transcripts of the originals of such statement and certificate which
are on file in the office of the County Clerk.

In witness, we have set our hands and affixed the seal of the Circuit

(Seal)          Court for the County of _____

this _____      day of _____          ,20 ___

_____
County Clerk

_____
Chairman of the Board of County Canvassers

**AFFIX OFFICIAL SEAL WERE INDICATED ABOVE**

Michigan Bureau of Elections
Appendix, Updated July 2018

County of _____ ) ss.
                                              )

We certify that the foregoing is a correct statement of the recount of the votes cast at the

_____Election held on the_____day of_____20_____.

for the office of _____

(If Primary, insert party)

In witness, we have set our hands at the (City, Township or Village) of

_____in said county and state,

this_____day of_____, 20_____.

(Seal)

_____) Board of
_____) County
_____) Canvassers
_____)

_____
Clerk of the Board of County Canvassers

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATE OF MICHIGAN**                           )
                                                ) ss.
County of _____    )

We certify that the foregoing copy of the Recount Statement of Precincts in the County of

_____of the votes cast at the_____Election held on the

_____day of_____, 20____for the office of_____

(If Primary, insert party)

and the attached Certificate are correct transcripts of the originals of such statement and certificate which
are on file in the office of the County Clerk.

In witness, we have set our hands and affixed the seal of the Circuit

(Seal)          Court for the County of  _____

this _____    day of _____          ,20 ___

_____
County Clerk

_____
Chairman of the Board of County Canvassers

**AFFIX OFFICIAL SEAL WERE INDICATED ABOVE**