UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT DAVIS, and

SHANE ANDERS,

        Plaintiffs,                              Case No. 20-cv-12127

v.                                              Honorable Nancy G. Edmunds

WAYNE COUNTY BOARD OF CANVASSERS,

        Defendant

and

KYM WORTHY,

        Intervenor-Defendant.

_____/

## JUDGMENT

In this case, Plaintiffs Robert Davis and Shane Anders brought ten counts against the Wayne County Board of Canvassers under both federal and state laws. (ECF No. 21.) On August 29, 2021, the Court declined to exercise supplemental jurisdiction over Plaintiffs' state law claims dismissing them without prejudice. (ECF No.67.) In the same order, the Court granted Defendant's motion to dismiss with prejudice the remaining claims. (*Id.*)

Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED.

SO ORDERED.

                                                        s/Nancy G. Edmunds
                                                        Nancy G. Edmunds
                                                        United States District Judge

Dated: August 29, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 29, 2021, by electronic and/or ordinary mail.

s/Lisa Bartlett<br>Case Manager